# Exhibit

# 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-083-389

**Effective Date of Registration:**
January 09, 2018

---

## Title

**Title of Work:** Group Registration Published Photographs Matthew Scott Brauer miscellaneous photographs Oct through Dec 2017 (ref 1706), 1 PDF file containing approximately 9,677 Photographs.

**Previous or Alternate Title:** GROUP REGISTRATION / APPROXIMATELY 9,677 PHOTOGRAPHS PUBLISHED BETWEEN Oct 10, 2017 and Dec 14, 2017.

**Content Title:** AAA171010;AAB171010;AAC171010;AAD171010;AAE171010;AAF171010;
AAG171010;AAH171010;AAI171010;AAJ171010;AAK171010;AAL171010;
AAM171010;AAN171010;AAO171010;AAP171010;AAQ171010;AAR17101
0;AAS171010;AAT171010;AAU171010;AAV171010;AAW171010;AAX1710
10;AAY171010;AAZ171010;ABA171010;ABB171010;ABC171010;ABD1710
10;ABE171010;ABF171010;ABG171010;ABH171010;ABI171010;ABJ17101
0;ABK171010;ABL171010;ABM171010;ABN171010;ABO171010;ABP17101
0;ABQ171010;ABR171010;ABS171010;ABT171010;ABU171010;ABV17101
0;ABW171010;ABX171010;ABY171010;ABZ171010;ACA171010;ACB1710
10;ACC171010;ACD171010;ACE171010;ACF171010;ACG171010;ACH1710
10;ACI171010;ACJ171010;ACK171010;ACL171010;ACM171010;ACN17101
0;ACO171010;ACP171010;ACQ171010;ACR171010;ACS171010;ACT17101
0;ACU171010;ACV171010;ACW171010;ACX171010;ACY171010;ACZ1710
10;ADA171010;ADB171010;ADC171010;ADD171010;ADE171010;ADF1710
10;ADG171010;ADH171010;ADI171010;ADJ171010;ADK171010;ADL1710
10;ADM171010;ADN171010;ADO171010;ADP171010;ADQ171010;ADR171
010;ADS171010;ADT171010;ADU171010;ADV171010;ADW171010;ADX17
1010;ADY171010;ADZ171010;AEA171010;AEB171010;AEC171010;AED17
1010;AEE171010;AEF171010;AEG171010;AEH171010;AEI171010;AEJ1710
10;AEK171010;AEL171010;AEM171010;AEN171010;AEO171010;AEP1710
10;AEQ171010;AER171010;AES171010;AET171010;AEU171010;AEV17101
0;AEW171010;AEX171010;AEY171010;AEZ171010;AFA171010;AFB17101
0;AFC171010;AFD171010;AFE171010;AFF171010;AFG171010;AFH171010;
AFI171010;AFJ171010;AFK171010;AFL171010;AFM171010;AFN171010;AF
O171010;AFP171010;AFQ171010;AFR171010;AFS171010;AFT171010;AFU
171010;AFV171010;AFW171010;AFX171010;AFY171010;AFZ171010;AGA
171010;AGB171010;AGC171010;AGD171010;AGE171010;AGF171010;AGG
171010;AGH171010;AGI171010;AGJ171010;AGK171010;AGL171010;AGM
171010;AGN171010;AGO171010;AGP171010;AGQ171010;AGR171010;AGS
171010;AGT171010;AGU171010;AGV171010;AGW171010;AGX171010;AG
Y171010;AGZ171010;AHA171010;AHB171010;AHC171010;AHD171010;A
HE171010;AHF171010;AHG171010;AHH171010;AHI171010;AHJ171010;A
HK171010;AHL171010;AHM171010

AHN171010;AHO171010;AHP171010;AHQ171010;AHR171010;AHS171010;
AHT171010;AHU171010;AHV171010;AHW171010;AHX171010;AHY17101
0;AHZ171010;AIA171010;AIB171010;AIC171010;AID171010;AIE171010;AI
F171010;AIG171010;AIH171010;AII171010;AIJ171010;AIK171010;AIL1710
10;AIM171010;AIN171010;AIO171010;AIP171010;AIQ171010;AIR171010;A
IS171010;AIT171010;AIU171010;AIV171010;AIW171010;AIX171010;AIY1
71010;AIZ171010;AJA171010;AJB171010;AJC171010;AJD171010;AJE17101
0;AJF171010;AJG171010;AJH171010;AJI171010;AJJ171010;AJK171010;AJL
171010;AJM171010;AJN171010;AJO171010;AJP171010;AJQ171010;AJR171
010;AJS171010;AJT171010;AJU171010;AJV171010;AJW171010;AJX171010
;AJY171010;AJZ171010;AKA171010;AKB171010;AKC171010;AKD171010;
AKE171010;AKF171010;AKG171010;AKH171010;AKI171010;AKJ171010;
AKK171010;AKL171010;AKM171010;AKN171010;AKO171010;AKP171010
;AKQ171010;AKR171010;AKS171010;AKT171010;AKU171010;AKV17101
0;AKW171010;AKX171010;AKY171010;AKZ171010;ALA171010;ALB1710
10;ALC171010;ALD171010;ALE171010;ALF171010;ALG171010;ALH17101
0;ALI171011;ALJ171011;ALK171011;ALL171011;ALM171011;ALN171011;
ALO171011;ALP171011;ALQ171011;ALR171011;ALS171011;ALT171011;A
LU171011;ALV171011;ALW171011;ALX171011;ALY171011;ALZ171011;A
MA171011;AMB171011;AMC171011;AMD171011;AME171011;AMF171011
;AMG171011;AMH171011;AMI171011;AMJ171011;AMK171011;AML1710
11;AMM171011;AMN171011;AMO171011;AMP171011;AMQ171011;AMR1
71011;AMS171011;AMT171011;AMU171011;AMV171011;AMW171011;A
MX171011;AMY171011;AMZ171011;ANA171011;ANB171011;ANC171011;
AND171011;ANE171011;ANF171011;ANG171011;ANH171011;ANI171011;
ANJ171011;ANK171011;ANL171011;ANM171011;ANN171011;ANO171011
;ANP171011;ANQ171011;ANR171011;ANS171011;ANT171011;ANU171011
;ANV171011;ANW171011;ANX171011;ANY171011;ANZ171011;AOA17101
1;AOB171011;AOC171011;AOD171011;AOE171011;AOF171011;AOG17101
1;AOH171011;AOI171011;AOJ171011;AOK171011;AOL171011;AOM17101
1;AON171011;AOO171011;AOP171011;AOQ171011;AOR171011;AOS17101
1;AOT171011;AOU171011;AOV171011;AOW171011;AOX171011;AOY1710
11;AOZ171011

APA171011;APB171011;APC171011;APD171011;APE171011;APF171011;A
PG171011;APH171011;API171011;APJ171011;APK171011;APL171011;APM
171011;APN171011;APO171011;APP171011;APQ171011;APR171011;APS17
1011;APT171011;APU171011;APV171011;APW171011;APX171011;APY171
011;APZ171011;AQA171011;AQB171011;AQC171011;AQD171011;AQE171
011;AQF171011;AQG171011;AQH171011;AQI171011;AQJ171011;AQK1710
11;AQL171011;AQM171011;AQN171011;AQO171011;AQP171011;AQQ171
011;AQR171011;AQS171011;AQT171011;AQU171011;AQV171011;AQW17
1011;AQX171011;AQY171011;AQZ171011;ARA171011;ARB171011;ARC17
1011;ARD171011;ARE171011;ARF171011;ARG171011;ARH171011;ARI171
011;ARJ171011;ARK171011;ARL171011;ARM171011;ARN171011;ARO171
011;ARP171011;ARQ171011;ARR171011;ARS171011;ART171011;ARU171
011;ARV171011;ARW171011;ARX171011;ARY171011;ARZ171011;ASA17
1011;ASB171011;ASC171011;ASD171011;ASE171011;ASF171011;ASG1710
11;ASH171011;ASI171011;ASJ171011;ASK171011;ASL171011;ASM171011;
ASN171011;ASO171011;ASP171011;ASQ171011;ASR171011;ASS171011;A
ST171011;ASU171011;ASV171011;ASW171011;ASX171011;ASY171011;A
SZ171011;ATA171011;ATB171011;ATC171011;ATD171011;ATE171011;AT
F171011;ATG171011;ATH171011;ATI171011;ATJ171011;ATK171011;ATL1
71011;ATM171011;ATN171011;ATO171011;ATP171011;ATQ171011;ATR1
71011;ATS171011;ATT171011;ATU171011;ATV171011;ATW171011;ATX1
71011;ATY171011;ATZ171011;AUA171011;AUB171011;AUC171011;AUD1
71011;AUE171011;AUF171011;AUG171011;AUH171011;AUI171011;AUJ17

1011;AUK171011;AUL171011;AUM171011;AUN171011;AUO171011;AUP1
71011;AUQ171011;AUR171011;AUS171011;AUT171011;AUU171011;AUV
171011;AUW171011;AUX171011;AUY171011;AUZ171011;AVA171011;AV
B171011;AVC171011;AVD171011;AVE171011;AVF171011;AVG171011;AV
H171011;AVI171011;AVJ171011;AVK171011;AVL171011;AVM171011;AV
N171011;AVO171011;AVP171011;AVQ171011;AVR171011;AVS171011;AV
T171011;AVU171011;AVV171011;AVW171011;AVX171011;AVY171011;A
VZ171011;AWA171011;AWB171011;AWC171011;AWD171011;AWE17101
1;AWF171011;AWG171011;AWH171011;AWI171011;AWJ171011;AWK171
011;AWL171011;AWM171011

AWN171011;AWO171011;AWP171011;AWQ171011;AWR171011;AWS171
011;AWT171011;AWU171011;AWV171011;AWW171011;AWX171011;AW
Y171011;AWZ171011;AXA171011;AXB171011;AXC171011;AXD171011;A
XE171011;AXF171011;AXG171011;AXH171011;AXI171011;AXJ171011;A
XK171011;AXL171011;AXM171011;AXN171011;AXO171011;AXP171011;
AXQ171011;AXR171011;AXS171011;AXT171011;AXU171011;AXV171011
;AXW171011;AXX171011;AXY171011;AXZ171011;AYA171011;AYB17101
1;AYC171011;AYD171011;AYE171011;AYF171011;AYG171011;AYH1710
11;AYI171011;AYJ171011;AYK171011;AYL171011;AYM171011;AYN1710
11;AYO171011;AYP171011;AYQ171011;AYR171011;AYS171011;AYT1710
11;AYU171011;AYV171011;AYW171011;AYX171011;AYY171011;AYZ171
011;AZA171011;AZB171011;AZC171011;AZD171011;AZE171011;AZF1710
11;AZG171011;AZH171011;AZI171011;AZJ171011;AZK171011;AZL171011
;AZM171011;AZN171011;AZO171011;AZP171011;AZQ171011;AZR171011;
AZS171011;AZT171011;AZU171011;AZV171011;AZW171011;AZX171011;
AZY171011;AZZ171011;BAA171011;BAB171011;BAC171011;BAD171011;
BAE171011;BAF171011;BAG171011;BAH171011;BAI171011;BAJ171011;B
AK171011;BAL171011;BAM171011;BAN171011;BAO171011;BAP171011;B
AQ171011;BAR171011;BAS171011;BAT171011;BAU171011;BAV171011;B
AW171011;BAX171011;BAY171011;BAZ171011;BBA171011;BBB171011;B
BC171011;BBD171011;BBE171011;BBF171011;BBG171011;BBH171011;B
BI171011;BBJ171011;BBK171011;BBL171011;BBM171011;BBN171011;BB
O171011;BBP171011;BBQ171011;BBR171011;BBS171011;BBT171011;BBU
171011;BBV171011;BBW171011;BBX171011;BBY171011;BBZ171011;BCA
171011;BCB171011;BCC171011;BCD171011;BCE171011;BCF171011;BCG1
71011;BCH171011;BCI171011;BCJ171011;BCK171011;BCL171011;BCM17
1011;BCN171011;BCO171011;BCP171011;BCQ171011;BCR171011;BCS171
011;BCT171011;BCU171011;BCV171011;BCW171011;BCX171011;BCY171
011;BCZ171011;BDA171011;BDB171011;BDC171011;BDD171011;BDE171
011;BDF171011;BDG171011;BDH171011;BDI171011;BDJ171011;BDK1710
11;BDL171011;BDM171011;BDN171011;BDO171011;BDP171011;BDQ1710
11;BDR171011;BDS171011;BDT171011;BDU171011;BDV171011;BDW1710
11;BDX171011;BDY171011;BDZ171011

BEA171011;BEB171011;BEC171011;BED171011;BEE171011;BEF171011;B
EG171011;BEH171011;BEI171011;BEJ171011;BEK171011;BEL171011;BE
M171011;BEN171011;BEO171011;BEP171011;BEQ171011;BER171011;BES
171011;BET171011;BEU171011;BEV171011;BEW171011;BEX171011;BEY1
71011;BEZ171011;BFA171011;BFB171011;BFC171011;BFD171011;BFE171
011;BFF171011;BFG171011;BFH171011;BFI171011;BFJ171011;BFK171011;
BFL171011;BFM171011;BFN171011;BFO171011;BFP171011;BFQ171011;B
FR171011;BFS171011;BFT171011;BFU171011;BFV171011;BFW171011;BF
X171011;BFY171011;BFZ171011;BGA171011;BGB171011;BGC171011;BG
D171011;BGE171011;BGF171011;BGG171011;BGH171011;BGI171011;BGJ
171011;BGK171011;BGL171011;BGM171011;BGN171011;BGO171011;BGP
171011;BGQ171011;BGR171011;BGS171011;BGT171011;BGU171011;BGV
171011;BGW171011;BGX171011;BGY171011;BGZ171011;BHA171011;BH

B171011;BHC171011;BHD171011;BHE171011;BHF171011;BHG171011;BH
H171011;BHI171011;BHJ171011;BHK171011;BHL171011;BHM171011;BH
N171011;BHO171011;BHP171011;BHQ171011;BHR171011;BHS171011;BH
T171011;BHU171011;BHV171011;BHW171011;BHX171011;BHY171011;B
HZ171011;BIA171011;BIB171011;BIC171011;BID171011;BIE171011;BIF17
1011;BIG171011;BIH171011;BII171011;BIJ171011;BIK171011;BIL171011;B
IM171011;BIN171011;BIO171011;BIP171011;BIQ171011;BIR171011;BIS17
1011;BIT171011;BIU171011;BIV171011;BIW171011;BIX171011;BIY171011
;BIZ171011;BJA171011;BJB171011;BJC171011;BJD171011;BJE171011;BJF
171011;BJG171011;BJH171011;BJI171011;BJJ171011;BJK171011;BJL17101
1;BJM171011;BJN171011;BJO171011;BJP171011;BJQ171011;BJR171011;BJ
S171011;BJT171011;BJU171011;BJV171011;BJW171011;BJX171011;BJY17
1011;BJZ171011;BKA171011;BKB171011;BKC171011;BKD171011;BKE171
011;BKF171011;BKG171011;BKH171011;BKI171011;BKJ171011;BKK1710
11;BKL171011;BKM171011;BKN171011;BKO171011;BKP171011;BKQ1710
11;BKR171011;BKS171011;BKT171011;BKU171011;BKV171011;BKW1710
11;BKX171011;BKY171011;BKZ171011;BLA171011;BLB171011;BLC17101
1;BLD171011;BLE171011;BLF171011;BLG171011;BLH171011;BLI171011;
BLJ171011;BLK171011;BLL171011;BLM171011

BLN171011;BLO171011;BLP171011;BLQ171011;BLR171011;BLS171011;B
LT171011;BLU171011;BLV171011;BLW171011;BLX171011;BLY171011;B
LZ171011;BMA171011;BMB171011;BMC171011;BMD171011;BME171011;
BMF171011;BMG171011;BMH171011;BMI171011;BMJ171011;BMK171011
;BML171011;BMM171011;BMN171011;BMO171011;BMP171011;BMQ1710
11;BMR171011;BMS171011;BMT171011;BMU171011;BMV171011;BMW17
1011;BMX171011;BMY171011;BMZ171011;BNA171011;BNB171011;BNC1
71011;BND171011;BNE171011;BNF171011;BNG171011;BNH171011;BNI17
1011;BNJ171011;BNK171011;BNL171011;BNM171011;BNN171011;BNO17
1011;BNP171011;BNQ171011;BNR171011;BNS171011;BNT171011;BNU17
1011;BNV171011;BNW171011;BNX171011;BNY171011;BNZ171011;BOA1
71011;BOB171011;BOC171011;BOD171011;BOE171011;BOF171011;BOG1
71011;BOH171011;BOI171011;BOJ171011;BOK171011;BOL171011;BOM17
1011;BON171011;BOO171011;BOP171011;BOQ171011;BOR171011;BOS17
1011;BOT171011;BOU171011;BOV171011;BOW171011;BOX171011;BOY1
71011;BOZ171011;BPA171011;BPB171011;BPC171011;BPD171011;BPE171
011;BPF171011;BPG171011;BPH171011;BPI171011;BPJ171011;BPK171011;
BPL171011;BPM171011;BPN171011;BPO171011;BPP171011;BPQ171011;B
PR171011;BPS171011;BPT171011;BPU171011;BPV171011;BPW171011;BP
X171011;BPY171011;BPZ171011;BQA171011;BQB171011;BQC171011;BQ
D171011;BQE171011;BQF171011;BQG171011;BQH171011;BQI171011;BQJ
171011;BQK171011;BQL171011;BQM171011;BQN171011;BQO171011;BQP
171011;BQQ171011;BQR171011;BQS171011;BQT171011;BQU171011;BQV
171011;BQW171011;BQX171011;BQY171011;BQZ171011;BRA171011;BRB
171011;BRC171011;BRD171011;BRE171011;BRF171011;BRG171011;BRH1
71011;BRI171011;BRJ171011;BRK171011;BRL171011;BRM171011;BRN17
1011;BRO171011;BRP171011;BRQ171011;BRR171011;BRS171011;BRT171
011;BRU171011;BRV171011;BRW171011;BRX171011;BRY171011;BRZ171
011;BSA171011;BSB171011;BSC171011;BSD171011;BSE171011;BSF17101
1;BSG171011;BSH171011;BSI171011;BSJ171011;BSK171011;BSL171011;B
SM171011;BSN171011;BSO171011;BSP171011;BSQ171011;BSR171011;BS
S171011;BST171011;BSU171011;BSV171011;BSW171011;BSX171011;BSY
171011;BSZ171011

BTA171011;BTB171011;BTC171011;BTD171011;BTE171011;BTF171011;B
TG171011;BTH171011;BTI171011;BTJ171011;BTK171011;BTL171011;BT
M171011;BTN171011;BTO171011;BTP171011;BTQ171011;BTR171011;BTS
171011;BTT171011;BTU171011;BTV171011;BTW171011;BTX171011;BTY1

71011;BTZ171011;BUA171011;BUB171011;BUC171011;BUD171011;BUE1
71011;BUF171011;BUG171011;BUH171011;BUI171011;BUJ171011;BUK17
1011;BUL171011;BUM171011;BUN171011;BUO171011;BUP171011;BUQ17
1011;BUR171011;BUS171011;BUT171011;BUU171011;BUV171011;BUW17
1011;BUX171011;BUY171011;BUZ171011;BVA171011;BVB171011;BVC17
1011;BVD171011;BVE171011;BVF171011;BVG171011;BVH171011;BVI171
011;BVJ171011;BVK171011;BVL171011;BVM171011;BVN171011;BVO171
011;BVP171011;BVQ171011;BVR171011;BVS171011;BVT171011;BVU171
011;BVV171011;BVW171011;BVX171011;BVY171011;BVZ171011;BWA17
1011;BWB171011;BWC171011;BWD171011;BWE171011;BWF171011;BWG
171011;BWH171011;BWI171011;BWJ171011;BWK171011;BWL171011;BW
M171011;BWN171011;BWO171011;BWP171011;BWQ171011;BWR171011;
BWS171011;BWT171011;BWU171011;BWV171011;BWW171011;BWX171
011;BWY171011;BWZ171011;BXA171011;BXB171011;BXC171011;BXD17
1011;BXE171011;BXF171011;BXG171011;BXH171011;BXI171011;BXJ171
011;BXK171011;BXL171011;BXM171011;BXN171011;BXO171011;BXP171
011;BXQ171011;BXR171011;BXS171011;BXT171011;BXU171011;BXV171
011;BXW171011;BXX171011;BXY171011;BXZ171011;BYA171011;BYB17
1011;BYC171011;BYD171011;BYE171011;BYF171011;BYG171011;BYH17
1011;BYI171011;BYJ171011;BYK171011;BYL171011;BYM171011;BYN171
011;BYO171011;BYP171011;BYQ171011;BYR171011;BYS171011;BYT171
011;BYU171011;BYV171011;BYW171011;BYX171011;BYY171011;BYZ17
1011;BZA171011;BZB171011;BZC171011;BZD171011;BZE171011;BZF1710
11;BZG171011;BZH171011;BZI171011;BZJ171011;BZK171011;BZL171011;
BZM171011;BZN171011;BZO171011;BZP171011;BZQ171011;BZR171011;B
ZS171011;BZT171011;BZU171011;BZV171011;BZW171011;BZX171011;BZ
Y171011;BZZ171011;CAA171011;CAB171011;CAC171011;CAD171011;CA
E171011;CAF171011;CAG171011;CAH171011;CAI171011;CAJ171011;CAK
171011;CAL171011;CAM171011

CAN171011;CAO171011;CAP171011;CAQ171011;CAR171011;CAS171011;
CAT171011;CAU171011;CAV171011;CAW171011;CAX171011;CAY171011
;CAZ171011;CBA171011;CBB171011;CBC171011;CBD171011;CBE171011;
CBF171011;CBG171011;CBH171011;CBI171011;CBJ171011;CBK171011;C
BL171011;CBM171011;CBN171011;CBO171011;CBP171011;CBQ171011;C
BR171011;CBS171011;CBT171011;CBU171011;CBV171011;CBW171011;C
BX171011;CBY171011;CBZ171011;CCA171011;CCB171011;CCC171011;C
CD171011;CCE171011;CCF171011;CCG171011;CCH171011;CCI171011;CC
J171011;CCK171011;CCL171011;CCM171011;CCN171011;CCO171011;CCP
171011;CCQ171011;CCR171011;CCS171011;CCT171011;CCU171011;CCV1
71011;CCW171011;CCX171011;CCY171011;CCZ171011;CDA171011;CDB1
71011;CDC171011;CDD171011;CDE171011;CDF171011;CDG171011;CDH1
71011;CDI171011;CDJ171011;CDK171011;CDL171011;CDM171011;CDN17
1011;CDO171011;CDP171011;CDQ171011;CDR171011;CDS171011;CDT17
1011;CDU171011;CDV171011;CDW171011;CDX171011;CDY171011;CDZ1
71011;CEA171011;CEB171011;CEC171011;CED171011;CEE171011;CEF171
011;CEG171011;CEH171011;CEI171011;CEJ171011;CEK171011;CEL17101
1;CEM171011;CEN171011;CEO171011;CEP171011;CEQ171011;CER171011
;CES171011;CET171011;CEU171011;CEV171011;CEW171011;CEX171011;
CEY171011;CEZ171011;CFA171011;CFB171011;CFC171011;CFD171011;C
FE171011;CFF171011;CFG171011;CFH171011;CFI171011;CFJ171011;CFK1
71011;CFL171011;CFM171011;CFN171011;CFO171011;CFP171011;CFQ171
011;CFR171014;CFS171014;CFT171014;CFU171014;CFV171014;CFW17101
4;CFX171014;CFY171014;CFZ171014;CGA171014;CGB171014;CGC171014
;CGD171014;CGE171014;CGF171014;CGG171014;CGH171014;CGI171014;
CGJ171014;CGK171014;CGL171014;CGM171014;CGN171014;CGO171014;
CGP171014;CGQ171014;CGR171014;CGS171014;CGT171014;CGU171014;
CGV171014;CGW171014;CGX171014;CGY171014;CGZ171014;CHA171014

;CHB171014;CHC171014;CHD171014;CHE171014;CHF171014;CHG171014;
CHH171014;CHI171014;CHJ171014;CHK171014;CHL171014;CHM171014;
CHN171014;CHO171014;CHP171014;CHQ171014;CHR171014;CHS171014;
CHT171014;CHU171014;CHV171014;CHW171014;CHX171014;CHY171014
;CHZ171014

CIA171014;CIB171014;CIC171014;CID171014;CIE171014;CIF171014;CIG1
71014;CIH171014;CII171014;CIJ171014;CIK171014;CIL171014;CIM171014;
CIN171014;CIO171014;CIP171014;CIQ171014;CIR171014;CIS171014;CIT17
1014;CIU171014;CIV171014;CIW171014;CIX171014;CIY171014;CIZ171014
;CJA171014;CJB171014;CJC171014;CJD171014;CJE171014;CJF171014;CJG
171014;CJH171014;CJI171014;CJJ171014;CJK171014;CJL171014;CJM17101
4;CJN171014;CJO171014;CJP171014;CJQ171014;CJR171014;CJS171014;CJ
T171014;CJU171014;CJV171014;CJW171014;CJX171014;CJY171014;CJZ17
1014;CKA171014;CKB171014;CKC171014;CKD171014;CKE171014;CKF17
1014;CKG171014;CKH171014;CKI171014;CKJ171014;CKK171014;CKL171
014;CKM171014;CKN171014;CKO171014;CKP171014;CKQ171014;CKR171
014;CKS171014;CKT171014;CKU171014;CKV171014;CKW171014;CKX171
014;CKY171014;CKZ171014;CLA171014;CLB171014;CLC171014;CLD1710
14;CLE171014;CLF171014;CLG171014;CLH171014;CLI171014;CLJ171014;
CLK171014;CLL171014;CLM171014;CLN171014;CLO171014;CLP171014;C
LQ171014;CLR171014;CLS171014;CLT171014;CLU171014;CLV171014;CL
W171014;CLX171014;CLY171014;CLZ171014;CMA171014;CMB171014;C
MC171014;CMD171014;CME171014;CMF171014;CMG171014;CMH171014
;CMI171014;CMJ171014;CMK171014;CML171014;CMM171014;CMN17101
4;CMO171014;CMP171014;CMQ171014;CMR171014;CMS171014;CMT171
014;CMU171014;CMV171014;CMW171014;CMX171014;CMY171014;CMZ
171014;CNA171014;CNB171014;CNC171014;CND171014;CNE171014;CNF
171014;CNG171014;CNH171014;CNI171014;CNJ171014;CNK171014;CNL1
71014;CNM171014;CNN171014;CNO171014;CNP171014;CNQ171014;CNR1
71014;CNS171014;CNT171014;CNU171014;CNV171014;CNW171014;CNX1
71014;CNY171014;CNZ171014;COA171014;COB171014;COC171014;COD1
71014;COE171014;COF171014;COG171014;COH171014;COI171014;COJ17
1014;COK171014;COL171014;COM171014;CON171014;COO171014;COP17
1014;COQ171014;COR171014;COS171014;COT171014;COU171014;COV17
1014;COW171014;COX171014;COY171015;COZ171015;CPA171015;CPB17
1015;CPC171015;CPD171015;CPE171015;CPF171015;CPG171015;CPH1710
15;CPI171015;CPJ171015;CPK171015;CPL171015;CPM171015

CPN171015;CPO171015;CPP171015;CPQ171015;CPR171015;CPS171015;CP
T171015;CPU171015;CPV171015;CPW171015;CPX171015;CPY171015;CPZ
171015;CQA171015;CQB171015;CQC171015;CQD171015;CQE171015;CQF
171015;CQG171015;CQH171015;CQI171015;CQJ171015;CQK171015;CQL1
71015;CQM171015;CQN171015;CQO171015;CQP171015;CQQ171015;CQR1
71015;CQS171015;CQT171015;CQU171015;CQV171015;CQW171015;CQX1
71015;CQY171015;CQZ171015;CRA171015;CRB171015;CRC171015;CRD1
71015;CRE171015;CRF171015;CRG171015;CRH171015;CRI171015;CRJ171
015;CRK171015;CRL171015;CRM171015;CRN171015;CRO171015;CRP171
015;CRQ171015;CRR171015;CRS171015;CRT171015;CRU171015;CRV1710
15;CRW171015;CRX171015;CRY171015;CRZ171015;CSA171015;CSB1710
15;CSC171015;CSD171015;CSE171015;CSF171015;CSG171015;CSH171015;
CSI171015;CSJ171015;CSK171015;CSL171015;CSM171015;CSN171015;CS
O171015;CSP171015;CSQ171015;CSR171015;CSS171015;CST171015;CSU1
71015;CSV171015;CSW171015;CSX171015;CSY171015;CSZ171015;CTA17
1015;CTB171015;CTC171015;CTD171015;CTE171015;CTF171015;CTG1710
15;CTH171015;CTI171015;CTJ171015;CTK171015;CTL171015;CTM171015;
CTN171015;CTO171015;CTP171015;CTQ171015;CTR171015;CTS171015;C
TT171015;CTU171015;CTV171015;CTW171015;CTX171015;CTY171015;C

TZ171015;CUA171015;CUB171015;CUC171015;CUD171015;CUE171015;C
UF171015;CUG171015;CUH171015;CUI171015;CUJ171015;CUK171015;CU
L171015;CUM171015;CUN171015;CUO171015;CUP171015;CUQ171015;CU
R171015;CUS171015;CUT171015;CUU171015;CUV171015;CUW171015;CU
X171015;CUY171015;CUZ171015;CVA171015;CVB171015;CVC171015;CV
D171015;CVE171015;CVF171015;CVG171015;CVH171015;CVI171015;CVJ
171015;CVK171015;CVL171015;CVM171015;CVN171015;CVO171015;CVP
171015;CVQ171015;CVR171015;CVS171015;CVT171015;CVU171015;CVV
171015;CVW171015;CVX171015;CVY171015;CVZ171015;CWA171015;CW
B171015;CWC171015;CWD171015;CWE171015;CWF171015;CWG171015;
CWH171015;CWI171015;CWJ171015;CWK171015;CWL171015;CWM17101
5;CWN171015;CWO171015;CWP171015;CWQ171015;CWR171015;CWS171
015;CWT171015;CWU171015;CWV171015;CWW171015;CWX171015;CWY
171015;CWZ171015

CXA171015;CXB171015;CXC171015;CXD171015;CXE171015;CXF171015;
CXG171015;CXH171015;CXI171015;CXJ171015;CXK171015;CXL171015;C
XM171015;CXN171015;CXO171015;CXP171015;CXQ171015;CXR171015;C
XS171015;CXT171015;CXU171015;CXV171015;CXW171015;CXX171015;C
XY171015;CXZ171015;CYA171015;CYB171015;CYC171015;CYD171015;C
YE171015;CYF171015;CYG171015;CYH171015;CYI171015;CYJ171015;CY
K171015;CYL171015;CYM171015;CYN171015;CYO171015;CYP171015;CY
Q171015;CYR171015;CYS171015;CYT171015;CYU171015;CYV171015;CY
W171015;CYX171015;CYY171015;CYZ171015;CZA171015;CZB171015;CZ
C171015;CZD171015;CZE171015;CZF171015;CZG171015;CZH171015;CZI1
71015;CZJ171015;CZK171015;CZL171015;CZM171015;CZN171015;CZO17
1015;CZP171015;CZQ171015;CZR171015;CZS171015;CZT171015;CZU1710
15;CZV171015;CZW171015;CZX171015;CZY171015;CZZ171015;DAA1710
15;DAB171015;DAC171015;DAD171015;DAE171015;DAF171015;DAG1710
15;DAH171015;DAI171015;DAJ171015;DAK171015;DAL171015;DAM1710
15;DAN171015;DAO171015;DAP171015;DAQ171015;DAR171015;DAS1710
15;DAT171015;DAU171015;DAV171015;DAW171015;DAX171015;DAY171
015;DAZ171015;DBA171015;DBB171015;DBC171015;DBD171015;DBE171
015;DBF171015;DBG171015;DBH171015;DBI171015;DBJ171015;DBK1710
15;DBL171015;DBM171015;DBN171015;DBO171015;DBP171015;DBQ1710
15;DBR171015;DBS171015;DBT171015;DBU171015;DBV171015;DBW1710
15;DBX171015;DBY171015;DBZ171015;DCA171015;DCB171015;DCC1710
15;DCD171015;DCE171015;DCF171015;DCG171015;DCH171015;DCI17101
5;DCJ171015;DCK171015;DCL171015;DCM171015;DCN171015;DCO17101
5;DCP171015;DCQ171015;DCR171015;DCS171015;DCT171015;DCU17101
5;DCV171015;DCW171015;DCX171015;DCY171015;DCZ171015;DDA1710
15;DDB171015;DDC171015;DDD171015;DDE171015;DDF171015;DDG1710
15;DDH171015;DDI171015;DDJ171015;DDK171015;DDL171015;DDM1710
15;DDN171015;DDO171015;DDP171015;DDQ171015;DDR171015;DDS1710
15;DDT171015;DDU171015;DDV171015;DDW171015;DDX171015;DDY171
015;DDZ171015;DEA171015;DEB171015;DEC171015;DED171015;DEE1710
15;DEF171015;DEG171015;DEH171015;DEI171015;DEJ171015;DEK171015
;DEL171015;DEM171015

DEN171015;DEO171015;DEP171015;DEQ171015;DER171015;DES171015;
DET171015;DEU171015;DEV171015;DEW171015;DEX171015;DEY171015;
DEZ171015;DFA171015;DFB171015;DFC171015;DFD171015;DFE171015;D
FF171015;DFG171015;DFH171015;DFI171015;DFJ171015;DFK171015;DFL
171015;DFM171015;DFN171015;DFO171015;DFP171015;DFQ171015;DFR1
71015;DFS171015;DFT171015;DFU171015;DFV171015;DFW171015;DFX17
1015;DFY171015;DFZ171015;DGA171015;DGB171015;DGC171015;DGD17
1015;DGE171015;DGF171015;DGG171015;DGH171015;DGI171015;DGJ171
015;DGK171015;DGL171015;DGM171015;DGN171015;DGO171015;DGP17

1015;DGQ171015;DGR171015;DGS171015;DGT171015;DGU171015;DGV1
71015;DGW171015;DGX171015;DGY171015;DGZ171015;DHA171015;DHB
171015;DHC171015;DHD171015;DHE171015;DHF171015;DHG171015;DH
H171015;DHI171015;DHJ171015;DHK171015;DHL171015;DHM171015;DH
N171015;DHO171015;DHP171015;DHQ171015;DHR171015;DHS171015;DH
T171015;DHU171015;DHV171015;DHW171015;DHX171015;DHY171015;D
HZ171015;DIA171015;DIB171015;DIC171015;DID171015;DIE171015;DIF17
1015;DIG171015;DIH171015;DII171015;DIJ171015;DIK171015;DIL171015;
DIM171015;DIN171015;DIO171015;DIP171015;DIQ171015;DIR171015;DIS
171015;DIT171015;DIU171015;DIV171015;DIW171015;DIX171015;DIY171
015;DIZ171015;DJA171015;DJB171015;DJC171015;DJD171015;DJE171015;
DJF171015;DJG171015;DJH171015;DJI171015;DJJ171015;DJK171015;DJL1
71015;DJM171015;DJN171015;DJO171015;DJP171015;DJQ171015;DJR1710
15;DJS171015;DJT171015;DJU171015;DJV171015;DJW171015;DJX171015;
DJY171015;DJZ171015;DKA171015;DKB171015;DKC171015;DKD171015;
DKE171015;DKF171015;DKG171015;DKH171015;DKI171015;DKJ171015;
DKK171015;DKL171015;DKM171015;DKN171015;DKO171015;DKP171015
;DKQ171015;DKR171015;DKS171015;DKT171015;DKU171015;DKV17101
5;DKW171015;DKX171015;DKY171015;DKZ171015;DLA171015;DLB1710
15;DLC171015;DLD171015;DLE171015;DLF171015;DLG171015;DLH17101
5;DLI171015;DLJ171015;DLK171015;DLL171015;DLM171015;DLN171015;
DLO171015;DLP171015;DLQ171015;DLR171015;DLS171015;DLT171015;D
LU171015;DLV171015;DLW171015;DLX171015;DLY171015;DLZ171015

DMA171015;DMB171015;DMC171015;DMD171015;DME171015;DMF1710
15;DMG171015;DMH171015;DMI171015;DMJ171015;DMK171015;DML17
1015;DMM171015;DMN171015;DMO171015;DMP171015;DMQ171015;DM
R171015;DMS171015;DMT171015;DMU171015;DMV171015;DMW171015;
DMX171015;DMY171015;DMZ171015;DNA171015;DNB171015;DNC17101
5;DND171015;DNE171015;DNF171015;DNG171015;DNH171015;DNI17101
5;DNJ171015;DNK171015;DNL171015;DNM171015;DNN171015;DNO1710
15;DNP171015;DNQ171015;DNR171015;DNS171015;DNT171015;DNU1710
15;DNV171015;DNW171015;DNX171015;DNY171015;DNZ171015;DOA171
015;DOB171015;DOC171015;DOD171015;DOE171015;DOF171015;DOG171
015;DOH171015;DOI171015;DOJ171015;DOK171015;DOL171015;DOM171
015;DON171015;DOO171015;DOP171015;DOQ171015;DOR171015;DOS171
015;DOT171015;DOU171015;DOV171015;DOW171015;DOX171015;DOY17
1015;DOZ171015;DPA171015;DPB171015;DPC171015;DPD171015;DPE171
015;DPF171015;DPG171015;DPH171015;DPI171015;DPJ171015;DPK171015
;DPL171015;DPM171015;DPN171015;DPO171015;DPP171015;DPQ171015;
DPR171015;DPS171015;DPT171015;DPU171015;DPV171015;DPW171015;D
PX171015;DPY171015;DPZ171015;DQA171015;DQB171015;DQC171015;D
QD171015;DQE171015;DQF171015;DQG171015;DQH171015;DQI171015;D
QJ171015;DQK171015;DQL171015;DQM171015;DQN171015;DQO171015;
DQP171015;DQQ171015;DQR171015;DQS171015;DQT171015;DQU171015;
DQV171015;DQW171015;DQX171015;DQY171015;DQZ171015;DRA17101
5;DRB171015;DRC171015;DRD171015;DRE171015;DRF171015;DRG17101
5;DRH171015;DRI171015;DRJ171015;DRK171015;DRL171015;DRM171015
;DRN171015;DRO171015;DRP171015;DRQ171015;DRR171015;DRS171015;
DRT171015;DRU171015;DRV171015;DRW171015;DRX171015;DRY171015
;DRZ171015;DSA171015;DSB171015;DSC171015;DSD171015;DSE171015;
DSF171015;DSG171015;DSH171015;DSI171015;DSJ171015;DSK171015;DS
L171015;DSM171015;DSN171015;DSO171015;DSP171015;DSQ171015;DSR
171015;DSS171015;DST171015;DSU171015;DSV171015;DSW171015;DSX1
71015;DSY171015;DSZ171015;DTA171015;DTB171015;DTC171015;DTD17
1015;DTE171015;DTF171015;DTG171015;DTH171015;DTI171015;DTJ1710
15;DTK171015;DTL171015;DTM171015

DTN171015;DTO171015;DTP171015;DTQ171015;DTR171015;DTS171015;
DTT171015;DTU171015;DTV171015;DTW171015;DTX171015;DTY171015;
DTZ171015;DUA171015;DUB171015;DUC171015;DUD171015;DUE171015;
DUF171015;DUG171015;DUH171015;DUI171015;DUJ171015;DUK171015;
DUL171015;DUM171015;DUN171015;DUO171015;DUP171015;DUQ171015
;DUR171015;DUS171015;DUT171015;DUU171015;DUV171015;DUW17101
5;DUX171015;DUY171015;DUZ171015;DVA171015;DVB171015;DVC1710
15;DVD171015;DVE171015;DVF171015;DVG171015;DVH171015;DVI1710
15;DVJ171015;DVK171015;DVL171015;DVM171015;DVN171015;DVO171
015;DVP171015;DVQ171015;DVR171015;DVS171015;DVT171015;DVU171
015;DVV171015;DVW171015;DVX171015;DVY171015;DVZ171015;DWA1
71015;DWB171015;DWC171015;DWD171015;DWE171015;DWF171015;D
WG171015;DWH171015;DWI171015;DWJ171015;DWK171015;DWL171015
;DWM171015;DWN171015;DWO171015;DWP171015;DWQ171015;DWR17
1015;DWS171015;DWT171015;DWU171015;DWV171015;DWW171015;DW
X171015;DWY171015;DWZ171015;DXA171015;DXB171015;DXC171015;D
XD171015;DXE171015;DXF171015;DXG171015;DXH171015;DXI171015;D
XJ171015;DXK171015;DXL171015;DXM171015;DXN171015;DXO171015;
DXP171015;DXQ171015;DXR171015;DXS171015;DXT171015;DXU171015;
DXV171015;DXW171015;DXX171015;DXY171015;DXZ171015;DYA17101
5;DYB171015;DYC171015;DYD171015;DYE171015;DYF171015;DYG17101
5;DYH171015;DYI171015;DYJ171015;DYK171015;DYL171015;DYM17101
5;DYN171015;DYO171015;DYP171015;DYQ171015;DYR171015;DYS17101
5;DYT171015;DYU171015;DYV171015;DYW171015;DYX171015;DYY1710
15;DYZ171015;DZA171015;DZB171015;DZC171015;DZD171015;DZE17101
5;DZF171015;DZG171015;DZH171015;DZI171015;DZJ171015;DZK171015;
DZL171015;DZM171015;DZN171015;DZO171015;DZP171015;DZQ171015;
DZR171015;DZS171015;DZT171015;DZU171015;DZV171015;DZW171015;
DZX171015;DZY171015;DZZ171015;EAA171015;EAB171015;EAC171015;
EAD171015;EAE171015;EAF171015;EAG171015;EAH171015;EAI171015;E
AJ171015;EAK171015;EAL171015;EAM171015;EAN171015;EAO171015;E
AP171015;EAQ171015;EAR171015;EAS171015;EAT171015;EAU171015;EA
V171015;EAW171015;EAX171015;EAY171015;EAZ171015

EBA171015;EBB171015;EBC171015;EBD171015;EBE171015;EBF171015;E
BG171015;EBH171015;EBI171015;EBJ171015;EBK171015;EBL171015;EB
M171015;EBN171015;EBO171015;EBP171015;EBQ171015;EBR171015;EBS
171015;EBT171015;EBU171015;EBV171015;EBW171015;EBX171015;EBY1
71015;EBZ171015;ECA171015;ECB171015;ECC171015;ECD171015;ECE17
1015;ECF171015;ECG171015;ECH171015;ECI171015;ECJ171015;ECK17101
5;ECL171015;ECM171015;ECN171015;ECO171015;ECP171015;ECQ171015
;ECR171015;ECS171015;ECT171015;ECU171015;ECV171015;ECW171015;
ECX171015;ECY171015;ECZ171015;EDA171015;EDB171015;EDC171015;E
DD171015;EDE171015;EDF171015;EDG171015;EDH171015;EDI171015;ED
J171015;EDK171015;EDL171015;EDM171015;EDN171015;EDO171015;EDP
171015;EDQ171015;EDR171015;EDS171015;EDT171015;EDU171015;EDV1
71015;EDW171015;EDX171015;EDY171015;EDZ171015;EEA171015;EEB1
71015;EEC171015;EED171015;EEE171015;EEF171015;EEG171015;EEH171
015;EEI171015;EEJ171015;EEK171015;EEL171015;EEM171015;EEN171015
;EEO171015;EEP171015;EEQ171015;EER171015;EES171015;EET171015;E
EU171015;EEV171015;EEW171015;EEX171015;EEY171015;EEZ171015;EF
A171015;EFB171015;EFC171015;EFD171015;EFE171015;EFF171015;EFG1
71015;EFH171015;EFI171015;EFJ171015;EFK171015;EFL171015;EFM1710
15;EFN171015;EFO171015;EFP171015;EFQ171015;EFR171015;EFS171015;
EFT171015;EFU171015;EFV171015;EFW171015;EFX171015;EFY171015;EF
Z171015;EGA171015;EGB171015;EGC171015;EGD171015;EGE171015;EGF
171015;EGG171015;EGH171015;EGI171015;EGJ171015;EGK171015;EGL17
1015;EGM171015;EGN171015;EGO171015;EGP171015;EGQ171015;EGR17

1015;EGS171015;EGT171015;EGU171015;EGV171015;EGW171015;EGX17
1015;EGY171015;EGZ171015;EHA171015;EHB171015;EHC171015;EHD171
015;EHE171015;EHF171015;EHG171015;EHH171015;EHI171015;EHJ17101
5;EHK171015;EHL171015;EHM171015;EHN171015;EHO171015;EHP17101
5;EHQ171015;EHR171015;EHS171015;EHT171015;EHU171015;EHV171015
;EHW171015;EHX171015;EHY171015;EHZ171015;EIA171015;EIB171015;E
IC171015;EID171015;EIE171015;EIF171015;EIG171015;EIH171015;EII1710
15;EIJ171015;EIK171015;EIL171015;EIM171015

EIN171015;EIO171015;EIP171015;EIQ171015;EIR171015;EIS171015;EIT17
1015;EIU171015;EIV171015;EIW171015;EIX171015;EIY171015;EIZ171015;
EJA171015;EJB171015;EJC171015;EJD171015;EJE171015;EJF171015;EJG1
71015;EJH171015;EJI171015;EJJ171015;EJK171015;EJL171015;EJM171015;
EJN171015;EJO171015;EJP171015;EJQ171015;EJR171015;EJS171015;EJT17
1015;EJU171015;EJV171015;EJW171015;EJX171015;EJY171015;EJZ171015
;EKA171015;EKB171015;EKC171015;EKD171015;EKE171015;EKF171015;
EKG171015;EKH171015;EKI171015;EKJ171015;EKK171015;EKL171015;E
KM171015;EKN171015;EKO171015;EKP171015;EKQ171015;EKR171015;E
KS171015;EKT171015;EKU171015;EKV171015;EKW171015;EKX171015;E
KY171015;EKZ171015;ELA171015;ELB171015;ELC171015;ELD171015;EL
E171015;ELF171015;ELG171015;ELH171015;ELI171015;ELJ171015;ELK17
1015;ELL171015;ELM171015;ELN171015;ELO171016;ELP171016;ELQ1710
16;ELR171016;ELS171016;ELT171016;ELU171016;ELV171016;ELW171016
;ELX171016;ELY171016;ELZ171016;EMA171016;EMB171016;EMC171016;
EMD171016;EME171016;EMF171016;EMG171016;EMH171016;EMI171016
;EMJ171016;EMK171016;EML171016;EMM171016;EMN171016;EMO17101
6;EMP171016;EMQ171016;EMR171016;EMS171016;EMT171016;EMU1710
16;EMV171016;EMW171016;EMX171016;EMY171016;EMZ171016;ENA17
1016;ENB171016;ENC171016;END171016;ENE171016;ENF171016;ENG171
016;ENH171016;ENI171016;ENJ171016;ENK171016;ENL171016;ENM1710
16;ENN171016;ENO171016;ENP171016;ENQ171016;ENR171016;ENS17101
6;ENT171016;ENU171016;ENV171016;ENW171016;ENX171016;ENY17101
6;ENZ171016;EOA171016;EOB171016;EOC171016;EOD171016;EOE171016
;EOF171016;EOG171016;EOH171016;EOI171016;EOJ171016;EOK171016;E
OL171016;EOM171016;EON171016;EOO171016;EOP171016;EOQ171016;E
OR171016;EOS171016;EOT171016;EOU171016;EOV171016;EOW171016;E
OX171016;EOY171016;EOZ171016;EPA171016;EPB171016;EPC171016;EP
D171016;EPE171016;EPF171016;EPG171016;EPH171016;EPI171016;EPJ171
016;EPK171016;EPL171016;EPM171016;EPN171016;EPO171016;EPP17101
6;EPQ171016;EPR171016;EPS171016;EPT171016;EPU171016;EPV171016;E
PW171016;EPX171016;EPY171016;EPZ171016

EQA171016;EQB171016;EQC171016;EQD171016;EQE171016;EQF171016;E
QG171016;EQH171016;EQI171016;EQJ171016;EQK171016;EQL171016;EQ
M171016;EQN171016;EQO171016;EQP171016;EQQ171016;EQR171016;EQ
S171016;EQT171016;EQU171016;EQV171016;EQW171016;EQX171016;EQ
Y171016;EQZ171016;ERA171016;ERB171016;ERC171016;ERD171016;ERE
171016;ERF171016;ERG171016;ERH171016;ERI171016;ERJ171016;ERK171
016;ERL171016;ERM171016;ERN171016;ERO171016;ERP171016;ERQ1710
16;ERR171016;ERS171016;ERT171016;ERU171016;ERV171016;ERW17101
6;ERX171016;ERY171016;ERZ171016;ESA171016;ESB171016;ESC171016;
ESD171016;ESE171016;ESF171016;ESG171016;ESH171016;ESI171016;ESJ
171016;ESK171016;ESL171016;ESM171016;ESN171016;ESO171016;ESP17
1016;ESQ171016;ESR171016;ESS171016;EST171016;ESU171016;ESV17101
6;ESW171016;ESX171016;ESY171016;ESZ171016;ETA171016;ETB171016;
ETC171016;ETD171016;ETE171016;ETF171016;ETG171016;ETH171016;ET
I171016;ETJ171016;ETK171016;ETL171016;ETM171016;ETN171016;ETO1
71016;ETP171016;ETQ171016;ETR171016;ETS171016;ETT171016;ETU171



016;ETV171016;ETW171016;ETX171016;ETY171016;ETZ171016;EUA1710
16;EUB171016;EUC171016;EUD171016;EUE171016;EUF171016;EUG17101
6;EUH171016;EUI171016;EUJ171016;EUK171016;EUL171016;EUM171016;
EUN171016;EUO171016;EUP171016;EUQ171016;EUR171016;EUS171016;E
UT171016;EUU171016;EUV171016;EUW171016;EUX171016;EUY171016;E
UZ171016;EVA171016;EVB171016;EVC171016;EVD171016;EVE171016;E
VF171016;EVG171016;EVH171016;EVI171016;EVJ171016;EVK171016;EV
L171016;EVM171016;EVN171016;EVO171016;EVP171016;EVQ171016;EV
R171016;EVS171016;EVT171016;EVU171016;EVV171016;EVW171016;EV
X171016;EVY171016;EVZ171016;EWA171016;EWB171016;EWC171016;E
WD171016;EWE171016;EWF171016;EWG171016;EWH171016;EWI171016;
EWJ171016;EWK171016;EWL171016;EWM171016;EWN171016;EWO17101
6;EWP171016;EWQ171016;EWR171016;EWS171016;EWT171016;EWU171
016;EWV171016;EWW171016;EWX171016;EWY171016;EWZ171016;EXA1
71016;EXB171016;EXC171016;EXD171016;EXE171016;EXF171016;EXG17
1016;EXH171016;EXI171016;EXJ171016;EXK171016;EXL171016;EXM171
016

EXN171016;EXO171016;EXP171016;EXQ171016;EXR171016;EXS171016;E
XT171016;EXU171016;EXV171016;EXW171016;EXX171016;EXY171016;E
XZ171016;EYA171016;EYB171016;EYC171016;EYD171016;EYE171016;E
YF171016;EYG171016;EYH171016;EYI171016;EYJ171016;EYK171016;EY
L171016;EYM171016;EYN171016;EYO171016;EYP171016;EYQ171016;EY
R171016;EYS171016;EYT171016;EYU171016;EYV171016;EYW171016;EY
X171016;EYY171016;EYZ171016;EZA171016;EZB171016;EZC171016;EZD
171016;EZE171016;EZF171016;EZG171016;EZH171016;EZI171016;EZJ171
016;EZK171016;EZL171016;EZM171016;EZN171016;EZO171016;EZP17101
6;EZQ171016;EZR171016;EZS171016;EZT171016;EZU171016;EZV171016;
EZW171016;EZX171016;EZY171016;EZZ171016;FAA171016;FAB171016;F
AC171016;FAD171016;FAE171016;FAF171016;FAG171016;FAH171016;FA
I171016;FAJ171016;FAK171016;FAL171016;FAM171016;FAN171016;FAO1
71016;FAP171016;FAQ171016;FAR171016;FAS171016;FAT171016;FAU171
016;FAV171016;FAW171016;FAX171016;FAY171016;FAZ171016;FBA1710
16;FBB171016;FBC171016;FBD171016;FBE171016;FBF171016;FBG171016;
FBH171016;FBI171016;FBJ171016;FBK171016;FBL171016;FBM171016;FB
N171016;FBO171016;FBP171016;FBQ171016;FBR171016;FBS171016;FBT1
71016;FBU171016;FBV171016;FBW171016;FBX171016;FBY171016;FBZ17
1016;FCA171016;FCB171016;FCC171016;FCD171016;FCE171016;FCF1710
16;FCG171016;FCH171016;FCI171016;FCJ171016;FCK171016;FCL171016;
FCM171016;FCN171016;FCO171016;FCP171016;FCQ171016;FCR171016;F
CS171016;FCT171016;FCU171016;FCV171016;FCW171016;FCX171016;FC
Y171016;FCZ171016;FDA171016;FDB171016;FDC171016;FDD171016;FDE
171016;FDF171016;FDG171016;FDH171016;FDI171016;FDJ171016;FDK171
016;FDL171016;FDM171016;FDN171016;FDO171016;FDP171016;FDQ1710
16;FDR171016;FDS171016;FDT171016;FDU171016;FDV171016;FDW17101
6;FDX171016;FDY171016;FDZ171016;FEA171016;FEB171016;FEC171016;
FED171016;FEE171016;FEF171016;FEG171016;FEH171016;FEI171016;FEJ
171016;FEK171016;FEL171016;FEM171016;FEN171016;FEO171016;FEP17
1016;FEQ171016;FER171016;FES171016;FET171016;FEU171016;FEV17101
6;FEW171016;FEX171016;FEY171016;FEZ171016

FFA171016;FFB171016;FFC171016;FFD171016;FFE171016;FFF171016;FFG
171016;FFH171016;FFI171016;FFJ171016;FFK171016;FFL171016;FFM1710
16;FFN171016;FFO171016;FFP171016;FFQ171016;FFR171016;FFS171016;F
FT171016;FFU171016;FFV171016;FFW171016;FFX171016;FFY171016;FFZ
171016;FGA171016;FGB171016;FGC171016;FGD171016;FGE171016;FGF17
1016;FGG171016;FGH171016;FGI171016;FGJ171016;FGK171016;FGL1710
16;FGM171016;FGN171016;FGO171016;FGP171016;FGQ171016;FGR17101

6;FGS171016;FGT171016;FGU171016;FGV171016;FGW171016;FGX171016;FGY171016;FGZ171016;FHA171016;FHB171016;FHC171016;FHD171016;FHE171016;FHF171016;FHG171016;FHH171016;FHI171016;FHJ171016;FHK171016;FHL171016;FHM171016;FHN171016;FHO171027;FHP171027;FHQ171027;FHR171027;FHS171027;FHT171027;FHU171027;FHV171027;FHW171027;FHX171027;FHY171027;FHZ171027;FIA171027;FIB171027;FIC171027;FID171027;FIE171027;FIF171027;FIG171027;FIH171027;FII171027;FIJ171027;FIK171027;FIL171027;FIM171027;FIN171027;FIO171027;FIP171027;FIQ171027;FIR171027;FIS171027;FIT171027;FIU171027;FIV171027;FIW171027;FIX171027;FIY171027;FIZ171027;FJA171027;FJB171027;FJC171027;FJD171027;FJF171027;FJG171027;FJH171027;FJI171027;FJJ171027;FJK171027;FJL171027;FJM171027;FJN171027;FJO171027;FJP171027;FJQ171027;FJR171027;FJS171027;FJT171027;FJU171027;FJV171027;FJW171027;FJX171027;FJY171027;FJZ171027;FKA171027;FKB171027;FKC171027;FKD171027;FKE171027;FKF171027;FKG171027;FKH171027;FKI171027;FKJ171027;FKK171027;FKL171027;FKM171027;FKN171027;FKO171027;FKP171027;FKQ171027;FKR171027;FKS171027;FKT171027;FKU171027;FKV171027;FKW171027;FKX171027;FKY171027;FKZ171027;FLA171027;FLB171027;FLC171027;FLD171027;FLE171027;FLF171027;FLG171027;FLH171027;FLI171027;FLJ171027;FLK171027;FLL171027;FLM171027;FLN171027;FLO171027;FLP171027;FLQ171027;FLR171027;FLS171027;FLT171027;FLU171027;FLV171027;FLW171027;FLX171027;FLY171027;FLZ171027;FMA171027;FMB171027;FMC171027;FMD171027;FME171027;FMF171027;FMG171027;FMH171027;FMI171027;FMJ171027;FMK171027;FML171027;FMM171027

FMN171027;FMO171027;FMP171027;FMQ171027;FMR171027;FMS171027;FMT171027;FMU171027;FMV171027;FMW171027;FMX171027;FMY171027;FMZ171027;FNA171027;FNB171027;FNC171027;FND171027;FNE171027;FNF171027;FNG171027;FNH171027;FNI171027;FNJ171027;FNK171027;FNL171027;FNM171027;FNN171027;FNO171027;FNP171027;FNQ171027;FNR171027;FNS171027;FNT171027;FNU171027;FNV171027;FNW171027;FNX171027;FNY171027;FNZ171027;FOA171027;FOB171027;FOC171027;FOD171027;FOE171027;FOF171027;FOG171027;FOH171027;FOI171027;FOJ171027;FOK171027;FOL171027;FOM171027;FON171027;FOO171027;FOP171027;FOQ171027;FOR171027;FOS171027;FOT171027;FOU171027;FOV171027;FOW171027;FOX171027;FOY171027;FOZ171027;FPA171027;FPB171027;FPC171027;FPD171027;FPE171027;FPF171027;FPG171027;FPH171027;FPI171027;FPJ171027;FPK171027;FPL171027;FPM171027;FPN171027;FPO171027;FPP171027;FPQ171027;FPR171027;FPS171027;FPT171027;FPU171027;FPV171027;FPW171027;FPX171027;FPY171027;FPZ171027;FQA171027;FQB171027;FQC171027;FQD171027;FQE171027;FQF171027;FQG171027;FQH171027;FQI171027;FQJ171027;FQK171027;FQL171027;FQM171027;FQN171027;FQO171027;FQP171027;FQQ171027;FQR171027;FQS171027;FQT171027;FQU171027;FQV171027;FQW171027;FQX171027;FQY171027;FQZ171027;FRA171027;FRB171027;FRC171027;FRD171027;FRE171027;FRF171027;FRG171027;FRH171027;FRI171027;FRJ171027;FRK171027;FRL171027;FRM171027;FRN171027;FRO171027;FRP171027;FRQ171027;FRR171027;FRS171027;FRT171027;FRU171027;FRV171027;FRW171027;FRX171027;FRY171027;FRZ171027;FSA171027;FSB171027;FSC171027;FSD171027;FSE171027;FSF171027;FSG171027;FSH171027;FSI171027;FSJ171027;FSK171027;FSL171027;FSM171027;FSN171027;FSO171027;FSP171027;FSQ171027;FSR171027;FSS171027;FST171027;FSU171027;FSV171027;FSW171027;FSX171027;FSY171027;FSZ171027;FTA171027;FTB171027;FTC171027;FTD171027;FTE171027;FTF171027;FTG171027;FTH171027;FTI171027;FTJ171027;FTK171027;FTL171027;FTM171027;FTN171027;FTO171027;FTP171027;FTQ171027;FTR171027;FTS171027;FTT171027;FTU171027;FTV171027;FTW171027;FTX171027;FTY171027;FTZ171027

FUA171027;FUB171027;FUC171027;FUD171027;FUE171027;FUF171027;F
UG171027;FUH171027;FUI171027;FUJ171027;FUK171027;FUL171027;FU
M171027;FUN171027;FUO171027;FUP171027;FUQ171027;FUR171027;FUS
171027;FUT171027;FUU171027;FUV171027;FUW171027;FUX171027;FUY1
71027;FUZ171027;FVA171027;FVB171027;FVC171027;FVD171027;FVE17
1027;FVF171027;FVG171027;FVH171027;FVI171027;FVJ171027;FVK17102
7;FVL171027;FVM171027;FVN171027;FVO171027;FVP171027;FVQ171027
;FVR171027;FVS171027;FVT171027;FVU171027;FVV171027;FVW171027;
FVX171027;FVY171027;FVZ171027;FWA171027;FWB171027;FWC171027;
FWD171027;FWE171027;FWF171027;FWG171027;FWH171027;FWI171027
;FWJ171027;FWK171027;FWL171027;FWM171027;FWN171027;FWO17102
7;FWP171027;FWQ171027;FWR171027;FWS171027;FWT171027;FWU1710
27;FWV171027;FWW171027;FWX171027;FWY171027;FWZ171027;FXA17
1027;FXB171027;FXC171027;FXD171027;FXE171027;FXF171027;FXG1710
27;FXH171027;FXI171027;FXJ171027;FXK171027;FXL171027;FXM171027;
FXN171027;FXO171027;FXP171027;FXQ171027;FXR171027;FXS171027;F
XT171027;FXU171027;FXV171027;FXW171027;FXX171027;FXY171027;F
XZ171027;FYA171027;FYB171027;FYC171027;FYD171027;FYE171027;FY
F171027;FYG171027;FYH171027;FYI171027;FYJ171027;FYK171027;FYL1
71027;FYM171027;FYN171027;FYO171027;FYP171027;FYQ171027;FYR17
1027;FYS171027;FYT171027;FYU171027;FYV171027;FYW171027;FYX171
027;FYY171027;FYZ171027;FZA171027;FZB171027;FZC171027;FZD17102
7;FZE171027;FZF171027;FZG171027;FZH171027;FZI171027;FZJ171027;FZ
K171027;FZL171027;FZM171027;FZN171027;FZO171027;FZP171027;FZQ1
71027;FZR171027;FZS171027;FZT171027;FZU171027;FZV171027;FZW171
027;FZX171027;FZY171027;FZZ171027;GAA171027;GAB171027;GAC1710
27;GAD171027;GAE171027;GAF171027;GAG171027;GAH171027;GAI1710
27;GAJ171027;GAK171027;GAL171027;GAM171027;GAN171027;GAO171
027;GAP171027;GAQ171027;GAR171027;GAS171027;GAT171027;GAU171
027;GAV171027;GAW171027;GAX171027;GAY171027;GAZ171027;GBA17
1027;GBB171027;GBC171027;GBD171027;GBE171027;GBF171027;GBG17
1027;GBH171027;GBI171027;GBJ171027;GBK171027;GBL171027;GBM171
027

GBN171027;GBO171027;GBP171027;GBQ171027;GBR171027;GBS171027;
GBT171027;GBU171027;GBV171027;GBW171027;GBX171027;GBY171027
;GBZ171027;GCA171027;GCB171027;GCC171027;GCD171027;GCE171027;
GCF171027;GCG171027;GCH171027;GCI171027;GCJ171027;GCK171027;G
CL171027;GCM171027;GCN171027;GCO171027;GCP171027;GCQ171027;G
CR171027;GCS171027;GCT171027;GCU171027;GCV171027;GCW171027;G
CX171027;GCY171027;GCZ171027;GDA171027;GDB171027;GDC171027;G
DD171027;GDE171027;GDF171027;GDG171027;GDH171027;GDI171027;G
DJ171027;GDK171027;GDL171027;GDM171027;GDN171027;GDO171027;
GDP171027;GDQ171027;GDR171027;GDS171027;GDT171027;GDU171027;
GDV171027;GDW171027;GDX171027;GDY171027;GDZ171027;GEA17102
7;GEB171027;GEC171027;GED171027;GEE171027;GEF171027;GEG171027
;GEH171027;GEI171027;GEJ171027;GEK171027;GEL171027;GEM171027;
GEN171027;GEO171027;GEP171027;GEQ171027;GER171027;GES171027;
GET171027;GEU171027;GEV171027;GEW171027;GEX171027;GEY171027;
GEZ171027;GFA171027;GFB171027;GFC171027;GFD171027;GFE171027;G
FF171027;GFG171027;GFH171027;GFI171027;GFJ171027;GFK171027;GFL
171027;GFM171027;GFN171027;GFO171027;GFP171027;GFQ171027;GFR1
71027;GFS171027;GFT171027;GFU171027;GFV171027;GFW171027;GFX17
1027;GFY171027;GFZ171027;GGA171027;GGB171027;GGC171027;GGD17
1027;GGE171027;GGF171027;GGG171027;GGH171027;GGI171027;GGJ171
027;GGK171027;GGL171027;GGM171027;GGN171027;GGO171027;GGP17
1027;GGQ171027;GGR171027;GGS171027;GGT171027;GGU171027;GGV1
71027;GGW171027;GGX171027;GGY171027;GGZ171027;GHA171027;GHB

171027;GHC171027;GHD171027;GHE171027;GHF171027;GHG171027;GH
H171027;GHI171027;GHJ171027;GHK171027;GHL171027;GHM171027;GH
N171027;GHO171027;GHP171027;GHQ171027;GHR171027;GHS171027;GH
T171027;GHU171027;GHV171027;GHW171027;GHX171027;GHY171027;G
HZ171027;GIA171027;GIB171027;GIC171027;GID171027;GIE171027;GIF17
1027;GIG171027;GIH171027;GII171027;GIJ171027;GIK171027;GIL171027;
GIM171027;GIN171027;GIO171027;GIP171027;GIQ171027;GIR171027;GIS
171027;GIT171027;GIU171027;GIV171027;GIW171027;GIX171027;GIY171
027;GIZ171027

GJA171027;GJB171027;GJC171027;GJD171027;GJE171027;GJF171027;GJG
171027;GJH171027;GJI171027;GJJ171027;GJK171027;GJL171027;GJM1710
27;GJN171027;GJO171027;GJP171027;GJQ171027;GJR171027;GJS171027;G
JT171027;GJU171027;GJV171027;GJW171027;GJX171027;GJY171027;GJZ1
71027;GKA171027;GKB171027;GKC171027;GKD171027;GKE171027;GKF1
71027;GKG171027;GKH171027;GKI171027;GKJ171027;GKK171027;GKL1
71027;GKM171027;GKN171027;GKO171027;GKP171027;GKQ171027;GKR
171027;GKS171027;GKT171027;GKU171027;GKV171027;GKW171027;GK
X171027;GKY171027;GKZ171027;GLA171027;GLB171027;GLC171027;GL
D171027;GLE171027;GLF171027;GLG171027;GLH171027;GLI171027;GLJ1
71027;GLK171027;GLL171027;GLM171027;GLN171027;GLO171027;GLP1
71027;GLQ171027;GLR171027;GLS171027;GLT171027;GLU171027;GLV17
1027;GLW171027;GLX171027;GLY171027;GLZ171027;GMA171027;GMB1
71027;GMC171027;GMD171027;GME171027;GMF171027;GMG171027;GM
H171027;GMI171028;GMJ171028;GMK171028;GML171028;GMM171028;G
MN171028;GMO171028;GMP171028;GMQ171028;GMR171028;GMS171028
;GMT171028;GMU171028;GMV171028;GMW171028;GMX171028;GMY171
028;GMZ171028;GNA171028;GNB171028;GNC171028;GND171028;GNE17
1028;GNF171028;GNG171028;GNH171028;GNI171028;GNJ171028;GNK171
028;GNL171028;GNM171028;GNN171028;GNO171028;GNP171028;GNQ17
1028;GNR171028;GNS171028;GNT171028;GNU171028;GNV171028;GNW1
71028;GNX171028;GNY171028;GNZ171028;GOA171028;GOB171028;GOC
171028;GOD171028;GOE171028;GOF171028;GOG171028;GOH171028;GOI
171028;GOJ171028;GOK171028;GOL171028;GOM171028;GON171028;GO
O171028;GOP171028;GOQ171028;GOR171028;GOS171028;GOT171028;GO
U171028;GOV171028;GOW171028;GOX171028;GOY171028;GOZ171028;G
PA171028;GPB171028;GPC171028;GPD171028;GPE171028;GPF171028;GP
G171028;GPH171028;GPI171028;GPJ171028;GPK171028;GPL171028;GPM1
71028;GPN171028;GPO171028;GPP171028;GPQ171028;GPR171028;GPS171
028;GPT171028;GPU171028;GPV171028;GPW171028;GPX171028;GPY1710
28;GPZ171028;GQA171028;GQB171028;GQC171028;GQD171028;GQE1710
28;GQF171028;GQG171028;GQH171028;GQI171028;GQJ171028;GQK17102
8;GQL171028;GQM171028

GQN171028;GQO171028;GQP171028;GQQ171028;GQR171028;GQS171028;
GQT171028;GQU171028;GQV171030;GQW171030;GQX171030;GQY17103
0;GQZ171030;GRA171030;GRB171030;GRC171030;GRD171030;GRE17103
0;GRF171030;GRG171030;GRH171030;GRI171030;GRJ171030;GRK171030;
GRL171030;GRM171030;GRN171030;GRO171030;GRP171030;GRQ171030;
GRR171030;GRS171030;GRT171030;GRU171030;GRV171030;GRW171030;
GRX171030;GRY171030;GRZ171030;GSA171030;GSB171030;GSC171030;
GSD171030;GSE171030;GSF171030;GSG171030;GSH171030;GSI171030;GS
J171030;GSK171030;GSL171030;GSM171030;GSN171030;GSO171030;GSP
171030;GSQ171030;GSR171030;GSS171030;GST171030;GSU171030;GSV1
71030;GSW171030;GSX171030;GSY171030;GSZ171030;GTA171030;GTB1
71030;GTC171030;GTD171030;GTE171030;GTF171030;GTG171030;GTH17
1030;GTI171030;GTJ171030;GTK171030;GTL171030;GTM171030;GTN171
030;GTO171030;GTP171030;GTQ171030;GTR171030;GTS171030;GTT1710

*0000VA000208338916608*

30;GTU171030;GTV171030;GTW171030;GTX171030;GTY171030;GTZ1710
30;GUA171030;GUB171030;GUC171030;GUD171030;GUE171030;GUF1710
30;GUG171030;GUH171030;GUI171030;GUJ171030;GUK171030;GUL1710
30;GUM171030;GUN171030;GUO171030;GUP171030;GUQ171030;GUR171
030;GUS171030;GUT171030;GUU171030;GUV171030;GUW171030;GUX17
1030;GUY171030;GUZ171030;GVA171030;GVB171030;GVC171030;GVD1
71030;GVE171030;GVF171030;GVG171030;GVH171030;GVI171030;GVJ17
1030;GVK171030;GVL171030;GVM171030;GVN171030;GVO171030;GVP1
71030;GVQ171030;GVS171030;GVT171030;GVU171030;GVU171030;GVV
171030;GVW171030;GVX171030;GVY171030;GVZ171030;GWA171030;G
WB171030;GWC171030;GWD171030;GWE171030;GWF171030;GWG17103
0;GWH171030;GWI171030;GWJ171030;GWK171030;GWL171030;GWM17
1030;GWN171030;GWO171030;GWP171030;GWQ171030;GWR171030;GW
S171030;GWT171030;GWU171030;GWV171030;GWW171030;GWX171030;
GWY171030;GWZ171030;GXA171030;GXB171030;GXC171030;GXD17103
0;GXE171030;GXF171030;GXG171030;GXH171030;GXI171030;GXJ171030
;GXK171030;GXL171030;GXM171030;GXN171030;GXO171030;GXP17103
0;GXQ171030;GXR171030;GXS171103;GXT171103;GXU171103;GXV1711
03;GXW171103;GXX171103;GXY171103;GXZ171103

GYA171103;GYB171103;GYC171103;GYD171103;GYE171103;GYF171103;
GYG171103;GYH171103;GYI171103;GYJ171103;GYK171103;GYL171103;
GYM171103;GYN171103;GYO171103;GYP171103;GYQ171103;GYR17110
3;GYS171103;GYT171103;GYU171103;GYV171103;GYW171103;GYX1711
03;GYY171103;GYZ171103;GZA171103;GZB171103;GZC171103;GZD1711
03;GZE171103;GZF171103;GZG171103;GZH171103;GZI171103;GZJ171103;
GZK171103;GZL171103;GZM171103;GZN171103;GZO171103;GZP171103;
GZQ171103;GZR171103;GZS171103;GZT171103;GZU171103;GZV171103;
GZW171103;GZX171103;GZY171103;GZZ171103;HAA171103;HAB171103;
HAC171103;HAD171103;HAE171103;HAF171103;HAG171103;HAH171103
;HAI171103;HAJ171103;HAK171103;HAL171103;HAM171103;HAN171103;
HAO171103;HAP171103;HAQ171103;HAR171103;HAS171103;HAT171103;
HAU171103;HAV171103;HAW171103;HAX171103;HAY171103;HAZ17110
3;HBA171103;HBB171103;HBC171103;HBD171103;HBE171103;HBF17110
3;HBG171103;HBH171103;HBI171103;HBJ171103;HBK171103;HBL171103;
HBM171103;HBN171103;HBO171103;HBP171103;HBQ171103;HBR171103;
HBS171103;HBT171103;HBU171103;HBV171103;HBW171103;HBX171103;
HBY171103;HBZ171103;HCA171103;HCB171103;HCC171103;HCD171103;
HCE171103;HCF171103;HCG171103;HCH171103;HCI171103;HCJ171103;H
CK171103;HCL171103;HCM171103;HCN171103;HCO171103;HCP171103;H
CQ171103;HCR171103;HCS171103;HCT171103;HCU171103;HCV171103;H
CW171103;HCX171103;HCY171103;HCZ171103;HDA171103;HDB171103;
HDC171103;HDD171103;HDE171103;HDF171103;HDG171103;HDH171103
;HDI171103;HDJ171103;HDK171103;HDL171103;HDM171103;HDN171103;
HDO171103;HDP171103;HDQ171103;HDR171103;HDS171103;HDT171103;
HDU171103;HDV171103;HDW171103;HDX171103;HDY171103;HDZ17110
3;HEA171103;HEB171103;HEC171103;HED171103;HEE171103;HEF171103
;HEG171103;HEH171103;HEI171103;HEJ171103;HEK171103;HEL171103;H
EM171103;HEN171103;HEO171103;HEP171103;HEQ171103;HER171103;H
ES171103;HET171103;HEU171103;HEV171103;HEW171103;HEX171103;H
EY171103;HEZ171103;HFA171103;HFB171103;HFC171103;HFD171103;HF
E171103;HFF171103;HFG171103;HFH171103;HFI171103;HFJ171103;HFK1
71103;HFL171103;HFM171103

HFN171103;HFO171103;HFP171103;HFQ171103;HFR171103;HFS171103;H
FT171103;HFU171103;HFV171103;HFW171103;HFX171103;HFY171103;H
FZ171103;HGA171103;HGB171103;HGC171103;HGD171103;HGE171103;H
GF171103;HGG171103;HGH171103;HGI171103;HGJ171103;HGK171103;H

GL171103;HGM171103;HGN171103;HGO171103;HGP171103;HGQ171103;
HGR171103;HGS171103;HGT171103;HGU171103;HGV171103;HGW171103
;HGX171103;HGY171103;HGZ171103;HHA171103;HHB171103;HHC17110
3;HHD171103;HHE171106;HHF171106;HHG171106;HHH171106;HHI17110
6;HHJ171106;HHK171106;HHL171106;HHM171106;HHN171106;HHO1711
06;HHP171106;HHQ171106;HHR171106;HHS171106;HHT171106;HHU1711
06;HHV171106;HHW171106;HHX171106;HHY171106;HHZ171106;HIA171
106;HIB171106;HIC171106;HID171106;HIE171106;HIF171106;HIG171106;
HIH171106;HII171106;HIJ171106;HIK171106;HIL171106;HIM171106;HIN1
71106;HIO171106;HIP171106;HIQ171106;HIR171106;HIS171106;HIT17110
6;HIU171106;HIV171106;HIW171106;HIX171106;HIY171106;HIZ171106;H
JA171106;HJB171106;HJC171106;HJD171106;HJE171106;HJF171106;HJG1
71106;HJH171106;HJI171106;HJJ171106;HJK171106;HJL171106;HJM17110
6;HJN171106;HJO171106;HJP171106;HJQ171106;HJR171106;HJS171106;HJ
T171106;HJU171106;HJV171106;HJW171106;HJX171106;HJY171106;HJZ1
71106;HKA171106;HKB171106;HKC171106;HKD171106;HKE171106;HKF1
71106;HKG171106;HKH171106;HKI171106;HKJ171106;HKK171106;HKL1
71106;HKM171106;HKN171106;HKO171106;HKP171106;HKQ171106;HKR
171106;HKS171106;HKT171106;HKU171106;HKV171106;HKW171106;HK
X171106;HKY171106;HKZ171106;HLA171106;HLB171106;HLC171106;HL
D171106;HLE171106;HLF171106;HLG171106;HLH171106;HLI171106;HLJ1
71106;HLK171106;HLL171106;HLM171106;HLN171106;HLO171106;HLP1
71106;HLQ171106;HLR171106;HLS171106;HLT171106;HLU171106;HLV17
1106;HLW171106;HLX171106;HLY171106;HLZ171106;HMA171106;HMB1
71106;HMC171106;HMD171106;HME171106;HMF171106;HMG171106;HM
H171106;HMI171106;HMJ171106;HMK171106;HML171106;HMM171106;H
MN171106;HMO171106;HMP171106;HMQ171106;HMR171106;HMS171106
;HMT171106;HMU171106;HMV171106;HMW171106;HMX171106;HMY171
106;HMZ171106

HNA171106;HNB171106;HNC171106;HND171106;HNE171106;HNF171106;
HNG171106;HNH171106;HNI171106;HNJ171106;HNK171106;HNL171106;
HNM171106;HNN171106;HNO171106;HNP171106;HNQ171106;HNR17110
6;HNS171106;HNT171106;HNU171106;HNV171106;HNW171106;HNX1711
06;HNY171106;HNZ171106;HOA171106;HOB171106;HOC171106;HOD171
106;HOE171106;HOF171106;HOG171106;HOH171106;HOI171106;HOJ1711
06;HOK171106;HOL171106;HOM171106;HON171106;HOO171106;HOP171
106;HOQ171106;HOR171106;HOS171106;HOT171106;HOU171106;HOV17
1106;HOW171106;HOX171106;HOY171106;HOZ171106;HPA171106;HPB1
71106;HPC171106;HPD171106;HPE171106;HPF171106;HPG171106;HPH17
1106;HPI171106;HPJ171106;HPK171106;HPL171106;HPM171106;HPN1710
6;HPO171106;HPP171106;HPQ171106;HPR171106;HPS171106;HPT171106
;HPU171106;HPV171106;HPW171106;HPX171106;HPY171106;HPZ171106;
HQA171106;HQB171106;HQC171106;HQD171106;HQE171106;HQF171106;
HQG171106;HQH171106;HQI171106;HQJ171106;HQK171106;HQL171106;
HQM171106;HQN171106;HQO171106;HQP171106;HQQ171106;HQR17110
6;HQS171106;HQT171106;HQU171106;HQV171106;HQW171106;HQX1711
06;HQY171106;HQZ171106;HRA171106;HRB171106;HRC171106;HRD1711
06;HRE171106;HRF171106;HRG171106;HRH171106;HRI171106;HRJ17110
6;HRK171106;HRL171106;HRM171106;HRN171106;HRO171106;HRP17110
6;HRQ171106;HRR171106;HRS171106;HRT171106;HRU171106;HRV17110
6;HRW171106;HRX171106;HRY171106;HRZ171106;HSA171106;HSB17110
6;HSC171106;HSD171106;HSE171106;HSF171106;HSG171106;HSH171106;
HSI171106;HSJ171106;HSK171106;HSL171106;HSM171106;HSN171106;HS
O171106;HSP171106;HSQ171106;HSR171106;HSS171106;HST171106;HSU
171106;HSV171106;HSW171106;HSX171106;HSY171106;HSZ171106;HTA
171106;HTB171106;HTC171106;HTD171106;HTE171106;HTF171106;HTG1
71106;HTH171106;HTI171106;HTJ171106;HTK171106;HTL171106;HTM17

1106;HTN171106;HTO171106;HTP171106;HTQ171106;HTR171106;HTS171
106;HTT171106;HTU171106;HTV171106;HTW171106;HTX171106;HTY171
106;HTZ171106;HUA171106;HUB171106;HUC171106;HUD171106;HUE171
106;HUF171106;HUG171106;HUH171106;HUI171106;HUJ171106;HUK1711
06;HUL171106;HUM171106

HUN171106;HUO171106;HUP171106;HUQ171106;HUR171106;HUS171106;
HUT171106;HUU171106;HUV171106;HUW171106;HUX171106;HUY17110
6;HUZ171106;HVA171106;HVB171106;HVC171106;HVD171106;HVE1711
06;HVF171106;HVG171106;HVH171106;HVI171106;HVJ171106;HVK17110
6;HVL171106;HVM171106;HVN171106;HVO171106;HVP171106;HVQ1711
06;HVR171106;HVS171106;HVT171106;HVU171106;HVV171106;HVW171
106;HVX171106;HVY171106;HVZ171106;HWA171106;HWB171106;HWC1
71106;HWD171106;HWE171106;HWF171106;HWG171106;HWH171106;H
WI171106;HWJ171106;HWK171106;HWL171106;HWM171106;HWN17110
6;HWO171106;HWP171106;HWQ171106;HWR171106;HWS171106;HWT17
1106;HWU171106;HWV171106;HWW171106;HWX171106;HWY171106;H
WZ171106;HXA171106;HXB171106;HXC171106;HXD171106;HXE171106;
HXF171106;HXG171106;HXH171106;HXI171106;HXJ171106;HXK171106;
HXL171106;HXM171106;HXN171106;HXO171106;HXP171106;HXQ171106
;HXR171106;HXS171106;HXT171106;HXU171106;HXV171106;HXW17110
6;HXX171106;HXY171106;HXZ171106;HYA171106;HYB171106;HYC1711
06;HYD171106;HYE171106;HYF171106;HYG171106;HYH171106;HYI1711
06;HYJ171106;HYK171106;HYL171106;HYM171106;HYN171106;HYO171
106;HYP171106;HYQ171106;HYR171106;HYS171106;HYT171106;HYU171
106;HYV171106;HYW171106;HYX171106;HYY171106;HYZ171106;HZA17
1106;HZB171106;HZC171106;HZD171106;HZE171106;HZF171106;HZG171
106;HZH171106;HZI171106;HZJ171106;HZK171106;HZL171106;HZM1711
06;HZN171106;HZO171106;HZP171106;HZQ171106;HZR171106;HZS17110
6;HZT171106;HZU171106;HZV171106;HZW171106;HZX171106;HZY17110
6;HZZ171106;IAA171106;IAB171106;IAC171106;IAD171106;IAE171106;IA
F171106;IAG171106;IAH171106;IAI171106;IAJ171106;IAK171106;IAL1711
06;IAM171106;IAN171106;IAO171106;IAP171106;IAQ171106;IAR171106;I
AS171106;IAT171106;IAU171106;IAV171106;IAW171106;IAX171106;IAY1
71106;IAZ171106;IBA171106;IBB171106;IBC171106;IBD171106;IBE171106
;IBF171106;IBG171106;IBH171106;IBI171106;IBJ171106;IBK171106;IBL17
1106;IBM171106;IBN171106;IBO171106;IBP171106;IBQ171106;IBR171106;
IBS171106;IBT171106;IBU171106;IBV171106;IBW171106;IBX171106;IBY1
71107;IBZ171107

ICA171107;ICB171107;ICC171107;ICD171107;JCE171107;ICF171107;ICG1
71107;ICH171107;ICI171108;ICJ171108;ICK171108;ICL171108;ICM171108;
ICN171108;ICO171109;ICP171109;ICQ171109;ICR171109;ICS171109;ICT17
1109;ICU171109;ICV171109;ICW171109;ICX171109;ICY171109;ICZ171109
;IDA171109;IDB171109;IDC171109;IDD171109;IDE171109;IDF171109;IDG
171109;IDH171109;IDI171109;IDJ171111;IDK171111;IDL171111;IDM17111
1;IDN171111;IDO171111;IDP171111;IDQ171111;DR171111;IDS171111;ID
T171111;IDU171111;IDV171111;IDW171111;IDX171111;IDY171111;IDZ17
1111;IEA171111;IEB171111;IEC171111;IED171111;IEE171111;IEF171111;I
EG171111;IEH171111;IEI171111;IEJ171111;IEK171111;IEL171111;IEM171
111;IEN171111;IEO171111;IEP171111;IEQ171111;IER171111;IES171111;IE
T171111;IEU171111;IEV171111;IEW171111;IEX171111;IEY171111;IEZ171
111;IFA171111;IFB171111;IFC171111;IFD171111;IFE171111;IFF171111;IF
G171111;IFH171111;IFI171111;IFJ171111;IFK171111;IFL171111;IFM17111
1;IFN171111;IFO171111;IFP171111;IFQ171111;IFR171111;IFS171111;IFT17
1111;IFU171111;IFV171111;IFW171111;IFX171111;IFY171111;IFZ171111;I
GA171111;IGB171111;IGC171111;IGD171111;IGE171111;IGF171111;IGG1
71111;IGH171111;IGI171111;IGJ171111;IGK171111;IGL171111;IGM171111

;IGN171111;IGO171111;IGP171111;IGQ171111;IGR171111;IGS171111;IGT
171111;IGU171111;IGV171111;IGW171111;IGX171111;IGY171111;IGZ171
111;IHA171111;IHB171111;IHC171111;IHD171111;IHE171111;IHF171111;I
HG171111;IHH171111;IHI171111;IHJ171112;IHK171112;IHL171112;IHM17
1112;IHN171112;IHO171112;IHP171112;IHQ171112;IHR171112;IHS171112;
IHT171112;IHU171112;IHV171112;IHW171112;IHX171112;IHY171112;IHZ
171112;IIA171112;IIB171112;IIC171112;IID171112;IIE171112;IIF171112;IIG
171112;IIH171112;III171112;IIJ171112;IIK171112;IIL171112;IIM171112;IIN
171112;IIO171112;IIP171112;IIQ171112;IIR171112;IIS171112;IIT171112;IIU
171112;IIV171112;IIW171112;IIX171112;IIY171112;IIZ171112;IJA171112;IJ
B171112;IJC171112;IJD171112;IJE171112;IJF171112;IJG171112;IJH171112;I
JI171112;IJJ171112;IJK171112;IJL171112;IJM171112

IJN171112;IJO171112;IJP171112;IJQ171112;IJR171112;IJS171112;IJT171112
;IJU171112;IJV171112;IJW171112;IJX171112;IJY171112;IJZ171112;IKA171
112;IKB171112;IKC171112;IKD171112;IKE171112;IKF171112;IKG171112;I
KH171112;IKI171112;IKJ171112;IKK171112;IKL171112;IKM171112;IKN17
1112;IKO171112;IKP171112;IKQ171112;IKR171112;IKS171112;IKT171112;
IKU171112;IKV171112;IKW171112;IKX171112;IKY171112;IKZ171112;ILA
171112;ILB171112;ILC171112;ILD171112;ILE171112;ILF171112;ILG171112
;ILH171113;ILI171113;ILJ171113;ILK171113;ILL171113;ILM171113;ILN17
1113;ILO171113;ILP171113;ILQ171113;ILR171113;ILS171113;ILT171113;I
LU171113;ILV171113;ILW171113;ILX171113;ILY171113;ILZ171113;IMA1
71113;IMB171113;IMC171113;IMD171113;IME171113;IMF171113;IMG171
113;IMH171113;IMI171113;IMJ171113;IMK171113;IML171113;IMM171113
;IMN171113;IMO171113;IMP171113;IMQ171113;IMR171113;IMS171113;I
MT171113;IMU171113;IMV171113;IMW171113;IMX171113;IMY171113;I
MZ171113;INA171113;INB171113;INC171113;IND171113;INE171113;INF1
71113;ING171113;INH171113;INI171113;INJ171113;INK171113;INL171113;
INM171113;INN171113;INO171113;INP171113;INQ171113;INR171113;INS
171113;INT171113;INU171113;INV171113;INW171113;INX171113;INY171
113;INZ171113;IOA171113;IOB171113;IOC171113;IOD171113;IOE171113;I
OF171113;IOG171113;IOH171113;IOI171113;IOJ171113;IOK171113;IOL171
113;IOM171113;ION171113;IOO171113;IOP171113;IOQ171113;IOR171113;
IOS171113;IOT171113;IOU171113;IOV171113;IOW171113;IOX171113;IOY
171113;IOZ171113;IPA171113;IPB171113;IPC171113;IPD171113;IPE171113
;IPF171113;IPG171113;IPH171113;IPI171113;IPJ171113;IPK171113;IPL1711
13;IPM171113;IPN171113;IPO171113;IPP171113;IPQ171113;IPR171113;IPS
171113;IPT171113;IPU171113;IPV171113;IPW171113;IPX171113;IPY17111
3;IPZ171113;IQA171113;IQB171113;IQC171113;IQD171113;IQE171113;IQF
171113;IQG171113;IQH171113;IQI171113;IQJ171113;IQK171113;IQL17111
3;IQM171113;IQN171113;IQO171113;IQP171113;IQQ171113;IQR171113;IQ
S171113;IQT171113;IQU171113;IQV171113;IQW171113;IQX171113;IQY17
1113;IQZ171113

IRA171113;IRB171113;IRC171113;IRD171113;IRE171113;IRF171113;IRG1
71113;IRH171114;IRI171114;IRJ171114;IRK171114;IRL171114;IRM171114;
IRN171114;IRO171114;IRP171114;IRQ171114;IRR171114;IRS171114;IRT17
1114;IRU171114;IRV171114;IRW171114;IRX171114;IRY171114;IRZ171114
;ISA171114;ISB171114;ISC171114;ISD171114;ISE171114;ISF171114;ISG17
1114;ISH171114;ISI171114;ISJ171114;ISK171114;ISL171114;ISM171114;IS
N171114;ISO171114;ISP171114;ISQ171114;ISR171114;ISS171114;IST17111
4;ISU171114;ISV171114;ISW171114;ISX171114;ISY171114;ISZ171114;ITA
171114;ITB171114;ITC171114;ITD171114;ITE171114;ITF171114;ITG171114
;ITH171114;ITI171114;ITJ171114;ITK171114;ITL171114;ITM171114;ITN17
1114;ITO171114;ITP171114;ITQ171114;ITR171114;ITS171114;ITT171114;I
TU171114;ITV171114;ITW171114;ITX171114;ITY171114;ITZ171114;IUA17
1114;IUB171114;IUC171114;IUD171114;IUE171114;IUF171114;IUG171114;

IUH171114;IUI171114;IUJ171114;IUK171114;IUL171114;IUM171114;IUN1
71114;IUO171114;IUP171114;IUQ171114;IUR171114;IUS171114;IUT17111
4;IUU171114;IUV171114;IUW171114;IUX171114;IUY171114;IUZ171114;IV
A171114;IVB171114;IVC171114;IVD171114;IVE171114;IVF171114;IVG171
114;IVH171114;IVI171114;IVJ171114;IVK171114;IVL171114;IVM171114;I
VN171114;IVO171114;IVP171114;IVQ171114;IVR171114;IVS171114;IVT17
1114;IVU171114;IVV171114;IVW171114;IVX171114;IVY171114;IVZ17111
4;IWA171114;IWB171114;IWC171114;IWD171114;IWE171114;IWF171114;
IWG171114;IWH171114;IWI171114;IWJ171114;IWK171114;IWL171114;IW
M171114;IWN171114;IWO171114;IWP171114;IWQ171115;IWR171115;IWS
171115;IWT171115;IWU171115;IWV171115;IWW171115;IWX171115;IWY1
71115;IWZ171115;IXA171115;IXB171115;IXC171115;IXD171115;IXE17111
5;IXF171115;IXG171115;IXH171115;IXI171115;IXJ171115;IXK171115;IXL
171115;IXM171115;IXN171115;IXO171115;IXP171115;IXQ171115;IXR1711
15;IXS171115;IXT171115;IXU171115;IXV171115;IXW171115;IXX171115;I
XY171115;IXZ171115;IYA171115;IYB171115;IYC171115;IYD171115;IYE1
71115;IYF171115;IYG171115;IYH171115;IYI171115;IYJ171115;IYK171115;
IYL171115;IYM171115

IYN171115;IYO171115;IYP171115;IYQ171115;IYR171115;IYS171115;IYT1
71115;IYU171115;IYV171115;IYW171115;IYX171115;IYY171115;IYZ1711
15;IZA171115;IZB171115;IZC171115;IZD171115;IZE171115;IZF171115;IZG
171115;IZH171115;IZI171115;IZJ171115;IZK171115;IZL171115;IZM171115;
IZN171115;IZO171115;IZP171115;IZQ171115;IZR171115;IZS171115;IZT17
1115;IZU171115;IZV171115;IZW171115;IZX171115;IZY171115;IZZ171115;
JAA171115;JAB171115;JAC171115;JAD171115;JAE171115;JAF171115;JAG
171115;JAH171115;JAI171115;JAJ171115;JAK171115;JAL171115;JAM1711
15;JAN171115;JAO171115;JAP171115;JAQ171115;JAR171115;JAS171115;J
AT171115;JAU171115;JAV171115;JAW171115;JAX171115;JAY171115;JAZ
171115;JBA171115;JBB171115;JBC171115;JBD171115;JBE171115;JBF1711
15;JBG171115;JBH171115;JBI171115;JBJ171115;JBK171115;JBL171115;JB
M171115;JBN171115;JBO171115;JBP171115;JBQ171115;JBR171115;JBS17
1115;JBT171115;JBU171115;JBV171115;JBW171115;JBX171115;JBY17111
5;JBZ171115;JCA171115;JCB171115;JCC171115;JCD171115;JCE171115;JC
F171115;JCG171115;JCH171115;JCI171115;JCJ171115;JCK171115;JCL1711
15;JCM171115;JCN171115;JCO171115;JCP171115;JCQ171115;JCR171115;J
CS171115;JCT171115;JCU171115;JCV171115;JCW171115;JCX171115;JCY1
71115;JCZ171115;JDA171115;JDB171115;JDC171115;JDD171115;JDE17111
5;JDF171115;JDG171115;JDH171115;JDI171115;JDJ171115;JDK171115;JDL
171115;JDM171115;JDN171115;JDO171115;JDP171115;JDQ171115;JDR171
115;JDS171115;JDT171115;JDU171115;JDV171115;JDW171115;JDX171115
;JDY171115;JDZ171115;JEA171115;JEB171115;JEC171115;JED171115;JEE
171115;JEF171115;JEG171115;JEH171115;JEI171115;JEJ171115;JEK171115
;JEL171115;JEM171115;JEN171115;JEO171115;JEP171115;JEQ171115;JER
171115;JES171115;JET171115;JEU171115;JEV171115;JEW171115;JEX1711
15;JEY171116;JEZ171116;JFA171116;JFB171116;JFC171116;JFD171116;JF
E171116;JFF171116;JFG171116;JFH171116;JFI171116;JFJ171116;JFK17111
6;JFL171116;JFM171116;JFN171116;JFO171116;JFP171116;JFQ171116;JFR
171116;JFS171116;JFT171116;JFU171116;JFV171116;JFW171116;JFX17111
6;JFY171116;JFZ171116

JGA171116;JGB171116;JGC171116;JGD171116;JGE171116;JGF171116;JGG
171116;JGH171116;JGI171116;JGJ171116;JGK171116;JGL171116;JGM1711
16;JGN171116;JGO171116;JGP171116;JGQ171116;JGR171116;JGS171116;J
GT171116;JGU171116;JGV171116;JGW171116;JGX171116;JGY171116;JGZ
171116;JHA171116;JHB171116;JHC171116;JHD171116;JHE171116;JHF1711
16;JHG171116;JHH171116;JHI171116;JHJ171116;JHK171116;JHL171116;JH
M171116;JHN171116;JHO171116;JHP171116;JHQ171116;JHR171116;JHS17

1116;JHT171118;JHU171118;JHV171118;JHW171118;JHX171118;JHY17111
8;JHZ171118;JIA171118;JIB171118;JIC171118;JID171118;JIE171118;JIF171
118;JIG171118;JIH171118;JII171118;JIJ171118;JIK171118;JIL171118;JIM17
1118;JIN171118;JIO171118;JIP171118;JIQ171118;JIR171118;JIS171118;JIT1
71118;JIU171118;JIV171118;JIW171118;JIX171118;JIY171118;JIZ171118;JJ
A171118;JJB171118;JJC171118;JJD171118;JJE171118;JJF171118;JJG171118;
JJH171118;JJI171118;JJJ171118;JJK171118;JJL171118;JJM171118;JJN17111
8;JJO171118;JJP171118;JJQ171118;JJR171118;JJS171118;JJT171118;JJU171
118;JJV171118;JJW171118;JJX171118;JJY171118;JJZ171118;JKA171118;JK
B171118;JKC171118;JKD171118;JKE171118;JKF171118;JKG171118;JKH17
1118;JKI171118;JKJ171118;JKK171118;JKL171118;JKM171118;JKN171118;
JKO171118;JKP171118;JKQ171118;JKR171119;JKS171119;JKT171122;JKU
171122;JKV171122;JKW171122;JKX171122;JKY171122;JKZ171122;JLA171
122;JLB171122;JLC171122;JLD171122;JLE171122;JLF171122;JLG171122;J
LH171122;JLI171122;JLJ171122;JLK171122;JLL171122;JLM171122;JLN171
122;JLO171122;JLP171122;JLQ171122;JLR171122;JLS171122;JLT171122;JL
U171122;JLV171122;JLW171122;JLX171122;JLY171122;JLZ171122;JMA17
1122;JMB171122;JMC171122;JMD171122;JME171122;JMF171122;JMG1711
22;JMH171122;JMI171122;JMJ171122;JMK171122;JML171122;JMM171122;
JMN171122;JMO171122;JMP171122;JMQ171122;JMR171122;JMS171122;J
MT171122;JMU171122;JMV171123;JMW171123;JMX171123;JMY171123;J
MZ171123;JNA171123;JNB171123;JNC171123;JND171124;JNE171124;JNF1
71124;JNG171124;JNH171124;JNI171124;JNJ171124;JNK171124;JNL17112
4;JNM171124

JNN171124;JNO171124;JNP171124;JNQ171124;JNR171124;JNS171124;JNT
171124;JNU171124;JNV171124;JNW171124;JNX171124;JNY171124;JNZ171
124;JOA171124;JOB171124;JOC171124;JOD171124;JOE171124;JOF171124;
JOG171124;JOH171124;JOI171124;JOJ171124;JOK171124;JOL171124;JOM
171124;JON171124;JOO171124;JOP171124;JOQ171124;JOR171124;JOS1711
24;JOT171124;JOU171124;JOV171124;JOW171124;JOX171124;JOY171124;
JOZ171124;JPA171124;JPB171124;JPC171124;JPD171124;JPE171124;JPF17
1124;JPG171124;JPH171124;JPI171124;JPJ171124;JPK171124;JPL171124;JP
M171124;JPN171124;JPO171124;JPP171124;JPQ171124;JPR171124;JPS1711
24;JPT171124;JPU171129;JPV171129;JPW171129;JPX171129;JPY171129;JP
Z171129;JQA171129;JQB171129;JQC171129;JQD171129;JQE171129;JQF17
1129;JQG171129;JQH171129;JQI171129;JQJ171129;JQK171129;JQL171129;
JQM171129;JQN171129;JQO171129;JQP171129;JQQ171129;JQR171129;JQS
171129;JQT171129;JQU171129;JQV171129;JQW171129;JQX171129;JQY171
129;JQZ171129;JRA171129;JRB171129;JRC171129;JRD171129;JRE171129;J
RF171129;JRG171129;JRH171129;JRI171129;JRJ171129;JRK171129;JRL171
129;JRM171129;JRN171129;JRO171129;JRP171129;JRQ171129;JRR171129;
JRS171129;JRT171129;JRU171129;JRV171129;JRW171129;JRX171129;JRY
171129;JRZ171129;JSA171129;JSB171129;JSC171129;JSD171129;JSE17112
9;JSF171129;JSG171129;JSH171129;JSI171129;JSJ171129;JSK171129;JSL17
1129;JSM171129;JSN171129;JSO171129;JSP171129;JSQ171129;JSR171129;J
SS171129;JST171129;JSU171129;JSV171129;JSW171129;JSX171129;JSY17
1129;JSZ171129;JTA171129;JTB171129;JTC171129;JTD171129;JTE171129;J
TF171129;JTG171129;JTH171129;JTI171129;JTJ171129;JTK171129;JTL171
129;JTM171129;JTN171129;JTO171129;JTP171129;JTQ171129;JTR171129;J
TS171129;JTT171129;JTU171129;JTV171129;JTW171129;JTX171129;JTY17
1129;JTZ171129;JUA171129;JUB171129;JUC171129;JUD171129;JUE171129
;JUF171129;JUG171129;JUH171129;JUI171129;JUJ171129;JUK171129;JUL1
71129;JUM171129;JUN171129;JUO171129;JUP171129;JUQ171129;JUR1711
29;JUS171129;JUT171129;JUU171129;JUV171129;JUW171129;JUX171129;J
UY171129;JUZ171129

JVA171129;JVB171129;JVC171129;JVD171129;JVE171129;JVF171129;JVG

171129;JVH171129;JVI171129;JVJ171129;JVK171129;JVL171129;JVM1711
29;JVN171129;JVO171129;JVP171129;JVQ171129;JVR171129;JVS171129;J
VT171129;JVU171129;JVV171129;JVW171129;JVX171129;JVY171129;JVZ
171129;JWA171129;JWB171129;JWC171129;JWD171129;JWE171129;JWF1
71129;JWG171129;JWH171129;JWI171129;JWJ171129;JWK171129;JWL171
129;JWM171129;JWN171129;JWO171129;JWP171129;JWQ171129;JWR171
129;JWS171129;JWT171129;JWU171129;JWV171129;JWW171129;JWX171
129;JWY171129;JWZ171129;JXA171129;JXB171129;JXC171129;JXD17112
9;JXE171129;JXF171129;JXG171129;JXH171129;JXI171129;JXJ171129;JXK
171129;JXL171129;JXM171129;JXN171129;JXO171129;JXP171129;JXQ171
129;JXR171129;JXS171129;JXT171129;JXU171129;JXV171129;JXW171129
;JXX171129;JXY171129;JXZ171129;JYA171129;JYB171129;JYC171129;JY
D171129;JYE171129;JYF171129;JYG171129;JYH171129;JYI171129;JYJ171
129;JYK171129;JYL171129;JYM171129;JYN171129;JYO171129;JYP171129
;JYQ171129;JYR171129;JYS171129;JYT171129;JYU171129;JYV171129;JY
W171129;JYX171129;JYY171129;JYZ171129;JZA171129;JZB171129;JZC17
1129;JZD171129;JZE171129;JZF171129;JZG171129;JZH171129;JZI171129;J
ZJ171129;JZK171129;JZL171129;JZM171129;JZN171129;JZO171129;JZP17
1129;JZQ171129;JZR171129;JZS171129;JZT171129;JZU171129;JZV171129;
JZW171129;JZX171129;JZY171129;JZZ171129;KAA171129;KAB171129;K
AC171129;KAD171129;KAE171129;KAF171129;KAG171129;KAH171129;
KAI171129;KAJ171129;KAK171129;KAL171129;KAM171129;KAN171129;
KAO171129;KAP171129;KAQ171129;KAR171129;KAS171129;KAT171129;
KAU171129;KAV171129;KAW171129;KAX171129;KAY171129;KAZ17112
9;KBA171129;KBB171129;KBC171129;KBD171129;KBE171129;KBF17112
9;KBG171129;KBH171129;KBI171129;KBJ171129;KBK171129;KBL171129;
KBM171129;KBN171129;KBO171129;KBP171129;KBQ171129;KBR171129;
KBS171129;KBT171129;KBU171129;KBV171129;KBW171129;KBX171129;
KBY171129;KBZ171129;KCA171129;KCB171129;KCC171129;KCD171129;
KCE171129;KCF171129;KCG171129;KCH171129;KCI171129;KCJ171129;K
CK171129;KCL171129;KCM171129


KCN171129;KCO171129;KCP171129;KCQ171129;KCR171129;KCS171129;
KCT171129;KCU171129;KCV171129;KCW171129;KCX171129;KCY171129
;KCZ171129;KDA171129;KDB171129;KDC171129;KDD171129;KDE171129
;KDF171129;KDG171129;KDH171129;KDI171129;KDJ171129;KDK171129;
KDL171129;KDM171129;KDN171129;KDO171129;KDP171129;KDQ171129
;KDR171129;KDS171129;KDT171129;KDU171129;KDV171129;KDW17112
9;KDX171129;KDY171129;KDZ171129;KEA171129;KEB171129;KEC17112
9;KED171129;KEE171129;KEF171129;KEG171129;KEH171129;KEI171129;
KEJ171129;KEK171129;KEL171129;KEM171129;KEN171129;KEO171129;
KEP171129;KEQ171129;KER171129;KES171129;KET171129;KEU171129;K
EV171129;KEW171129;KEX171129;KEY171129;KEZ171129;KFA171129;K
FB171129;KFC171129;KFD171129;KFE171129;KFF171129;KFG171129;KF
H171129;KFI171129;KFJ171129;KFK171129;KFL171129;KFM171129;KFN1
71129;KFO171129;KFP171129;KFQ171129;KFR171129;KFS171129;KFT171
129;KFU171129;KFV171129;KFW171129;KFX171129;KFY171129;KFZ1711
29;KGA171129;KGB171129;KGC171129;KGD171129;KGE171129;KGF1711
29;KGG171129;KGH171129;KGI171129;KGJ171129;KGK171129;KGL1711
29;KGM171129;KGN171129;KGO171129;KGP171129;KGQ171129;KGR171
129;KGS171129;KGT171129;KGU171129;KGV171129;KGW171129;KGX17
1129;KGY171129;KGZ171129;KHA171129;KHB171129;KHC171129;KHD1
71129;KHE171129;KHF171129;KHG171129;KHH171129;KHI171129;KHJ17
1129;KHK171129;KHL171129;KHM171129;KHN171129;KHO171129;KHP1
71129;KHQ171129;KHR171129;KHS171129;KHT171129;KHU171129;KHV
171129;KHW171129;KHX171129;KHY171129;KHZ171129;KIA171129;KIB
171129;KIC171129;KID171129;KIE171129;KIF171129;KIG171129;KIH1711
29;KII171129;KIJ171129;KIK171129;KIL171129;KIM171129;KIN171129;KI

O171129;KIP171129;KIQ171129;KIR171129;KIS171129;KIT171129;KIU171
129;KIV171129;KIW171129;KIX171129;KIY171129;KIZ171129;KJA171129;
KJB171129;KJC171129;KJD171129;KJE171129;KJF171129;KJG171129;KJH
171129;KJI171129;KJJ171129;KJK171129;KJL171129;KJM171129;KJN171
29;KJO171129;KJP171129;KJQ171129;KJR171129;KJS171129;KJT171129;K
JU171129;KJV171129;KJW171129;KJX171129;KJY171129;KJZ171129

KKA171129;KKB171129;KKC171129;KKD171129;KKE171129;KKF171129;
KKG171129;KKH171129;KKI171129;KKJ171129;KKK171129;KKL171129;
KKM171129;KKN171129;KKO171129;KKP171129;KKQ171129;KKR17112
9;KKS171129;KKT171129;KKU171129;KKV171129;KKW171129;KKX1711
29;KKY171129;KKZ171129;KLA171129;KLB171129;KLC171129;KLD1711
29;KLE171129;KLF171202;KLG171202;KLH171202;KLI171202;KLJ171202;
KLK171202;KLL171202;KLM171202;KLN171202;KLO171202;KLP171202;
KLQ171202;KLR171202;KLS171202;KLT171202;KLU171202;KLV171202;
KLW171202;KLX171202;KLY171202;KLZ171202;KMA171202;KMB17120
2;KMC171202;KMD171202;KME171202;KMF171202;KMG171202;KMH17
1202;KMI171202;KMJ171202;KMK171202;KML171202;KMM171202;KMN
171202;KMO171202;KMP171202;KMQ171202;KMR171202;KMS171202;K
MT171202;KMU171202;KMV171202;KMW171202;KMX171202;KMY17120
2;KMZ171202;KNA171202;KNB171202;KNC171202;KND171202;KNE1712
02;KNF171202;KNG171202;KNH171202;KNI171202;KNJ171202;KNK17120
2;KNL171202;KNM171202;KNN171202;KNO171202;KNP171202;KNQ1712
02;KNR171202;KNS171202;KNT171202;KNU171202;KNV171202;KNW171
202;KNX171202;KNY171202;KNZ171202;KOA171202;KOB171202;KOC17
1202;KOD171202;KOE171202;KOF171202;KOG171202;KOH171202;KOI17
1202;KOJ171202;KOK171202;KOL171202;KOM171202;KON171202;KOO1
71202;KOP171202;KOQ171202;KOR171202;KOS171202;KOT171202;KOU1
71202;KOV171202;KOW171202;KOX171202;KOY171202;KOZ171202;KPA
171202;KPB171202;KPC171202;KPD171202;KPE171202;KPF171202;KPG17
1202;KPH171202;KPI171202;KPJ171202;KPK171202;KPL171202;KPM1712
02;KPN171202;KPO171202;KPP171202;KPQ171202;KPR171202;KPS171202
;KPT171202;KPU171202;KPW171202;KPX171202;KPY171202;
KPZ171202;KQA171202;KQB171202;KQC171202;KQD171205;KQE171205;
KQF171205;KQG171205;KQH171205;KQI171205;KQJ171205;KQK171205;
KQL171205;KQM171205;KQN171205;KQO171205;KQP171205;KQQ171205
;KQR171205;KQS171205;KQT171205;KQU171205;KQV171205;KQW17120
5;KQX171205;KQY171205;KQZ171205;KRA171205;KRB171205;KRC17120
5;KRD171205;KRE171205;KRF171205;KRG171205;KRH171205;KRI171205
;KRJ171205;KRK171205;KRL171205;KRM171205

KRN171205;KRO171205;KRP171205;KRQ171205;KRR171205;KRS171205;
KRT171205;KRU171205;KRV171205;KRW171205;KRX171205;KRY171205
;KRZ171205;KSA171205;KSB171205;KSC171205;KSD171205;KSE171205;
KSF171205;KSG171205;KSH171205;KSI171205;KSJ171205;KSK171205;KS
L171205;KSM171205;KSN171205;KSO171205;KSP171205;KSQ171205;KSR
171205;KSS171205;KST171205;KSU171205;KSV171205;KSW171205;KSX1
71205;KSY171205;KSZ171205;KTA171205;KTB171205;KTC171205;KTD17
1205;KTE171205;KTF171205;KTG171205;KTH171205;KTI171205;KTJ1712
05;KTK171205;KTL171205;KTM171205;KTN171205;KTO171205;KTP1712
05;KTQ171205;KTR171205;KTS171205;KTT171205;KTU171205;KTV17120
5;KTW171205;KTX171205;KTY171205;KTZ171205;KUA171205;KUB17120
5;KUC171205;KUD171205;KUE171205;KUF171205;KUG171205;KUH1712
05;KUI171205;KUJ171205;KUK171205;KUL171205;KUM171205;KUN1712
05;KUO171205;KUP171205;KUQ171205;KUR171205;KUS171205;KUT1712
05;KUU171205;KUV171205;KUW171205;KUX171205;KUY171205;KUZ171
205;KVA171205;KVB171205;KVC171205;KVD171205;KVE171205;KVF171
205;KVG171205;KVH171205;KVI171205;KVJ171205;KVK171205;KVL171

205;KVM171205;KVN171205;KVO171205;KVP171205;KVQ171205;KVR17
1205;KVS171205;KVT171205;KVU171205;KVV171205;KVW171205;KVX1
71205;KVY171205;KVZ171205;KWA171205;KWB171205;KWC171205;KW
D171205;KWE171205;KWF171205;KWG171205;KWH171205;KWI171205;
KWJ171205;KWK171205;KWL171205;KWM171205;KWN171205;KWO171
205;KWP171205;KWQ171205;KWR171205;KWS171205;KWT171205;KWU
171205;KWV171205;KWW171205;KWX171205;KWY171205;KWZ171205;
KXA171205;KXB171205;KXC171205;KXD171205;KXE171205;KXF171205;
KXG171205;KXH171205;KXI171205;KXJ171205;KXK171205;KXL171205;
KXM171205;KXN171205;KXO171205;KXP171205;KXQ171205;KXR17120
5;KXS171205;KXT171205;KXU171205;KXV171205;KXW171205;KXX1712
05;KXY171205;KXZ171205;KYA171205;KYB171205;KYC171205;KYD171
205;KYE171205;KYF171205;KYG171205;KYH171205;KYI171205;KYJ1712
05;KYK171205;KYL171205;KYM171205;KYN171205;KYO171205;KYP171
205;KYQ171205;KYR171205;KYS171205;KYT171205;KYU171205;KYV17
1205;KYW171205;KYX171205;KYY171205;KYZ171205

KZA171205;KZB171205;KZC171205;KZD171205;KZE171205;KZF171205;
KZG171205;KZH171205;KZI171205;KZJ171205;KZK171205;KZL171205;K
ZM171205;KZN171205;KZO171205;KZP171205;KZQ171205;KZR171205;K
ZS171205;KZT171205;KZU171205;KZV171205;KZW171205;KZX171205;K
ZY171205;KZZ171205;LAA171205;LAB171205;LAC171205;LAD171205;L
AE171205;LAF171205;LAG171205;LAH171205;LAI171205;LAJ171205;LA
K171205;LAL171205;LAM171205;LAN171205;LAO171205;LAP171205;LA
Q171205;LAR171205;LAS171205;LAT171205;LAU171205;LAV171205;LA
W171205;LAX171205;LAY171205;LAZ171205;LBA171205;LBB171205;LB
C171205;LBD171205;LBE171205;LBF171205;LBG171205;LBH171205;LBI1
71205;LBJ171205;LBK171205;LBL171205;LBM171205;LBN171205;LBO17
1205;LBP171205;LBQ171205;LBR171205;LBS171205;LBT171205;LBU1712
05;LBV171205;LBW171205;LBX171205;LBY171205;LBZ171205;LCA17120
5;LCB171205;LCC171205;LCD171205;LCE171205;LCF171205;LCG171205;
LCH171205;LCI171205;LCJ171205;LCK171205;LCL171205;LCM171205;LC
N171205;LCO171205;LCP171205;LCQ171205;LCR171205;LCS171205;LCT
171205;LCU171205;LCV171205;LCW171205;LCX171205;LCY171205;LCZ1
71205;LDA171205;LDB171205;LDC171205;LDD171205;LDE171205;LDF17
1205;LDG171205;LDH171205;LDI171205;LDJ171205;LDK171205;LDL1712
05;LDM171205;LDN171205;LDO171205;LDP171205;LDQ171205;LDR1712
05;LDS171205;LDT171205;LDU171205;LDV171205;LDW171205;LDX17120
5;LDY171205;LDZ171205;LEA171205;LEB171205;LEC171205;LED171205;LEE171205;LEF171205;LEG171205;LEH171205;LEI171205;LEJ171205;L
EK171205;LEL171205;LEM171205;LEN171205;LEO171205;LEP171205;LE
Q171205;LER171205;LES171205;LET171205;LEU171205;LEV171205;LEW
171205;LEX171205;LEY171205;LEZ171205;LFA171205;LFB171205;LFC17
1205;LFD171205;LFE171205;LFF171205;LFG171205;LFH171205;LFI17120
5;LFJ171205;LFK171205;LFL171205;LFM171205;LFN171205;LFO171205;L
FP171205;LFQ171205;LFR171205;LFS171205;LFT171205;LFU171205;LFV1
71205;LFW171205;LFX171205;LFY171205;LFZ171205;LGA171205;LGB17
1205;LGC171205;LGD171205;LGE171205;LGF171205;LGG171205;LGH171
205;LGI171205;LGJ171205;LGK171205;LGL171205;LGM171205

LGN171205;LGO171205;LGQ171205;LGR171205;LGS171205;L
GT171205;LGU171205;LGV171205;LGW171205;LGX171205;LGY171205;L
GZ171205;LHA171205;LHB171205;LHC171205;LHD171205;LHE171205;L
HF171205;LHG171205;LHH171205;LHI171205;LHJ171205;LHK171205;LH
L171205;LHM171205;LHN171205;LHO171205;LHP171205;LHQ171205;LH
R171205;LHS171205;LHT171205;LHU171205;LHV171205;LHW171205;LH
X171205;LHY171205;LHZ171205;LIA171205;LIB171205;LIC171205;LID17
1205;LIE171205;LIF171205;LIG171205;LIH171205;LII171205;LIJ171205;LI

K171205;LIL171205;LIM171205;LIN171205;LIO171205;LIP171205;LIQ1712
05;LIR171205;LIS171205;LIT171205;LIU171205;LIV171205;LIW171205;LI
X171205;LIY171205;LIZ171205;LJA171205;LJB171205;LJC171205;LJD171
205;LJE171205;LJF171205;LJG171205;LJH171205;LJI171205;LJJ171205;LJ
K171205;LJL171205;LJM171205;LJN171205;LJO171205;LJP171205;LJQ171
205;LJR171205;LJS171205;LJT171205;LJU171205;LJV171205;LJW171205;L
JX171205;LJY171205;LJZ171205;LKA171205;LKB171205;LKC171205;LKD
171205;LKE171205;LKF171205;LKG171205;LKH171205;LKI171205;LKJ17
1205;LKK171205;LKL171205;LKM171205;LKN171205;LKO171205;LKP17
1205;LKQ171205;LKR171205;LKS171205;LKT171205;LKU171205;LKV171
205;LKW171205;LKX171205;LKY171205;LKZ171205;LLA171205;LLB171
205;LLC171205;LLD171205;LLE171205;LLF171205;LLG171205;LLH17120
5;LLI171205;LLJ171205;LLK171205;LLL171205;LLM171205;LLN171205;L
LO171205;LLP171205;LLQ171205;LLR171205;LLS171205;LLT171205;LLU
171205;LLV171205;LLW171205;LLX171205;LLY171205;LLZ171205;LMA1
71205;LMB171205;LMC171205;LMD171205;LME171205;LMF171205;LMG
171205;LMH171205;LMI171205;LMJ171205;LMK171205;LML171205;LM
M171205;LMN171205;LMO171205;LMP171205;LMQ171205;LMR171205;L
MS171205;LMT171205;LMU171205;LMV171205;LMW171205;LMX171205
;LMY171205;LMZ171205;LNA171205;LNB171205;LNC171205;LND171205
;LNE171205;LNF171205;LNG171205;LNH171205;LNI171205;LNJ171205;L
NK171205;LNL171205;LNM171205;LNN171205;LNO171205;LNP171205;L
NQ171205;LNR171205;LNS171205;LNT171205;LNU171205;LNV171205;L
NW171205;LNX171205;LNY171205;LNZ171205

LOA171205;LOB171205;LOC171205;LOD171205;LOE171205;LOF171205;L
OG171205;LOH171205;LOI171205;LOJ171205;LOK171205;LOL171205;LO
M171205;LON171205;LOO171205;LOP171205;LOQ171205;LOR171205;LO
S171205;LOT171205;LOU171205;LOV171205;LOW171205;LOX171205;LO
Y171205;LOZ171205;LPA171205;LPB171205;LPC171205;LPD171205;LPE1
71205;LPF171205;LPG171205;LPH171205;LPI171205;LPJ171205;LPK17120
5;LPL171205;LPM171205;LPN171205;LPO171205;LPP171205;LPQ171205;L
PR171205;LPS171205;LPT171205;LPU171205;LPV171205;LPW171205;LPX
171205;LPY171205;LPZ171205;LQA171205;LQB171205;LQC171205;LQD1
71205;LQE171205;LQF171205;LQG171205;LQH171205;LQI171205;LQJ171
205;LQK171205;LQL171205;LQM171205;LQN171205;LQO171205;LQP171
205;LQQ171205;LQR171205;LQS171205;LQT171205;LQU171205;LQV1712
05;LQW171205;LQX171205;LQY171205;LQZ171205;LRA171205;LRB1712
05;LRC171205;LRD171205;LRE171205;LRF171205;LRG171205;LRH17120
5;LRI171205;LRJ171205;LRK171205;LRL171205;LRM171205;LRN171205;
LRO171205;LRP171205;LRQ171205;LRR171205;LRS171205;LRT171205;L
RU171205;LRV171205;LRW171205;LRX171205;LRY171205;LRZ171205;L
SA171205;LSB171205;LSC171205;LSD171205;LSE171205;LSF171205;LSG
171205;LSH171205;LSI171205;LSJ171205;LSK171205;LSL171205;LSM171
205;LSN171205;LSO171205;LSP171205;LSQ171205;LSR171205;LSS171205
;LST171205;LSU171205;LSV171205;LSW171205;LSX171205;LSY171205;L
SZ171205;LTA171205;LTB171205;LTC171205;LTD171205;LTE171205;LTF
171205;LTG171205;LTH171205;LTI171205;LTJ171205;LTK171205;LTL171
205;LTM171205;LTN171205;LTO171205;LTP171205;LTQ171205;LTR17120
5;LTS171205;LTT171205;LTU171205;LTV171205;LTW171205;LTX171205;
LTY171205;LTZ171205;LUA171205;LUB171205;LUC171205;LUD171205;L
UE171205;LUF171205;LUG171205;LUH171205;LUI171205;LUJ171205;LU
K171205;LUL171205;LUM171205;LUN171205;LUO171205;LUP171205;LU
Q171205;LUR171205;LUS171205;LUT171205;LUU171205;LUV171205;LU
W171205;LUX171205;LUY171205;LUZ171205;LVA171205;LVB171205;LV
C171205;LVD171205;LVE171205;LVF171205;LVG171205;LVH171205;LVI
171205;LVJ171205;LVK171205;LVL171205;LVM171205

LVN171205;LVO171205;LVP171205;LVQ171205;LVR171205;LVS171205;L
VT171205;LVU171205;LVV171205;LVW171205;LVX171205;LVY171205;L
VZ171205;LWA171205;LWB171205;LWC171205;LWD171205;LWE171205;
LWF171205;LWG171205;LWH171205;LWI171205;LWJ171205;LWK171205
;LWL171205;LWM171205;LWN171205;LWO171205;LWP171205;LWQ1712
05;LWR171205;LWS171205;LWT171205;LWU171205;LWV171205;LWW17
1205;LWX171205;LWY171205;LWZ171205;LXA171205;LXB171205;LXC1
71205;LXD171205;LXE171205;LXF171205;LXG171205;LXH171205;LXI17
1205;LXJ171205;LXK171205;LXL171206;LXM171206;LXN171206;LXO171
206;LXP171206;LXQ171206;LXR171206;LXS171206;LXT171206;LXU1712
06;LXV171206;LXW171206;LXX171206;LXY171206;LXZ171206;LYA1712
06;LYB171206;LYC171206;LYD171206;LYE171206;LYF171206;LYG17120
6;LYH171206;LYI171206;LYJ171206;LYK171206;LYL171206;LYM171206;
LYN171206;LYO171206;LYP171206;LYQ171206;LYR171206;LYS171206;L
YT171206;LYU171206;LYV171206;LYW171206;LYX171206;LYY171206;L
YZ171206;LZA171206;LZB171206;LZC171206;LZD171206;LZE171206;LZF
171206;LZG171206;LZH171206;LZI171206;LZJ171206;LZK171206;LZL171
206;LZM171206;LZN171206;LZO171206;LZP171206;LZQ171206;LZR17120
6;LZS171206;LZT171206;LZU171206;LZV171206;LZW171206;LZX171206;
LZY171206;LZZ171206;MAA171206;MAB171206;MAC171206;MAD17120
6;MAE171206;MAF171206;MAG171206;MAH171206;MAI171206;MAJ1712
06;MAK171206;MAL171206;MAM171206;MAN171206;MAO171206;MAP1
71206;MAQ171206;MAR171206;MAS171206;MAT171206;MAU171206;MA
V171206;MAW171206;MAX171206;MAY171206;MAZ171206;MBA171206;
MBB171206;MBC171206;MBD171206;MBE171206;MBF171206;MBG17120
6;MBH171206;MBI171206;MBJ171206;MBK171206;MBL171206;MBM1712
06;MBN171206;MBO171206;MBP171206;MBQ171206;MBR171206;MBS17
1206;MBT171206;MBU171206;MBV171206;MBW171206;MBX171206;MB
Y171206;MBZ171206;MCA171206;MCB171206;MCC171206;MCD171206;
MCE171206;MCF171206;MCG171206;MCH171206;MCI171206;MCJ171206
;MCK171206;MCL171206;MCM171206;MCN171206;MCO171206;MCP1712
06;MCQ171206;MCR171206;MCS171206;MCT171206;MCU171206;MCV17
1206;MCW171206;MCX171206;MCY171206;MCZ171206

MDA171206;MDB171206;MDC171206;MDD171206;MDE171206;MDF1712
06;MDG171206;MDH171206;MDI171206;MDJ171206;MDK171206;MDL17
1206;MDM171206;MDN171206;MDO171206;MDP171206;MDQ171206;MD
R171206;MDS171206;MDT171206;MDU171206;MDV171206;MDW171206;
MDX171206;MDY171206;MDZ171206;MEA171206;MEB171206;MEC1712
06;MED171206;MEE171206;MEF171206;MEG171206;MEH171206;MEI171
206;MEJ171206;MEK171206;MEL171206;MEM171206;MEN171206;MEO17
1206;MEP171206;MEQ171206;MER171206;MES171206;MET171206;MEU1
71206;MEV171206;MEW171206;MEX171206;MEY171206;MEZ171206;MF
A171206;MFB171206;MFC171206;MFD171206;MFE171206;MFF171206;MF
G171206;MFH171206;MFI171206;MFJ171206;MFK171206;MFL171206;MF
M171206;MFN171206;MFO171206;MFP171206;MFQ171206;MFR171206;M
FS171206;MFT171206;MFU171206;MFV171206;MFW171206;MFX171206;
MFY171206;MFZ171206;MGA171206;MGB171206;MGC171206;MGD1712
06;MGE171206;MGF171206;MGG171206;MGH171206;MGI171206;MGJ171
206;MGK171206;MGL171206;MGM171206;MGN171206;MGO171206;MGP
171206;MGQ171206;MGR171206;MGS171206;MGT171206;MGU171206;M
GV171206;MGW171206;MGX171206;MGY171206;MGZ171206;MHA17120
6;MHB171206;MHC171206;MHD171206;MHE171206;MHF171206;MHG171
206;MHH171206;MHI171206;MHJ171206;MHK171206;MHL171206;MHM1
71206;MHN171206;MHO171206;MHP171206;MHQ171206;MHR171206;MH
S171206;MHT171206;MHU171206;MHV171206;MHW171206;MHX171206;
MHY171206;MHZ171206;MIA171206;MIB171206;MIC171206;MID171206;
MIE171206;MIF171206;MIG171206;MIH171206;MII171206;MIJ171206;MIK

171206;MIL171206;MIM171206;MIN171206;MIO171206;MIP171206;MIQ17
1206;MIR171206;MIS171206;MIT171206;MIU171206;MIV171206;MIW1712
06;MIX171206;MIY171206;MIZ171206;MJA171206;MJB171206;MJC171206
;MJD171206;MJE171206;MJF171206;MJG171206;MJH171206;MJI171206;M
JJ171206;MJK171206;MJL171206;MJM171206;MJN171206;MJO171206;MJ
P171206;MJQ171206;MJR171206;MJS171206;MJT171206;MJU171206;MJV
171206;MJW171206;MJX171206;MJY171206;MJZ171206;MKA171206;MK
B171206;MKC171206;MKD171206;MKE171206;MKF171206;MKG171206;
MKH171206;MKI171206;MKJ171206;MKK171206;MKL171206;MKM17120
6

MKN171206;MKO171206;MKP171206;MKQ171206;MKR171206;MKS1712
06;MKT171206;MKU171206;MKV171206;MKW171206;MKX171206;MKY1
71206;MKZ171206;MLA171206;MLB171206;MLC171206;MLD171206;MLE
171206;MLF171206;MLG171206;MLH171206;MLI171206;MLJ171206;MLK
171206;MLL171206;MLM171206;MLN171206;MLO171206;MLP171206;ML
Q171206;MLR171206;MLS171206;MLT171206;MLU171206;MLV171206;M
LW171206;MLX171206;MLY171206;MLZ171206;MMA171206;MMB17120
6;MMC171206;MMD171206;MME171206;MMF171206;MMG171206;MMH
171206;MMI171206;MMJ171206;MMK171206;MML171206;MMM171206;
MMN171206;MMO171206;MMP171206;MMQ171206;MMR171206;MMS17
1206;MMT171206;MMU171206;MMV171206;MMW171206;MMX171206;M
MY171206;MMZ171206;MNA171206;MNB171206;MNC171206;MND17120
6;MNE171206;MNF171206;MNG171206;MNH171206;MNI171206;MNJ1712
06;MNK171206;MNL171206;MNM171206;MNN171206;MNO171206;MNP1
71206;MNQ171206;MNR171206;MNS171206;MNT171206;MNU171206;MN
V171206;MNW171206;MNX171206;MNY171206;MNZ171206;MOA171206;
MOB171206;MOC171206;MOD171206;MOE171206;MOF171206;MOG1712
06;MOH171206;MOI171206;MOJ171206;MOK171206;MOL171206;MOM17
1206;MON171206;MOO171206;MOP171206;MOQ171206;MOR171206;MOS
171206;MOT171206;MOU171206;MOV171206;MOW171206;MOX171206;
MOY171206;MOZ171206;MPA171206;MPB171206;MPC171206;MPD17120
6;MPE171206;MPF171206;MPG171206;MPH171206;MPI171206;MPJ171206
;MPK171206;MPL171206;MPM171206;MPN171206;MPO171206;MPP17120
6;MPQ171206;MPR171206;MPS171206;MPT171206;MPU171206;MPV1712
06;MPW171206;MPX171206;MPY171206;MPZ171206;MQA171206;MQB17
1206;MQC171206;MQD171206;MQE171206;MQF171206;MQG171206;MQ
H171206;MQI171206;MQJ171206;MQK171206;MQL171206;MQM171206;M
QN171206;MQO171206;MQP171206;MQQ171206;MQR171206;MQS171206
;MQT171206;MQU171206;MQV171206;MQW171206;MQX171206;MQY171
206;MQZ171206;MRA171206;MRB171206;MRC171206;MRD171206;MRE1
71206;MRF171206;MRG171206;MRH171206;MRI171206;MRJ171206;MRK
171206;MRL171206;MRM171206;MRN171206;MRO171206;MRP171206;M
RQ171206;MRR171206;MRS171206;MRT171206;MRU171206;MRV171206;
MRW171206;MRX171206;MRY171206;MRZ171206

MSA171206;MSB171206;MSC171206;MSD171206;MSE171206;MSF171206;
MSG171206;MSH171206;MSI171206;MSJ171206;MSK171206;MSL171206;
MSM171206;MSN171206;MSO171206;MSP171206;MSQ171206;MSR17120
6;MSS171206;MST171206;MSU171206;MSV171206;MSW171206;MSX1712
06;MSY171206;MSZ171206;MTA171206;MTB171206;MTC171206;MTD171
206;MTE171206;MTF171206;MTG171206;MTH171206;MTI171206;MTJ171
206;MTK171206;MTL171206;MTM171206;MTN171206;MTO171206;MTP1
71206;MTQ171206;MTR171206;MTS171206;MTT171206;MTU171206;MTV
171206;MTW171206;MTX171206;MTY171206;MTZ171206;MUA171206;M
UB171206;MUC171206;MUD171206;MUE171206;MUF171206;MUG171206
;MUH171206;MUI171206;MUJ171206;MUK171206;MUL171206;MUM1712
06;MUN171206;MUO171206;MUP171206;MUQ171206;MUR171206;MUS17

1206;MUT171206;MUU171206;MUV171206;MUW171206;MUX171206;MU
Y171206;MUZ171206;MVA171206;MVB171206;MVC171206;MVD171206;
MVE171206;MVF171206;MVG171206;MVH171206;MVI171206;MVJ17120
6;MVK171206;MVL171206;MVM171206;MVN171206;MVO171206;MVP17
1206;MVQ171206;MVR171206;MVS171206;MVT171206;MVU171206;MV
V171206;MVW171206;MVY171206;MVZ171206;MWA171206
;MWB171206;MWC171206;MWD171206;MWE171206;MWF171206;MWG1
71206;MWH171206;MWI171206;MWJ171206;MWK171206;MWL171206;M
WM171206;MWN171206;MWO171206;MWP171206;MWQ171206;MWR171
206;MWS171206;MWT171206;MWU171206;MWV171206;MWW171206;M
WX171206;MWY171206;MWZ171206;MXA171206;MXB171206;MXC1712
06;MXD171206;MXE171206;MXF171206;MXG171206;MXH171206;MXI17
1206;MXJ171206;MXK171206;MXL171206;MXM171206;MXN171206;MX
O171206;MXP171206;MXQ171206;MXR171206;MXS171206;MXT171206;
MXU171206;MXV171206;MXW171206;MXX171206;MXY171206;MXZ171
206;MYA171206;MYB171206;MYC171206;MYD171206;MYE171206;MYF1
71206;MYG171206;MYH171206;MYI171206;MYJ171206;MYK171206;MY
L171206;MYM171206;MYN171206;MYO171206;MYP171206;MYQ171206;
MYR171206;MYS171206;MYT171206;MYU171206;MYV171206;MYW1712
06;MYX171206;MYY171206;MYZ171206;MZA171206;MZB171206;MZC17
1206;MZD171206;MZE171206;MZF171206;MZG171206;MZH171206;MZI1
71206;MZJ171206;MZK171206;MZL171206;MZM171206

MZN171206;MZO171206;MZP171206;MZQ171206;MZR171206;MZS17120
6;MZT171206;MZU171206;MZV171206;MZW171206;MZX171206;MZY171
206;MZZ171206;NAA171206;NAB171206;NAC171206;NAD171206;NAE17
1206;NAF171206;NAG171206;NAH171206;NAI171206;NAJ171206;NAK171
206;NAL171206;NAM171206;NAN171206;NAO171206;NAP171206;NAQ17
1206;NAR171206;NAS171206;NAT171206;NAU171206;NAV171206;NAW1
71206;NAX171206;NAY171206;NAZ171206;NBA171206;NBB171206;NBC1
71206;NBD171206;NBE171206;NBF171206;NBG171206;NBH171206;NBI17
1208;NBJ171208;NBK171208;NBL171208;NBM171208;NBN171208;NBO17
1208;NBP171208;NBQ171208;NBR171208;NBS171208;NBT171208;NBU17
1208;NBV171208;NBW171208;NBX171208;NBY171208;NBZ171208;NCA1
71208;NCB171208;NCC171208;NCD171208;NCE171208;NCF171208;NCG1
71208;NCH171208;NCI171208;NCJ171208;NCK171208;NCL171208;NCM17
1208;NCN171208;NCO171208;NCP171208;NCQ171208;NCR171208;NCS17
1208;NCT171208;NCU171208;NCV171208;NCW171208;NCX171208;NCY1
71208;NCZ171208;NDA171208;NDB171208;NDC171208;NDD171208;NDE1
71208;NDF171208;NDG171208;NDH171208;NDI171208;NDJ171208;NDK17
1208;NDL171208;NDM171208;NDN171208;NDO171208;NDP171208;NDQ1
71208;NDR171208;NDS171208;NDT171208;NDU171208;NDV171208;NDW
171208;NDX171208;NDY171208;NDZ171208;NEA171208;NEB171208;NEC
171208;NED171208;NEE171208;NEF171208;NEG171208;NEH171208;NEI1
71208;NEJ171208;NEK171208;NEL171208;NEM171208;NEN171208;NEO17
1208;NEP171208;NEQ171208;NER171208;NES171208;NET171208;NEU171
208;NEV171208;NEW171208;NEX171208;NEY171208;NEZ171208;NFA171
208;NFB171208;NFC171208;NFD171208;NFE171208;NFF171208;NFG17120
8;NFH171208;NFI171208;NFJ171208;NFK171208;NFL171208;NFM171208;
NFN171208;NFO171208;NFP171208;NFQ171208;NFR171208;NFS171208;N
FT171208;NFU171208;NFV171208;NFW171208;NFX171208;NFY171208;N
FZ171208;NGA171208;NGB171208;NGC171208;NGD171208;NGE171208;N
GF171208;NGG171208;NGH171208;NGI171208;NGJ171208;NGK171208;N
GL171208;NGM171208;NGN171208;NGO171208;NGP171208;NGQ171208;
NGR171208;NGS171208;NGT171208;NGU171208;NGV171208;NGW171208
;NGX171208;NGY171208;NGZ171208

NHA171208;NHB171208;NHC171208;NHD171208;NHE171208;NHF171208;

NHG171208;NHH171208;NHI171208;NHJ171208;NHK171208;NHL171208;
NHM171208;NHN171208;NHO171208;NHP171208;NHQ171208;NHR17120
8;NHS171208;NHT171208;NHU171208;NHV171208;NHW171208;NHX1712
08;NHY171208;NHZ171208;NIA171208;NIB171208;NIC171208;NID171208;
NIE171208;NIF171208;NIG171208;NIH171208;NII171208;NIJ171208;NIK17
1208;NIL171208;NIM171208;NIN171208;NIO171208;NIP171208;NIQ171208
;NIR171208;NIS171208;NIT171208;NIU171208;NIV171208;NIW171208;NIX
171208;NIY171208;NIZ171208;NJA171208;NJB171208;NJC171208;NJD171
208;NJE171208;NJF171208;NJG171208;NJH171208;NJI171208;NJJ171208;N
JK171208;NJL171208;NJM171208;NJN171208;NJO171208;NJP171208;NJQ1
71208;NJR171208;NJS171208;NJT171208;NJU171208;NJV171208;NJW1712
08;NJX171208;NJY171208;NJZ171208;NKA171208;NKB171208;NKC17120
8;NKD171208;NKE171208;NKF171208;NKG171208;NKH171208;NKI17120
8;NKJ171208;NKK171208;NKL171208;NKM171208;NKN171208;NKO1712
08;NKP171208;NKQ171208;NKR171208;NKS171208;NKT171208;NKU1712
08;NKV171208;NKW171208;NKX171208;NKY171208;NKZ171208;NLA171
208;NLB171208;NLC171208;NLD171208;NLE171208;NLF171208;NLG1712
08;NLH171208;NLI171208;NLJ171208;NLK171208;NLL171208;NLM171208
8;NLN171208;NLO171208;NLP171208;NLQ171208;NLR171208;NLS171208
;NLT171208;NLU171208;NLV171208;NLW171208;NLX171208;NLY171208
;NLZ171208;NMA171208;NMB171208;NMC171208;NMD171208;NME1712
08;NMF171208;NMG171208;NMH171208;NMI171208;NMJ171208;NMK171
208;NML171208;NMM171208;NMN171208;NMO171208;NMP171208;NMQ
171208;NMR171208;NMS171208;NMT171208;NMU171208;NMV171208;N
MW171208;NMX171208;NMY171208;NMZ171208;NNA171208;NNB17120
8;NNC171208;NND171208;NNE171208;NNF171208;NNG171208;NNH1712
08;NNI171208;NNJ171208;NNK171208;NNL171208;NNM171208;NNN1712
08;NNO171208;NNP171208;NNQ171208;NNR171208;NNS171208;NNT1712
08;NNU171208;NNV171208;NNW171208;NNX171208;NNY171208;NNZ171
210;NOA171210;NOB171210;NOC171210;NOD171210;NOE171210;NOF171
210;NOG171210;NOH171210;NOI171210;NOJ171210;NOK171210;NOL171
212;NOM171212

NON171212;NOO171212;NOP171212;NOQ171212;NOR171212;NOS171212;
NOT171212;NOU171212;NOV171212;NOW171212;NOX171212;NOY17121
2;NOZ171212;NPA171212;NPB171212;NPC171212;NPD171212;NPE171212;
NPF171212;NPG171212;NPH171212;NPI171212;NPJ171212;NPK171212;NP
L171212;NPM171212;NPN171212;NPO171212;NPP171212;NPQ171212;NPR
171212;NPS171212;NPT171212;NPU171212;NPV171212;NPW171212;NPX1
71212;NPY171212;NPZ171212;NQA171212;NQB171212;NQC171212;NQD1
71212;NQE171212;NQF171212;NQG171212;NQH171212;NQI171212;NQJ17
1212;NQK171212;NQL171212;NQM171212;NQN171212;NQO171212;NQP1
71212;NQQ171212;NQR171212;NQS171212;NQT171212;NQU171212;NQV
171212;NQW171212;NQX171212;NQY171212;NQZ171212;NRA171212;NR
B171212;NRC171212;NRD171212;NRE171212;NRF171212;NRG171212;NR
H171212;NRI171212;NRJ171212;NRK171212;NRL171212;NRM171212;NR
N171212;NRO171212;NRP171212;NRQ171212;NRR171212;NRS171212;NR
T171212;NRU171212;NRV171212;NRW171212;NRX171212;NRY171212;N
RZ171212;NSA171212;NSB171212;NSC171212;NSD171212;NSE171212;NS
F171212;NSG171212;NSH171212;NSI171212;NSJ171212;NSK171212;NSL1
71212;NSM171212;NSN171212;NSO171212;NSP171212;NSQ171212;NSR17
1212;NSS171212;NST171212;NSU171212;NSV171212;NSW171212;NSX171
212;NSY171212;NSZ171212;NTA171212;NTB171212;NTC171212;NTD1712
12;NTE171212;NTF171212;NTG171212;NTH171212;NTI171212;NTJ171212;
NTK171212;NTL171212;NTM171212;NTN171212;NTO171212;NTP171212;
NTQ171212;NTR171212;NTS171212;NTT171212;NTU171212;NTV171212;
NTW171212;NTX171212;NTY171212;NTZ171212;NUA171212;NUB171212;
NUC171212;NUD171212;NUE171212;NUF171212;NUG171212;NUH171212

;NUI171212;NUJ171212;NUK171212;NUL171212;NUM171212;NUN171212;
NUO171212;NUP171212;NUQ171212;NUR171212;NUS171212;NUT171212;
NUU171212;NUV171212;NUW171212;NUX171212;NUY171212;NUZ17121
2;NVA171212;NVB171212;NVC171212;NVD171212;NVE171212;NVF17121
2;NVG171212;NVH171212;NVI171212;NVJ171212;NVK171212;NVL17121
2;NVM171212;NVN171212;NVO171212;NVP171212;NVQ171212;NVR1712
12;NVS171212;NVT171212;NVU171212;NVV171212;NVW171212;NVX171
212;NVY171212;NVZ171212

NWA171212;NWB171212;NWC171212;NWD171212;NWE171212;NWF171
212;NWG171212;NWH171212;NWI171212;NWJ171212;NWK171212;NWL1
71212;NWM171212;NWN171212;NWO171212;NWP171212;NWQ171212;N
WR171212;NWS171212;NWT171212;NWU171212;NWV171212;NWW1712
12;NWX171212;NWY171212;NWZ171212;NXA171212;NXB171212;NXC17
1212;NXD171212;NXE171212;NXF171212;NXG171212;NXH171212;NXI17
1212;NXJ171212;NXK171212;NXL171212;NXM171212;NXN171212;NXO1
71212;NXP171212;NXQ171212;NXR171212;NXS171212;NXT171212;NXU1
71212;NXV171212;NXW171212;NXX171212;NXY171212;NXZ171212;NYA
171212;NYB171212;NYC171212;NYD171212;NYE171212;NYF171212;NYG
171212;NYH171212;NYI171212;NYJ171212;NYK171212;NYL171212;NYM
171212;NYN171212;NYO171212;NYP171212;NYQ171212;NYR171212;NYS
171212;NYT171212;NYU171212;NYV171212;NYW171212;NYX171212;NY
Y171212;NYZ171212;NZA171212;NZB171212;NZC171212;NZD171212;NZ
E171212;NZF171212;NZG171212;NZH171212;NZI171212;NZJ171212;NZK1
71212;NZL171212;NZM171212;NZN171212;NZO171212;NZP171212;NZQ1
71212;NZR171212;NZS171212;NZT171212;NZU171212;NZV171212;NZW1
71212;NZX171212;NZY171212;NZZ171212;OAA171212;OAB171212;OAC1
71212;OAD171214;OAE171214;OAF171214;OAG171214;OAH171214;OAI1
71214;OAJ171214;OAK171214;OAL171214;OAM171214;OAN171214;OAO
171214;OAP171214;OAQ171214;OAR171214;OAS171214;OAT171214;OAU
171214;OAV171214;OAW171214;OAX171214;OAY171214;OAZ171214;OB
A171214;OBB171214;OBC171214;OBD171214;OBE171214;OBF171214;OB
G171214;OBH171214;OBI171214;OBJ171214;OBK171214;OBL171214;OB
M171214;OBN171214;OBO171214;OBP171214;OBQ171214;OBR171214;OB
S171214;OBT171214;OBU171214;OBV171214;OBW171214;OBX171214;OB
Y171214;OBZ171214;OCA171214;OCB171214;OCC171214;OCD171214;OC
E171214;OCF171214;OCG171214;OCH171214;OCI171214;OCJ171214;OCK
171214;OCL171214;OCM171214;OCN171214;OCO171214;OCP171214;OCQ
171214;OCR171214;OCS171214;OCT171214;OCU171214;OCV171214;OCW
171214;OCX171214;OCY171214;OCZ171214;ODA171214;ODB171214;ODC
171214;ODD171214;ODE171214;ODF171214;ODG171214;ODH171214;ODI
171214;ODJ171214;ODK171214;ODL171214;ODM171214

ODN171214;ODO171214;ODP171214;ODQ171214;ODR171214;ODS171214;
ODT171214;ODU171214;ODV171214;ODW171214;ODX171214;ODY17121
4;ODZ171214;OEA171214;OEB171214;OEC171214;OED171214;OEE171214
;OEF171214;OEG171214;OEH171214;OEI171214;OEJ171214;OEK171214;O
EL171214;OEM171214;OEN171214;OEO171214;OEP171214;OEQ171214;O
ER171214;OES171214;OET171214;OEU171214;OEV171214;OEW171214;O
EX171214;OEY171214;OEZ171214;OFA171214;OFB171214;OFC171214;OF
D171214;OFE171214;OFF171214;OFG171214;OFH171214;OFI171214;OFJ1
71214;OFK171214;OFL171214;OFM171214;OFN171214;OFO171214;OFP17
1214;OFQ171214;OFR171214;OFS171214;OFT171214;OFU171214;OFV171
214;OFW171214;OFX171214;OFY171214;OFZ171214;OGA171214;OGB171
214;OGC171214;OGD171214;OGE171214;OGF171214;OGG171214;OGH17
1214;OGI171214;OGJ171214;OGK171214;OGL171214;OGM171214;OGN17
1214;OGO171214;OGP171214;OGQ171214;OGR171214;OGS171214;OGT17
1214;OGU171214;OGV171214;OGW171214;OGX171214;OGY171214;OGZ1

71214;OHA171214;OHB171214;OHC171214;OHD171214;OHE171214;OHF1
71214;OHG171214;OHH171214;OHI171214;OHJ171214;OHK171214;OHL1
71214;OHM171214;OHN171214;OHO171214;OHP171214;OHQ171214;OHR
171214;OHS171214;OHT171214;OHU171214;OHV171214;OHW171214;OH
X171214;OHY171214;OHZ171214;OIA171214;OIB171214;OIC171214;OID1
71214;OIE171214

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 10, 2017 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Matthew Scott Brauer |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** Matthew Scott Brauer
306 Orchard St., Belmont, MA, 02478

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Matthew Scott Brauer |
| **Email:** | scott.brauer@gmail.com |
| **Telephone:** | (917)512-3473 |
| **Alt. Telephone:** | (406)788-5137 |
| **Address:** | 306 Orchard St. |
|  | Belmont, MA 02478 |

## Certification

|  |  |
|---|---|
| **Name:** | Matthew Scott Brauer |
| **Date:** | January 09, 2018 |
| **Applicant's Tracking Number:** | 1706 |