# Exhibit 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

October 19, 2021

**VIA EMAIL:  shannonm@mcmenamins.com; generalinfo@mcmenamins.com;
debras@mcmenamins.com**
Mrs. Shannon Mcmenamin
McMenamins Inc.
430 N Killingsworth St
Portland, OR 97217

Re:   **M. Brauer v. McMenamins Inc.**
      **Our File:  00748-0003**

Dear Mrs. Mcmenamin,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client M. Scott Brauer, a photographer, for purposes of
resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of
insurance that may cover this claim.

*M. Scott Brauer ("Brauer")*
Our client is an experienced professional photographer who makes a living from
photography.  Brauer was born in 1982 in Landstuhl, Germany to American parents.  He
graduated with honors from the University of Washington with dual detrees in
philosophy and Russian literature and language in 2005.  Brauer interned with Black
Star and VII New York, worked for daily newspapers, then the Northwest Herald in
suburban Chicago, the Fling Journal in Flint, Michigan and moved to China in 2007.
Brauer's clients and publications include Time, Esquire, Bloomberg Businessweek,
Bloomberg Markets, Le Monde, The New York Times, The Wall Street Journal,

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd Suite 100 Boca Raton, FL 33433 | 818 18th Ave S 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon Mcmenamin
McMenamins Inc.
October 19, 2021
Page 2

Montana's Office of Tourism, The Verge / Vox Media, NPR, NSMBC, Morgenbladet, and many others.

His awards include American Photography 36 - Selected 2020; Time's 100 Best Photographs of 2015; Boston Press Photographers Association - 1st Place Portraits, Honorable Mention - Animals 2015; Grand Prix - Feztiv Art Shanghai 2010, and more. Brauer's selected exhibitions include "The Politices of Images" (Brazil) 2018, International Festival of Photography (Brazil) 2017, "This is the Worst Party I've Ever Been To." - Solo exhibiition at BG Press Photo 2016, "Giving Trees" presented by the Magnum Foundation (NYC), as well as "Scene on the Street" at Vermont Photo Space, to list a few.

Brauer retains all copyrights to his photographs.  Brauer licenses his copyrighted Works, such as the one in this case, for commercial use.

Brauer created the image, hereinafter referred to as the "Work."

The Work at issue is shown below.



Brauer registered the Work with the Register of Copyrights on January 9, 2018 and was assigned the registration number VA 2-083-389, a copy of which is enclosed.

CALIFORNIA
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon Mcmenamin
McMenamins Inc.
October 19, 2021
Page 3

*Infringement by McMenamins Inc. ("McC, Inc")*
We have enclosed contemporaneous evidence of the infringement by McC, Inc.   You have employed our client's Work in at least the manner indicated in the evidence attached. You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Brauer when a work is infringed or altered.  Section 504 permits Brauer to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Brauer can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Brauer's photographs are of the highest quality.  Brauer's photographs are also scarce since he is one of the only sources of such quality photographs.

Brauer's damages are not limited to what he would have agreed to license the Work for prior to the infringement.  Rather, Brauer's actual damages will be measured by the fair market value of the photograph considering McC, Inc's use to sell and promote its business.  Brauer's actual damages must be measured in light of McC, Inc's use of Brauer's high quality and unique Work.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon Mcmenamin
McMenamins Inc.
October 19, 2021
Page 4

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Brauer can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Brauer to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Brauer will also be entitled to McC, Inc's profits from the infringement, based upon the revenue McC, Inc earned in connection with the use of Brauer's Work.

Alternatively, Brauer could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  McC, Inc's infringement was willful.  If McC, Inc's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Work, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.    the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by November 2, 2021, we will take further steps to protect our client's rights.

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon Mcmenamin
McMenamins Inc.
October 19, 2021
Page 5


We look forward to your prompt response.

Sincerely,

**SRIPLAW**


Joel B. Rothman


JBR/fb
Enclosures

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave S
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayın Teyle Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-083-389

**Effective Date of Registration:**
January 09, 2018

---

## Title

**Title of Work:** Group Registration Published Photographs Matthew Scott Brauer miscellaneous photographs Oct through Dec 2017 (ref 1706), 1 PDF file containing approximately 9,677 Photographs.

**Previous or Alternate Title:** GROUP REGISTRATION / APPROXIMATELY 9,677 PHOTOGRAPHS PUBLISHED BETWEEN Oct 10, 2017 and Dec 14, 2017.

**Content Title:** AAA171010;AAB171010;AAC171010;AAD171010;AAE171010;AAF171010;
AAG171010;AAH171010;AAI171010;AAJ171010;AAK171010;AAL171010;
AAM171010;AAN171010;AAO171010;AAP171010;AAQ171010;AAR17101
0;AAS171010;AAT171010;AAU171010;AAV171010;AAW171010;AAX1710
10;AAY171010;AAZ171010;ABA171010;ABB171010;ABC171010;ABD1710
10;ABE171010;ABF171010;ABG171010;ABH171010;ABI171010;ABJ17101
0;ABK171010;ABL171010;ABM171010;ABN171010;ABO171010;ABP17101
0;ABQ171010;ABR171010;ABS171010;ABT171010;ABU171010;ABV17101
0;ABW171010;ABX171010;ABY171010;ABZ171010;ACA171010;ACB1710
10;ACC171010;ACD171010;ACE171010;ACF171010;ACG171010;ACH1710
10;ACI171010;ACJ171010;ACK171010;ACL171010;ACM171010;ACN17101
0;ACO171010;ACP171010;ACQ171010;ACR171010;ACS171010;ACT17101
0;ACU171010;ACV171010;ACW171010;ACX171010;ACY171010;ACZ1710
10;ADA171010;ADB171010;ADC171010;ADD171010;ADE171010;ADF1710
10;ADG171010;ADH171010;ADI171010;ADJ171010;ADK171010;ADL1710
10;ADM171010;ADN171010;ADO171010;ADP171010;ADQ171010;ADR171
010;ADS171010;ADT171010;ADU171010;ADV171010;ADW171010;ADX17
1010;ADY171010;ADZ171010;AEA171010;AEB171010;AEC171010;AED17
1010;AEE171010;AEF171010;AEG171010;AEH171010;AEI171010;AEJ1710
10;AEK171010;AEL171010;AEM171010;AEN171010;AEO171010;AEP1710
10;AEQ171010;AER171010;AES171010;AET171010;AEU171010;AEV17101
0;AEW171010;AEX171010;AEY171010;AEZ171010;AFA171010;AFB17101
0;AFC171010;AFD171010;AFE171010;AFF171010;AFG171010;AFH171010;
AFI171010;AFJ171010;AFK171010;AFL171010;AFM171010;AFN171010;AF
O171010;AFP171010;AFQ171010;AFR171010;AFS171010;AFT171010;AFU
171010;AFV171010;AFW171010;AFX171010;AFY171010;AFZ171010;AGA
171010;AGB171010;AGC171010;AGD171010;AGE171010;AGF171010;AGG
171010;AGH171010;AGI171010;AGJ171010;AGK171010;AGL171010;AGM
171010;AGN171010;AGO171010;AGP171010;AGQ171010;AGR171010;AGS
171010;AGT171010;AGU171010;AGV171010;AGW171010;AGX171010;AG
Y171010;AGZ171010;AHA171010;AHB171010;AHC171010;AHD171010;A
HE171010;AHF171010;AHG171010;AHH171010;AHI171010;AHJ171010;A
HK171010;AHL171010;AHM171010

AHN171010;AHO171010;AHP171010;AHQ171010;AHR171010;AHS171010;AHT171010;AHU171010;AHV171010;AHW171010;AHX171010;AHY17101 0;AHZ171010;AIA171010;AIB171010;AIC171010;AID171010;AIE171010;AIF171010;AIG171010;AIH171010;AII171010;AIJ171010;AIK171010;AIL1710 10;AIM171010;AIN171010;AIO171010;AIP171010;AIQ171010;AIR171010;AIS171010;AIT171010;AIU171010;AIV171010;AIW171010;AIX171010;AIY1 71010;AIZ171010;AJA171010;AJB171010;AJC171010;AJD171010;AJE17101 0;AJF171010;AJG171010;AJH171010;AJI171010;AJJ171010;AJK171010;AJL171010;AJM171010;AJN171010;AJO171010;AJP171010;AJQ171010;AJR171 010;AJS171010;AJT171010;AJU171010;AJV171010;AJW171010;AJX171010 ;AJY171010;AJZ171010;AKA171010;AKB171010;AKC171010;AKD171010; AKE171010;AKF171010;AKG171010;AKH171010;AKI171010;AKJ171010; AKK171010;AKL171010;AKM171010;AKN171010;AKO171010;AKP171010 ;AKQ171010;AKR171010;AKS171010;AKT171010;AKU171010;AKV17101 0;AKW171010;AKX171010;AKY171010;AKZ171010;ALA171010;ALB1710 10;ALC171010;ALD171010;ALE171010;ALF171010;ALG171010;ALH17101 0;ALI171011;ALJ171011;ALK171011;ALL171011;ALM171011;ALN171011; ALO171011;ALP171011;ALQ171011;ALR171011;ALS171011;ALT171011;ALU171011;ALV171011;ALW171011;ALX171011;ALY171011;ALZ171011;AMA171011;AMB171011;AMC171011;AMD171011;AME171011;AMF171011 ;AMG171011;AMH171011;AMI171011;AMJ171011;AMK171011;AML1710 11;AMM171011;AMN171011;AMO171011;AMP171011;AMQ171011;AMR171011;AMS171011;AMT171011;AMU171011;AMV171011;AMW171011;AMX171011;AMY171011;AMZ171011;ANA171011;ANB171011;ANC171011;AND171011;ANE171011;ANF171011;ANG171011;ANH171011;ANI171011;ANJ171011;ANK171011;ANL171011;ANM171011;ANN171011;ANO171011 ;ANP171011;ANQ171011;ANR171011;ANS171011;ANT171011;ANU171011 ;ANV171011;ANW171011;ANX171011;ANY171011;ANZ171011;AOA17101 1;AOB171011;AOC171011;AOD171011;AOE171011;AOF171011;AOG17101 1;AOH171011;AOI171011;AOJ171011;AOK171011;AOL171011;AOM17101 1;AON171011;AOO171011;AOP171011;AOQ171011;AOR171011;AOS17101 1;AOT171011;AOU171011;AOV171011;AOW171011;AOX171011;AOY1710 11;AOZ171011

APA171011;APB171011;APC171011;APD171011;APE171011;APF171011;APG171011;APH171011;API171011;APJ171011;APK171011;APL171011;APM171011;APN171011;APO171011;APP171011;APQ171011;APR171011;APS171011;APT171011;APU171011;APV171011;APW171011;APX171011;APY171011;APZ171011;AQA171011;AQB171011;AQC171011;AQD171011;AQE171011;AQF171011;AQG171011;AQH171011;AQI171011;AQJ171011;AQK171011;AQL171011;AQM171011;AQN171011;AQO171011;AQP171011;AQQ171011;AQR171011;AQS171011;AQT171011;AQU171011;AQV171011;AQW171011;AQX171011;AQY171011;AQZ171011;ARA171011;ARB171011;ARC171011;ARD171011;ARE171011;ARF171011;ARG171011;ARH171011;ARI171011;ARJ171011;ARK171011;ARL171011;ARM171011;ARN171011;ARO171011;ARP171011;ARQ171011;ARR171011;ARS171011;ART171011;ARU171011;ARV171011;ARW171011;ARX171011;ARY171011;ARZ171011;ASA171011;ASB171011;ASC171011;ASD171011;ASE171011;ASF171011;ASG171011;ASH171011;ASI171011;ASJ171011;ASK171011;ASL171011;ASM171011;ASN171011;ASO171011;ASP171011;ASQ171011;ASR171011;ASS171011;AST171011;ASU171011;ASV171011;ASW171011;ASX171011;ASY171011;ASZ171011;ATA171011;ATB171011;ATC171011;ATD171011;ATE171011;ATF171011;ATG171011;ATH171011;ATI171011;ATJ171011;ATK171011;ATL171011;ATM171011;ATN171011;ATO171011;ATP171011;ATQ171011;ATR171011;ATS171011;ATT171011;ATU171011;ATV171011;ATW171011;ATX171011;ATY171011;ATZ171011;AUA171011;AUB171011;AUC171011;AUD171011;AUE171011;AUF171011;AUG171011;AUH171011;AUI171011;AUJ17

"0000VA00020833891602"

1011;AUK171011;AUL171011;AUM171011;AUN171011;AUO171011;AUP1
71011;AUQ171011;AUR171011;AUS171011;AUT171011;AUU171011;AUV
171011;AUW171011;AUX171011;AUY171011;AUZ171011;AVA171011;AV
B171011;AVC171011;AVD171011;AVE171011;AVF171011;AVG171011;AV
H171011;AVI171011;AVJ171011;AVK171011;AVL171011;AVM171011;AV
N171011;AVO171011;AVP171011;AVQ171011;AVR171011;AVS171011;AV
T171011;AVU171011;AVV171011;AVW171011;AVX171011;AVY171011;A
VZ171011;AWA171011;AWB171011;AWC171011;AWD171011;AWE17101
1;AWF171011;AWG171011;AWH171011;AWI171011;AWJ171011;AWK171
011;AWL171011;AWM171011

AWN171011;AWO171011;AWP171011;AWQ171011;AWR171011;AWS171
011;AWT171011;AWU171011;AWV171011;AWW171011;AWX171011;AW
Y171011;AWZ171011;AXA171011;AXB171011;AXC171011;AXD171011;A
XE171011;AXF171011;AXG171011;AXH171011;AXI171011;AXJ171011;A
XK171011;AXL171011;AXM171011;AXN171011;AXO171011;AXP171011;
AXQ171011;AXR171011;AXS171011;AXT171011;AXU171011;AXV171011
;AXW171011;AXX171011;AXY171011;AXZ171011;AYA171011;AYB17101
1;AYC171011;AYD171011;AYE171011;AYF171011;AYG171011;AYH1710
11;AYI171011;AYJ171011;AYK171011;AYL171011;AYM171011;AYN1710
11;AYO171011;AYP171011;AYQ171011;AYR171011;AYS171011;AYT1710
11;AYU171011;AYV171011;AYW171011;AYX171011;AYY171011;AYZ171
011;AZA171011;AZB171011;AZC171011;AZD171011;AZE171011;AZF1710
11;AZG171011;AZH171011;AZI171011;AZJ171011;AZK171011;AZL171011
;AZM171011;AZN171011;AZO171011;AZP171011;AZQ171011;AZR171011;
AZS171011;AZT171011;AZU171011;AZV171011;AZW171011;AZX171011;
AZY171011;AZZ171011;BAA171011;BAB171011;BAC171011;BAD171011;
BAE171011;BAF171011;BAG171011;BAH171011;BAI171011;BAJ171011;B
AK171011;BAL171011;BAM171011;BAN171011;BAO171011;BAP171011;B
AQ171011;BAR171011;BAS171011;BAT171011;BAU171011;BAV171011;B
AW171011;BAX171011;BAY171011;BAZ171011;BBA171011;BBB171011;B
BC171011;BBD171011;BBE171011;BBF171011;BBG171011;BBH171011;B
BI171011;BBJ171011;BBK171011;BBL171011;BBM171011;BBN171011;BB
O171011;BBP171011;BBQ171011;BBR171011;BBS171011;BBT171011;BBU
171011;BBV171011;BBW171011;BBX171011;BBY171011;BBZ171011;BCA
171011;BCB171011;BCC171011;BCD171011;BCE171011;BCF171011;BCG1
71011;BCH171011;BCI171011;BCJ171011;BCK171011;BCL171011;BCM17
1011;BCN171011;BCO171011;BCP171011;BCQ171011;BCR171011;BCS171
011;BCT171011;BCU171011;BCV171011;BCW171011;BCX171011;BCY171
011;BCZ171011;BDA171011;BDB171011;BDC171011;BDD171011;BDE171
011;BDF171011;BDG171011;BDH171011;BDI171011;BDJ171011;BDK1710
11;BDL171011;BDM171011;BDN171011;BDO171011;BDP171011;BDQ1710
11;BDR171011;BDS171011;BDT171011;BDU171011;BDV171011;BDW1710
11;BDX171011;BDY171011;BDZ171011

BEA171011;BEB171011;BEC171011;BED171011;BEE171011;BEF171011;B
EG171011;BEH171011;BEI171011;BEJ171011;BEK171011;BEL171011;BE
M171011;BEN171011;BEO171011;BEP171011;BEQ171011;BER171011;BES
171011;BET171011;BEU171011;BEV171011;BEW171011;BEX171011;BEY1
71011;BEZ171011;BFA171011;BFB171011;BFC171011;BFD171011;BFE171
011;BFF171011;BFG171011;BFH171011;BFI171011;BFJ171011;BFK171011;
BFL171011;BFM171011;BFN171011;BFO171011;BFP171011;BFQ171011;B
FR171011;BFS171011;BFT171011;BFU171011;BFV171011;BFW171011;BF
X171011;BFY171011;BFZ171011;BGA171011;BGB171011;BGC171011;BG
D171011;BGE171011;BGF171011;BGG171011;BGH171011;BGI171011;BGJ
171011;BGK171011;BGL171011;BGM171011;BGN171011;BGO171011;BGP
171011;BGQ171011;BGR171011;BGS171011;BGT171011;BGU171011;BGV
171011;BGW171011;BGX171011;BGY171011;BGZ171011;BHA171011;BH

B171011;BHC171011;BHD171011;BHE171011;BHF171011;BHG171011;BH
H171011;BHI171011;BHJ171011;BHK171011;BHL171011;BHM171011;BH
N171011;BHO171011;BHP171011;BHQ171011;BHR171011;BHS171011;BH
T171011;BHU171011;BHV171011;BHW171011;BHX171011;BHY171011;B
HZ171011;BIA171011;BIB171011;BIC171011;BID171011;BIE171011;BIF17
1011;BIG171011;BIH171011;BII171011;BIJ171011;BIK171011;BIL171011;B
IM171011;BIN171011;BIO171011;BIP171011;BIQ171011;BIR171011;BIS17
1011;BIT171011;BIU171011;BIV171011;BIW171011;BIX171011;BIY171011
;BIZ171011;BJA171011;BJB171011;BJC171011;BJD171011;BJE171011;BJF
171011;BJG171011;BJH171011;BJI171011;BJJ171011;BJK171011;BJL17101
1;BJM171011;BJN171011;BJO171011;BJP171011;BJQ171011;BJR171011;BJ
S171011;BJT171011;BJU171011;BJV171011;BJW171011;BJX171011;BJY17
1011;BJZ171011;BKA171011;BKB171011;BKC171011;BKD171011;BKE171
011;BKF171011;BKG171011;BKH171011;BKI171011;BKJ171011;BKK1710
11;BKL171011;BKM171011;BKN171011;BKO171011;BKP171011;BKQ1710
11;BKR171011;BKS171011;BKT171011;BKU171011;BKV171011;BKW1710
11;BKX171011;BKY171011;BKZ171011;BLA171011;BLB171011;BLC17101
1;BLD171011;BLE171011;BLF171011;BLG171011;BLH171011;BLI171011;
BLJ171011;BLK171011;BLL171011;BLM171011

BLN171011;BLO171011;BLP171011;BLQ171011;BLR171011;BLS171011;B
LT171011;BLU171011;BLV171011;BLW171011;BLX171011;BLY171011;B
LZ171011;BMA171011;BMB171011;BMC171011;BMD171011;BME171011;
BMF171011;BMG171011;BMH171011;BMI171011;BMJ171011;BMK171011
;BML171011;BMM171011;BMN171011;BMO171011;BMP171011;BMQ1710
11;BMR171011;BMS171011;BMT171011;BMU171011;BMV171011;BMW17
1011;BMX171011;BMY171011;BMZ171011;BNA171011;BNB171011;BNC1
71011;BND171011;BNE171011;BNF171011;BNG171011;BNH171011;BNI17
1011;BNJ171011;BNK171011;BNL171011;BNM171011;BNN171011;BNO17
1011;BNP171011;BNQ171011;BNR171011;BNS171011;BNT171011;BNU17
1011;BNV171011;BNW171011;BNX171011;BNY171011;BNZ171011;BOA1
71011;BOB171011;BOC171011;BOD171011;BOE171011;BOF171011;BOG1
71011;BOH171011;BOI171011;BOJ171011;BOK171011;BOL171011;BOM17
1011;BON171011;BOO171011;BOP171011;BOQ171011;BOR171011;BOS17
1011;BOT171011;BOU171011;BOV171011;BOW171011;BOX171011;BOY1
71011;BOZ171011;BPA171011;BPB171011;BPC171011;BPD171011;BPE171
011;BPF171011;BPG171011;BPH171011;BPI171011;BPJ171011;BPK171011;
BPL171011;BPM171011;BPN171011;BPO171011;BPP171011;BPQ171011;B
PR171011;BPS171011;BPT171011;BPU171011;BPV171011;BPW171011;BP
X171011;BPY171011;BPZ171011;BQA171011;BQB171011;BQC171011;BQ
D171011;BQE171011;BQF171011;BQG171011;BQH171011;BQI171011;BQJ
171011;BQK171011;BQL171011;BQM171011;BQN171011;BQO171011;BQP
171011;BQQ171011;BQR171011;BQS171011;BQT171011;BQU171011;BQV
171011;BQW171011;BQX171011;BQY171011;BQZ171011;BRA171011;BRB
171011;BRC171011;BRD171011;BRE171011;BRF171011;BRG171011;BRH1
71011;BRI171011;BRJ171011;BRK171011;BRL171011;BRM171011;BRN17
1011;BRO171011;BRP171011;BRQ171011;BRR171011;BRS171011;BRT171
011;BRU171011;BRV171011;BRW171011;BRX171011;BRY171011;BRZ171
011;BSA171011;BSB171011;BSC171011;BSD171011;BSE171011;BSF17101
1;BSG171011;BSH171011;BSI171011;BSJ171011;BSK171011;BSL171011;B
SM171011;BSN171011;BSO171011;BSP171011;BSQ171011;BSR171011;BS
S171011;BST171011;BSU171011;BSV171011;BSW171011;BSX171011;BSY
171011;BSZ171011

BTA171011;BTB171011;BTC171011;BTD171011;BTE171011;BTF171011;B
TG171011;BTH171011;BTI171011;BTJ171011;BTK171011;BTL171011;BT
M171011;BTN171011;BTO171011;BTP171011;BTQ171011;BTR171011;BTS
171011;BTT171011;BTU171011;BTV171011;BTW171011;BTX171011;BTY1

*0000VA0002083391603*

71011;BTZ171011;BUA171011;BUB171011;BUC171011;BUD171011;BUE1
71011;BUF171011;BUG171011;BUH171011;BUI171011;BUJ171011;BUK17
1011;BUL171011;BUM171011;BUN171011;BUO171011;BUP171011;BUQ17
1011;BUR171011;BUS171011;BUT171011;BUU171011;BUV171011;BUW17
1011;BUX171011;BUY171011;BUZ171011;BVA171011;BVB171011;BVC17
1011;BVD171011;BVE171011;BVF171011;BVG171011;BVH171011;BVI171
011;BVJ171011;BVK171011;BVL171011;BVM171011;BVN171011;BVO171
011;BVP171011;BVQ171011;BVR171011;BVS171011;BVT171011;BVU171
011;BVV171011;BVW171011;BVX171011;BVY171011;BVZ171011;BWA17
1011;BWB171011;BWC171011;BWD171011;BWE171011;BWF171011;BWG
171011;BWH171011;BWI171011;BWJ171011;BWK171011;BWL171011;BW
M171011;BWN171011;BWO171011;BWP171011;BWQ171011;BWR171011;
BWS171011;BWT171011;BWU171011;BWV171011;BWW171011;BWX171
011;BWY171011;BWZ171011;BXA171011;BXB171011;BXC171011;BXD17
1011;BXE171011;BXF171011;BXG171011;BXH171011;BXI171011;BXJ171
011;BXK171011;BXL171011;BXM171011;BXN171011;BXO171011;BXP171
011;BXQ171011;BXR171011;BXS171011;BXT171011;BXU171011;BXV171
011;BXW171011;BXX171011;BXY171011;BXZ171011;BYA171011;BYB17
1011;BYC171011;BYD171011;BYE171011;BYF171011;BYG171011;BYH17
1011;BYI171011;BYJ171011;BYK171011;BYL171011;BYM171011;BYN171
011;BYO171011;BYP171011;BYQ171011;BYR171011;BYS171011;BYT171
011;BYU171011;BYV171011;BYW171011;BYX171011;BYY171011;BYZ17
1011;BZA171011;BZB171011;BZC171011;BZD171011;BZE171011;BZF1710
11;BZG171011;BZH171011;BZI171011;BZJ171011;BZK171011;BZL171011;
BZM171011;BZN171011;BZO171011;BZP171011;BZQ171011;BZR171011;B
ZS171011;BZT171011;BZU171011;BZV171011;BZW171011;BZX171011;BZ
Y171011;BZZ171011;CAA171011;CAB171011;CAC171011;CAD171011;CA
E171011;CAF171011;CAG171011;CAH171011;CAI171011;CAJ171011;CAK
171011;CAL171011;CAM171011

CAN171011;CAO171011;CAP171011;CAQ171011;CAR171011;CAS171011;
CAT171011;CAU171011;CAV171011;CAW171011;CAX171011;CAY171011
;CAZ171011;CBA171011;CBB171011;CBC171011;CBD171011;CBE171011;
CBF171011;CBG171011;CBH171011;CBI171011;CBJ171011;CBK171011;C
BL171011;CBM171011;CBN171011;CBO171011;CBP171011;CBQ171011;C
BR171011;CBS171011;CBT171011;CBU171011;CBV171011;CBW171011;C
BX171011;CBY171011;CBZ171011;CCA171011;CCB171011;CCC171011;C
CD171011;CCE171011;CCF171011;CCG171011;CCH171011;CCI171011;CC
J171011;CCK171011;CCL171011;CCM171011;CCN171011;CCO171011;CCP
171011;CCQ171011;CCR171011;CCS171011;CCT171011;CCU171011;CCV1
71011;CCW171011;CCX171011;CCY171011;CCZ171011;CDA171011;CDB1
71011;CDC171011;CDD171011;CDE171011;CDF171011;CDG171011;CDH1
71011;CDI171011;CDJ171011;CDK171011;CDL171011;CDM171011;CDN17
1011;CDO171011;CDP171011;CDQ171011;CDR171011;CDS171011;CDT17
1011;CDU171011;CDV171011;CDW171011;CDX171011;CDY171011;CDZ1
71011;CEA171011;CEB171011;CEC171011;CED171011;CEE171011;CEF171
011;CEG171011;CEH171011;CEI171011;CEJ171011;CEK171011;CEL17101
1;CEM171011;CEN171011;CEO171011;CEP171011;CEQ171011;CER171011
;CES171011;CET171011;CEU171011;CEV171011;CEW171011;CEX171011;
CEY171011;CEZ171011;CFA171011;CFB171011;CFC171011;CFD171011;C
FE171011;CFF171011;CFG171011;CFH171011;CFI171011;CFJ171011;CFK1
71011;CFL171011;CFM171011;CFN171011;CFO171011;CFP171011;CFQ171
011;CFR171014;CFS171014;CFT171014;CFU171014;CFV171014;CFW17101
4;CFX171014;CFY171014;CFZ171014;CGA171014;CGB171014;CGC171014
;CGD171014;CGE171014;CGF171014;CGG171014;CGH171014;CGI171014;
CGJ171014;CGK171014;CGL171014;CGM171014;CGN171014;CGO171014;
CGP171014;CGQ171014;CGR171014;CGS171014;CGT171014;CGU171014;
CGV171014;CGW171014;CGX171014;CGY171014;CGZ171014;CHA171014

;CHB171014;CHC171014;CHD171014;CHE171014;CHF171014;CHG171014;
CHH171014;CHI171014;CHJ171014;CHK171014;CHL171014;CHM171014;
CHN171014;CHO171014;CHP171014;CHQ171014;CHR171014;CHS171014;
CHT171014;CHU171014;CHV171014;CHW171014;CHX171014;CHY171014
;CHZ171014

CIA171014;CIB171014;CIC171014;CID171014;CIE171014;CIF171014;CIG1
71014;CIH171014;CII171014;CIJ171014;CIK171014;CIL171014;CIM171014;
CIN171014;CIO171014;CIP171014;CIQ171014;CIR171014;CIS171014;CIT17
1014;CIU171014;CIV171014;CIW171014;CIX171014;CIY171014;CIZ171014
;CJA171014;CJB171014;CJC171014;CJD171014;CJE171014;CJF171014;CJG
171014;CJH171014;CJI171014;CJJ171014;CJK171014;CJL171014;CJM17101
4;CJN171014;CJO171014;CJP171014;CJQ171014;CJR171014;CJS171014;CJ
T171014;CJU171014;CJV171014;CJW171014;CJX171014;CJY171014;CJZ17
1014;CKA171014;CKB171014;CKC171014;CKD171014;CKE171014;CKF17
1014;CKG171014;CKH171014;CKI171014;CKJ171014;CKK171014;CKL171
014;CKM171014;CKN171014;CKO171014;CKP171014;CKQ171014;CKR171
014;CKS171014;CKT171014;CKU171014;CKV171014;CKW171014;CKX171
014;CKY171014;CKZ171014;CLA171014;CLB171014;CLC171014;CLD1710
14;CLE171014;CLF171014;CLG171014;CLH171014;CLI171014;CLJ171014;
CLK171014;CLL171014;CLM171014;CLN171014;CLO171014;CLP171014;C
LQ171014;CLR171014;CLS171014;CLT171014;CLU171014;CLV171014;CL
W171014;CLX171014;CLY171014;CLZ171014;CMA171014;CMB171014;C
MC171014;CMD171014;CME171014;CMF171014;CMG171014;CMH171014
;CMI171014;CMJ171014;CMK171014;CML171014;CMM171014;CMN17101
4;CMO171014;CMP171014;CMQ171014;CMR171014;CMS171014;CMT171
014;CMU171014;CMV171014;CMW171014;CMX171014;CMY171014;CMZ
171014;CNA171014;CNB171014;CNC171014;CND171014;CNE171014;CNF
171014;CNG171014;CNH171014;CNI171014;CNJ171014;CNK171014;CNL1
71014;CNM171014;CNN171014;CNO171014;CNP171014;CNQ171014;CNR1
71014;CNS171014;CNT171014;CNU171014;CNV171014;CNW171014;CNX1
71014;CNY171014;CNZ171014;COA171014;COB171014;COC171014;COD1
71014;COE171014;COF171014;COG171014;COH171014;COI171014;COJ17
1014;COK171014;COL171014;COM171014;CON171014;COO171014;COP17
1014;COQ171014;COR171014;COS171014;COT171014;COU171014;COV17
1014;COW171014;COX171014;COY171015;COZ171015;CPA171015;CPB17
1015;CPC171015;CPD171015;CPE171015;CPF171015;CPG171015;CPH1710
15;CPI171015;CPJ171015;CPK171015;CPL171015;CPM171015

CPN171015;CPO171015;CPP171015;CPQ171015;CPR171015;CPS171015;CP
T171015;CPU171015;CPV171015;CPW171015;CPX171015;CPY171015;CPZ
171015;CQA171015;CQB171015;CQC171015;CQD171015;CQE171015;CQF
171015;CQG171015;CQH171015;CQI171015;CQJ171015;CQK171015;CQL1
71015;CQM171015;CQN171015;CQO171015;CQP171015;CQQ171015;CQR1
71015;CQS171015;CQT171015;CQU171015;CQV171015;CQW171015;CQX1
71015;CQY171015;CQZ171015;CRA171015;CRB171015;CRC171015;CRD1
71015;CRE171015;CRF171015;CRG171015;CRH171015;CRI171015;CRJ171
015;CRK171015;CRL171015;CRM171015;CRN171015;CRO171015;CRP171
015;CRQ171015;CRR171015;CRS171015;CRT171015;CRU171015;CRV1710
15;CRW171015;CRX171015;CRY171015;CRZ171015;CSA171015;CSB1710
15;CSC171015;CSD171015;CSE171015;CSF171015;CSG171015;CSH171015;
CSI171015;CSJ171015;CSK171015;CSL171015;CSM171015;CSN171015;CS
O171015;CSP171015;CSQ171015;CSR171015;CSS171015;CST171015;CSU1
71015;CSV171015;CSW171015;CSX171015;CSY171015;CSZ171015;CTA17
1015;CTB171015;CTC171015;CTD171015;CTE171015;CTF171015;CTG1710
15;CTH171015;CTI171015;CTJ171015;CTK171015;CTL171015;CTM171015;
CTN171015;CTO171015;CTP171015;CTQ171015;CTR171015;CTS171015;C
TT171015;CTU171015;CTV171015;CTW171015;CTX171015;CTY171015;C

TZ171015;CUA171015;CUB171015;CUC171015;CUD171015;CUE171015;C
UF171015;CUG171015;CUH171015;CUI171015;CUJ171015;CUK171015;CU
L171015;CUM171015;CUN171015;CUO171015;CUP171015;CUQ171015;CU
R171015;CUS171015;CUT171015;CUU171015;CUV171015;CUW171015;CU
X171015;CUY171015;CUZ171015;CVA171015;CVB171015;CVC171015;CV
D171015;CVE171015;CVF171015;CVG171015;CVH171015;CVI171015;CVJ
171015;CVK171015;CVL171015;CVM171015;CVN171015;CVO171015;CVP
171015;CVQ171015;CVR171015;CVS171015;CVT171015;CVU171015;CVV
171015;CVW171015;CVX171015;CVY171015;CVZ171015;CWA171015;CW
B171015;CWC171015;CWD171015;CWE171015;CWF171015;CWG171015;
CWH171015;CWI171015;CWJ171015;CWK171015;CWL171015;CWM17101
5;CWN171015;CWO171015;CWP171015;CWQ171015;CWR171015;CWS171
015;CWT171015;CWU171015;CWV171015;CWW171015;CWX171015;CWY
171015;CWZ171015

CXA171015;CXB171015;CXC171015;CXD171015;CXE171015;CXF171015;
CXG171015;CXH171015;CXI171015;CXJ171015;CXK171015;CXL171015;C
XM171015;CXN171015;CXO171015;CXP171015;CXQ171015;CXR171015;C
XS171015;CXT171015;CXU171015;CXV171015;CXW171015;CXX171015;C
XY171015;CXZ171015;CYA171015;CYB171015;CYC171015;CYD171015;C
YE171015;CYF171015;CYG171015;CYH171015;CYI171015;CYJ171015;CY
K171015;CYL171015;CYM171015;CYN171015;CYO171015;CYP171015;CY
Q171015;CYR171015;CYS171015;CYT171015;CYU171015;CYV171015;CY
W171015;CYX171015;CYY171015;CYZ171015;CZA171015;CZB171015;CZ
C171015;CZD171015;CZE171015;CZF171015;CZG171015;CZH171015;CZI1
71015;CZJ171015;CZK171015;CZL171015;CZM171015;CZN171015;CZO17
1015;CZP171015;CZQ171015;CZR171015;CZS171015;CZT171015;CZU1710
15;CZV171015;CZW171015;CZX171015;CZY171015;CZZ171015;DAA1710
15;DAB171015;DAC171015;DAD171015;DAE171015;DAF171015;DAG1710
15;DAH171015;DAI171015;DAJ171015;DAK171015;DAL171015;DAM1710
15;DAN171015;DAO171015;DAP171015;DAQ171015;DAR171015;DAS1710
15;DAT171015;DAU171015;DAV171015;DAW171015;DAX171015;DAY171
015;DAZ171015;DBA171015;DBB171015;DBC171015;DBD171015;DBE171
015;DBF171015;DBG171015;DBH171015;DBI171015;DBJ171015;DBK1710
15;DBL171015;DBM171015;DBN171015;DBO171015;DBP171015;DBQ1710
15;DBR171015;DBS171015;DBT171015;DBU171015;DBV171015;DBW1710
15;DBX171015;DBY171015;DBZ171015;DCA171015;DCB171015;DCC1710
15;DCD171015;DCE171015;DCF171015;DCG171015;DCH171015;DCI17101
5;DCJ171015;DCK171015;DCL171015;DCM171015;DCN171015;DCO17101
5;DCP171015;DCQ171015;DCR171015;DCS171015;DCT171015;DCU17101
5;DCV171015;DCW171015;DCX171015;DCY171015;DCZ171015;DDA1710
15;DDB171015;DDC171015;DDD171015;DDE171015;DDF171015;DDG1710
15;DDH171015;DDI171015;DDJ171015;DDK171015;DDL171015;DDM1710
15;DDN171015;DDO171015;DDP171015;DDQ171015;DDR171015;DDS1710
15;DDT171015;DDU171015;DDV171015;DDW171015;DDX171015;DDY171
015;DDZ171015;DEA171015;DEB171015;DEC171015;DED171015;DEE1710
15;DEF171015;DEG171015;DEH171015;DEI171015;DEJ171015;DEK171015
;DEL171015;DEM171015

DEN171015;DEO171015;DEP171015;DEQ171015;DER171015;DES171015;
DET171015;DEU171015;DEV171015;DEW171015;DEX171015;DEY171015;
DEZ171015;DFA171015;DFB171015;DFC171015;DFD171015;DFE171015;D
FF171015;DFG171015;DFH171015;DFI171015;DFJ171015;DFK171015;DFL
171015;DFM171015;DFN171015;DFO171015;DFP171015;DFQ171015;DFR1
71015;DFS171015;DFT171015;DFU171015;DFV171015;DFW171015;DFX17
1015;DFY171015;DFZ171015;DGA171015;DGB171015;DGC171015;DGD17
1015;DGE171015;DGF171015;DGG171015;DGH171015;DGI171015;DGJ171
015;DGK171015;DGL171015;DGM171015;DGN171015;DGO171015;DGP17

1015;DGQ171015;DGR171015;DGS171015;DGT171015;DGU171015;DGV1
71015;DGW171015;DGX171015;DGY171015;DGZ171015;DHA171015;DHB
171015;DHC171015;DHD171015;DHE171015;DHF171015;DHG171015;DH
H171015;DHI171015;DHJ171015;DHK171015;DHL171015;DHM171015;DH
N171015;DHO171015;DHP171015;DHQ171015;DHR171015;DHS171015;DH
T171015;DHU171015;DHV171015;DHW171015;DHX171015;DHY171015;D
HZ171015;DIA171015;DIB171015;DIC171015;DID171015;DIE171015;DIF17
1015;DIG171015;DIH171015;DII171015;DIJ171015;DIK171015;DIL171015;
DIM171015;DIN171015;DIO171015;DIP171015;DIQ171015;DIR171015;DIS
171015;DIT171015;DIU171015;DIV171015;DIW171015;DIX171015;DIY171
015;DIZ171015;DJA171015;DJB171015;DJC171015;DJD171015;DJE171015;
DJF171015;DJG171015;DJH171015;DJI171015;DJJ171015;DJK171015;DJL1
71015;DJM171015;DJN171015;DJO171015;DJP171015;DJQ171015;DJR1710
15;DJS171015;DJT171015;DJU171015;DJV171015;DJW171015;DJX171015;
DJY171015;DJZ171015;DKA171015;DKB171015;DKC171015;DKD171015;
DKE171015;DKF171015;DKG171015;DKH171015;DKI171015;DKJ171015;
DKK171015;DKL171015;DKM171015;DKN171015;DKO171015;DKP171015
;DKQ171015;DKR171015;DKS171015;DKT171015;DKU171015;DKV17101
5;DKW171015;DKX171015;DKY171015;DKZ171015;DLA171015;DLB1710
15;DLC171015;DLD171015;DLE171015;DLF171015;DLG171015;DLH1710
5;DLI171015;DLJ171015;DLK171015;DLL171015;DLM171015;DLN171015;
DLO171015;DLP171015;DLQ171015;DLR171015;DLS171015;DLT171015;D
LU171015;DLV171015;DLW171015;DLX171015;DLY171015;DLZ171015

DMA171015;DMB171015;DMC171015;DMD171015;DME171015;DMF1710
15;DMG171015;DMH171015;DMI171015;DMJ171015;DMK171015;DML17
1015;DMM171015;DMN171015;DMO171015;DMP171015;DMQ171015;DM
R171015;DMS171015;DMT171015;DMU171015;DMV171015;DMW171015;
DMX171015;DMY171015;DMZ171015;DNA171015;DNB171015;DNC17101
5;DND171015;DNE171015;DNF171015;DNG171015;DNH171015;DNI17101
5;DNJ171015;DNK171015;DNL171015;DNM171015;DNN171015;DNO1710
15;DNP171015;DNQ171015;DNR171015;DNS171015;DNT171015;DNU1710
15;DNV171015;DNW171015;DNX171015;DNY171015;DNZ171015;DOA171
015;DOB171015;DOC171015;DOD171015;DOE171015;DOF171015;DOG171
015;DOH171015;DOI171015;DOJ171015;DOK171015;DOL171015;DOM171
015;DON171015;DOO171015;DOP171015;DOQ171015;DOR171015;DOS171
015;DOT171015;DOU171015;DOV171015;DOW171015;DOX171015;DOY17
1015;DOZ171015;DPA171015;DPB171015;DPC171015;DPD171015;DPE171
015;DPF171015;DPG171015;DPH171015;DPI171015;DPJ171015;DPK171015
;DPL171015;DPM171015;DPN171015;DPO171015;DPP171015;DPQ171015;
DPR171015;DPS171015;DPT171015;DPU171015;DPV171015;DPW171015;D
PX171015;DPY171015;DPZ171015;DQA171015;DQB171015;DQC171015;D
QD171015;DQE171015;DQF171015;DQG171015;DQH171015;DQI171015;D
QJ171015;DQK171015;DQL171015;DQM171015;DQN171015;DQO171015;
DQP171015;DQQ171015;DQR171015;DQS171015;DQT171015;DQU171015;
DQV171015;DQW171015;DQX171015;DQY171015;DQZ171015;DRA17101
5;DRB171015;DRC171015;DRD171015;DRE171015;DRF171015;DRG17101
5;DRH171015;DRI171015;DRJ171015;DRK171015;DRL171015;DRM171015
;DRN171015;DRO171015;DRP171015;DRQ171015;DRR171015;DRS171015;
DRT171015;DRU171015;DRV171015;DRW171015;DRX171015;DRY171015
;DRZ171015;DSA171015;DSB171015;DSC171015;DSD171015;DSE171015;
DSF171015;DSG171015;DSH171015;DSI171015;DSJ171015;DSK171015;DS
L171015;DSM171015;DSN171015;DSO171015;DSP171015;DSQ171015;DSR
171015;DSS171015;DST171015;DSU171015;DSV171015;DSW171015;DSX1
71015;DSY171015;DSZ171015;DTA171015;DTB171015;DTC171015;DTD17
1015;DTE171015;DTF171015;DTG171015;DTH171015;DTI171015;DTJ1710
15;DTK171015;DTL171015;DTM171015

"00001A000208833891605"

DTN171015;DTO171015;DTP171015;DTQ171015;DTR171015;DTS171015;
DTT171015;DTU171015;DTV171015;DTW171015;DTX171015;DTY171015;
DTZ171015;DUA171015;DUB171015;DUC171015;DUD171015;DUE171015;
DUF171015;DUG171015;DUH171015;DUI171015;DUJ171015;DUK171015;
DUL171015;DUM171015;DUN171015;DUO171015;DUP171015;DUQ171015
;DUR171015;DUS171015;DUT171015;DUU171015;DUV171015;DUW17101
5;DUX171015;DUY171015;DUZ171015;DVA171015;DVB171015;DVC1710
15;DVD171015;DVE171015;DVF171015;DVG171015;DVH171015;DVI1710
15;DVJ171015;DVK171015;DVL171015;DVM171015;DVN171015;DVO171
015;DVP171015;DVQ171015;DVR171015;DVS171015;DVT171015;DVU171
015;DVV171015;DVW171015;DVX171015;DVY171015;DVZ171015;DWA1
71015;DWB171015;DWC171015;DWD171015;DWE171015;DWF171015;D
WG171015;DWH171015;DWI171015;DWJ171015;DWK171015;DWL171015
;DWM171015;DWN171015;DWO171015;DWP171015;DWQ171015;DWR17
1015;DWS171015;DWT171015;DWU171015;DWV171015;DWW171015;DW
X171015;DWY171015;DWZ171015;DXA171015;DXB171015;DXC171015;D
XD171015;DXE171015;DXF171015;DXG171015;DXH171015;DXI171015;D
XJ171015;DXK171015;DXL171015;DXM171015;DXN171015;DXO171015;
DXP171015;DXQ171015;DXR171015;DXS171015;DXT171015;DXU171015;
DXV171015;DXW171015;DXX171015;DXY171015;DXZ171015;DYA17101
5;DYB171015;DYC171015;DYD171015;DYE171015;DYF171015;DYG17101
5;DYH171015;DYI171015;DYJ171015;DYK171015;DYL171015;DYM17101
5;DYN171015;DYO171015;DYP171015;DYQ171015;DYR171015;DYS17101
5;DYT171015;DYU171015;DYV171015;DYW171015;DYX171015;DYY1710
15;DYZ171015;DZA171015;DZB171015;DZC171015;DZD171015;DZE17101
5;DZF171015;DZG171015;DZH171015;DZI171015;DZJ171015;DZK171015;
DZL171015;DZM171015;DZN171015;DZO171015;DZP171015;DZQ171015;
DZR171015;DZS171015;DZT171015;DZU171015;DZV171015;DZW171015;
DZX171015;DZY171015;DZZ171015;EAA171015;EAB171015;EAC171015;
EAD171015;EAE171015;EAF171015;EAG171015;EAH171015;EAI171015;E
AJ171015;EAK171015;EAL171015;EAM171015;EAN171015;EAO171015;E
AP171015;EAQ171015;EAR171015;EAS171015;EAT171015;EAU171015;EA
V171015;EAW171015;EAX171015;EAY171015;EAZ171015

EBA171015;EBB171015;EBC171015;EBD171015;EBE171015;EBF171015;E
BG171015;EBH171015;EBI171015;EBJ171015;EBK171015;EBL171015;EB
M171015;EBN171015;EBO171015;EBP171015;EBQ171015;EBR171015;EBS
171015;EBT171015;EBU171015;EBV171015;EBW171015;EBX171015;EBY1
71015;EBZ171015;ECA171015;ECB171015;ECC171015;ECD171015;ECE17
1015;ECF171015;ECG171015;ECH171015;ECI171015;ECJ171015;ECK17101
5;ECL171015;ECM171015;ECN171015;ECO171015;ECP171015;ECQ171015
;ECR171015;ECS171015;ECT171015;ECU171015;ECV171015;ECW171015;
ECX171015;ECY171015;ECZ171015;EDA171015;EDB171015;EDC171015;E
DD171015;EDE171015;EDF171015;EDG171015;EDH171015;EDI171015;ED
J171015;EDK171015;EDL171015;EDM171015;EDN171015;EDO171015;EDP
171015;EDQ171015;EDR171015;EDS171015;EDT171015;EDU171015;EDV1
71015;EDW171015;EDX171015;EDY171015;EDZ171015;EEA171015;EEB1
71015;EEC171015;EED171015;EEE171015;EEF171015;EEG171015;EEH171
015;EEI171015;EEJ171015;EEK171015;EEL171015;EEM171015;EEN171015
;EEO171015;EEP171015;EEQ171015;EER171015;EES171015;EET171015;E
EU171015;EEV171015;EEW171015;EEX171015;EEY171015;EEZ171015;EF
A171015;EFB171015;EFC171015;EFD171015;EFE171015;EFF171015;EFG1
71015;EFH171015;EFI171015;EFJ171015;EFK171015;EFL171015;EFM1710
15;EFN171015;EFO171015;EFP171015;EFQ171015;EFR171015;EFS171015;
EFT171015;EFU171015;EFV171015;EFW171015;EFX171015;EFY171015;EF
Z171015;EGA171015;EGB171015;EGC171015;EGD171015;EGE171015;EGF
171015;EGG171015;EGH171015;EGI171015;EGJ171015;EGK171015;EGL17
1015;EGM171015;EGN171015;EGO171015;EGP171015;EGQ171015;EGR17

1015;EGS171015;EGT171015;EGU171015;EGV171015;EGW171015;EGX17
1015;EGY171015;EGZ171015;EHA171015;EHB171015;EHC171015;EHD171
015;EHE171015;EHF171015;EHG171015;EHH171015;EHI171015;EHJ17101
5;EHK171015;EHL171015;EHM171015;EHN171015;EHO171015;EHP17101
5;EHQ171015;EHR171015;EHS171015;EHT171015;EHU171015;EHV171015
;EHW171015;EHX171015;EHY171015;EHZ171015;EIA171015;EIB171015;E
IC171015;EID171015;EIE171015;EIF171015;EIG171015;EIH171015;EII1710
15;EIJ171015;EIK171015;EIL171015;EIM171015

EIN171015;EIO171015;EIP171015;EIQ171015;EIR171015;EIS171015;EIT17
1015;EIU171015;EIV171015;EIW171015;EIX171015;EIY171015;EIZ171015;
EJA171015;EJB171015;EJC171015;EJD171015;EJE171015;EJF171015;EJG1
71015;EJH171015;EJI171015;EJJ171015;EJK171015;EJL171015;EJM171015;
EJN171015;EJO171015;EJP171015;EJQ171015;EJR171015;EJS171015;EJT17
1015;EJU171015;EJV171015;EJW171015;EJX171015;EJY171015;EJZ171015
;EKA171015;EKB171015;EKC171015;EKD171015;EKE171015;EKF171015;
EKG171015;EKH171015;EKI171015;EKJ171015;EKK171015;EKL171015;E
KM171015;EKN171015;EKO171015;EKP171015;EKQ171015;EKR171015;E
KS171015;EKT171015;EKU171015;EKV171015;EKW171015;EKX171015;E
KY171015;EKZ171015;ELA171015;ELB171015;ELC171015;ELD171015;EL
E171015;ELF171015;ELG171015;ELH171015;ELI171015;ELJ171015;ELK17
1015;ELL171015;ELM171015;ELN171015;ELO171016;ELP171016;ELQ1710
16;ELR171016;ELS171016;ELT171016;ELU171016;ELV171016;ELW171016
;ELX171016;ELY171016;ELZ171016;EMA171016;EMB171016;EMC171016;
EMD171016;EME171016;EMF171016;EMG171016;EMH171016;EMI171016
;EMJ171016;EMK171016;EML171016;EMM171016;EMN171016;EMO17101
6;EMP171016;EMQ171016;EMR171016;EMS171016;EMT171016;EMU1710
16;EMV171016;EMW171016;EMX171016;EMY171016;EMZ171016;ENA17
1016;ENB171016;ENC171016;END171016;ENE171016;ENF171016;ENG171
016;ENH171016;ENI171016;ENJ171016;ENK171016;ENL171016;ENM1710
16;ENN171016;ENO171016;ENP171016;ENQ171016;ENR171016;ENS17101
6;ENT171016;ENU171016;ENV171016;ENW171016;ENX171016;ENY17101
6;ENZ171016;EOA171016;EOB171016;EOC171016;EOD171016;EOE171016
;EOF171016;EOG171016;EOH171016;EOI171016;EOJ171016;EOK171016;E
OL171016;EOM171016;EON171016;EOO171016;EOP171016;EOQ171016;E
OR171016;EOS171016;EOT171016;EOU171016;EOV171016;EOW171016;E
OX171016;EOY171016;EOZ171016;EPA171016;EPB171016;EPC171016;EP
D171016;EPE171016;EPF171016;EPG171016;EPH171016;EPI171016;EPJ171
016;EPK171016;EPL171016;EPM171016;EPN171016;EPO171016;EPP17101
6;EPQ171016;EPR171016;EPS171016;EPT171016;EPU171016;EPV171016;E
PW171016;EPX171016;EPY171016;EPZ171016

EQA171016;EQB171016;EQC171016;EQD171016;EQE171016;EQF171016;E
QG171016;EQH171016;EQI171016;EQJ171016;EQK171016;EQL171016;EQ
M171016;EQN171016;EQO171016;EQP171016;EQQ171016;EQR171016;EQ
S171016;EQT171016;EQU171016;EQV171016;EQW171016;EQX171016;EQ
Y171016;EQZ171016;ERA171016;ERB171016;ERC171016;ERD171016;ERE
171016;ERF171016;ERG171016;ERH171016;ERI171016;ERJ171016;ERK171
016;ERL171016;ERM171016;ERN171016;ERO171016;ERP171016;ERQ1710
16;ERR171016;ERS171016;ERT171016;ERU171016;ERV171016;ERW17101
6;ERX171016;ERY171016;ERZ171016;ESA171016;ESB171016;ESC171016;
ESD171016;ESE171016;ESF171016;ESG171016;ESH171016;ESI171016;ESJ
171016;ESK171016;ESL171016;ESM171016;ESN171016;ESO171016;ESP17
1016;ESQ171016;ESR171016;ESS171016;EST171016;ESU171016;ESV17101
6;ESW171016;ESX171016;ESY171016;ESZ171016;ETA171016;ETB171016;
ETC171016;ETD171016;ETE171016;ETF171016;ETG171016;ETH171016;ET
I171016;ETJ171016;ETK171016;ETL171016;ETM171016;ETN171016;ETO1
71016;ETP171016;ETQ171016;ETR171016;ETS171016;ETT171016;ETU171

016;ETV171016;ETW171016;ETX171016;ETY171016;ETZ171016;EUA1710
16;EUB171016;EUC171016;EUD171016;EUE171016;EUF171016;EUG17101
6;EUH171016;EUI171016;EUJ171016;EUK171016;EUL171016;EUM171016;
EUN171016;EUO171016;EUP171016;EUQ171016;EUR171016;EUS171016;E
UT171016;EUU171016;EUV171016;EUW171016;EUX171016;EUY171016;E
UZ171016;EVA171016;EVB171016;EVC171016;EVD171016;EVE171016;E
VF171016;EVG171016;EVH171016;EVI171016;EVJ171016;EVK171016;EV
L171016;EVM171016;EVN171016;EVO171016;EVP171016;EVQ171016;EV
R171016;EVS171016;EVT171016;EVU171016;EVV171016;EVW171016;EV
X171016;EVY171016;EVZ171016;EWA171016;EWB171016;EWC171016;E
WD171016;EWE171016;EWF171016;EWG171016;EWH171016;EWI171016;
EWJ171016;EWK171016;EWL171016;EWM171016;EWN171016;EWO17101
6;EWP171016;EWQ171016;EWR171016;EWS171016;EWT171016;EWU171
016;EWV171016;EWW171016;EWX171016;EWY171016;EWZ171016;EXA1
71016;EXB171016;EXC171016;EXD171016;EXE171016;EXF171016;EXG17
1016;EXH171016;EXI171016;EXJ171016;EXK171016;EXL171016;EXM171
016

EXN171016;EXO171016;EXP171016;EXQ171016;EXR171016;EXS171016;E
XT171016;EXU171016;EXV171016;EXW171016;EXX171016;EXY171016;E
XZ171016;EYA171016;EYB171016;EYC171016;EYD171016;EYE171016;E
YF171016;EYG171016;EYH171016;EYI171016;EYJ171016;EYK171016;EY
L171016;EYM171016;EYN171016;EYO171016;EYP171016;EYQ171016;EY
R171016;EYS171016;EYT171016;EYU171016;EYV171016;EYW171016;EY
X171016;EYY171016;EYZ171016;EZA171016;EZB171016;EZC171016;EZD
171016;EZE171016;EZF171016;EZG171016;EZH171016;EZI171016;EZJ171
016;EZK171016;EZL171016;EZM171016;EZN171016;EZO171016;EZP17101
6;EZQ171016;EZR171016;EZS171016;EZT171016;EZU171016;EZV171016;
EZW171016;EZX171016;EZY171016;EZZ171016;FAA171016;FAB171016;F
AC171016;FAD171016;FAE171016;FAF171016;FAG171016;FAH171016;FA
I171016;FAJ171016;FAK171016;FAL171016;FAM171016;FAN171016;FAO1
71016;FAP171016;FAQ171016;FAR171016;FAS171016;FAT171016;FAU171
016;FAV171016;FAW171016;FAX171016;FAY171016;FAZ171016;FBA1710
16;FBB171016;FBC171016;FBD171016;FBE171016;FBF171016;FBG171016;
FBH171016;FBI171016;FBJ171016;FBK171016;FBL171016;FBM171016;FB
N171016;FBO171016;FBP171016;FBQ171016;FBR171016;FBS171016;FBT1
71016;FBU171016;FBV171016;FBW171016;FBX171016;FBY171016;FBZ17
1016;FCA171016;FCB171016;FCC171016;FCD171016;FCE171016;FCF1710
16;FCG171016;FCH171016;FCI171016;FCJ171016;FCK171016;FCL171016;
FCM171016;FCN171016;FCO171016;FCP171016;FCQ171016;FCR171016;F
CS171016;FCT171016;FCU171016;FCV171016;FCW171016;FCX171016;FC
Y171016;FCZ171016;FDA171016;FDB171016;FDC171016;FDD171016;FDE
171016;FDF171016;FDG171016;FDH171016;FDI171016;FDJ171016;FDK171
016;FDL171016;FDM171016;FDN171016;FDO171016;FDP171016;FDQ1710
16;FDR171016;FDS171016;FDT171016;FDU171016;FDV171016;FDW17101
6;FDX171016;FDY171016;FDZ171016;FEA171016;FEB171016;FEC171016;
FED171016;FEE171016;FEF171016;FEG171016;FEH171016;FEI171016;FEJ
171016;FEK171016;FEL171016;FEM171016;FEN171016;FEO171016;FEP17
1016;FEQ171016;FER171016;FES171016;FET171016;FEU171016;FEV17101
6;FEW171016;FEX171016;FEY171016;FEZ171016

FFA171016;FFB171016;FFC171016;FFD171016;FFE171016;FFF171016;FFG
171016;FFH171016;FFI171016;FFJ171016;FFK171016;FFL171016;FFM1710
16;FFN171016;FFO171016;FFP171016;FFQ171016;FFR171016;FFS171016;F
FT171016;FFU171016;FFV171016;FFW171016;FFX171016;FFY171016;FFZ
171016;FGA171016;FGB171016;FGC171016;FGD171016;FGE171016;FGF17
1016;FGG171016;FGH171016;FGI171016;FGJ171016;FGK171016;FGL1710
16;FGM171016;FGN171016;FGO171016;FGP171016;FGQ171016;FGR17101

6;FGS171016;FGT171016;FGU171016;FGV171016;FGW171016;FGX171016
;FGY171016;FGZ171016;FHA171016;FHB171016;FHC171016;FHD171016;F
HE171016;FHF171016;FHG171016;FHH171016;FHI171016;FHJ171016;FHK
171016;FHL171016;FHM171016;FHN171016;FHO171027;FHP171027;FHQ1
71027;FHR171027;FHS171027;FHT171027;FHU171027;FHV171027;FHW17
1027;FHX171027;FHY171027;FHZ171027;FIA171027;FIB171027;FIC171027
;FID171027;FIE171027;FIF171027;FIG171027;FIH171027;FII171027;FIJ1710
27;FIK171027;FIL171027;FIM171027;FIN171027;FIO171027;FIP171027;FIQ
171027;FIR171027;FIS171027;FIT171027;FIU171027;FIV171027;FIW171027
;FIX171027;FIY171027;FIZ171027;FJA171027;FJB171027;FJC171027;FJD17
1027;FJE171027;FJF171027;FJG171027;FJH171027;FJI171027;FJJ171027;FJ
K171027;FJL171027;FJM171027;FJN171027;FJO171027;FJP171027;FJQ1710
27;FJR171027;FJS171027;FJT171027;FJU171027;FJV171027;FJW171027;FJ
X171027;FJY171027;FJZ171027;FKA171027;FKB171027;FKC171027;FKD1
71027;FKE171027;FKF171027;FKG171027;FKH171027;FKI171027;FKJ1710
27;FKK171027;FKL171027;FKM171027;FKN171027;FKO171027;FKP17102
7;FKQ171027;FKR171027;FKS171027;FKT171027;FKU171027;FKV171027;
FKW171027;FKX171027;FKY171027;FKZ171027;FLA171027;FLB171027;F
LC171027;FLD171027;FLE171027;FLF171027;FLG171027;FLH171027;FLI1
71027;FLJ171027;FLK171027;FLL171027;FLM171027;FLN171027;FLO1710
27;FLP171027;FLQ171027;FLR171027;FLS171027;FLT171027;FLU171027;
FLV171027;FLW171027;FLX171027;FLY171027;FLZ171027;FMA171027;F
MB171027;FMC171027;FMD171027;FME171027;FMF171027;FMG171027;F
MH171027;FMI171027;FMJ171027;FMK171027;FML171027;FMM171027

FMN171027;FMO171027;FMP171027;FMQ171027;FMR171027;FMS171027;
FMT171027;FMU171027;FMV171027;FMW171027;FMX171027;FMY17102
7;FMZ171027;FNA171027;FNB171027;FNC171027;FND171027;FNE171027;
FNF171027;FNG171027;FNH171027;FNI171027;FNJ171027;FNK171027;FN
L171027;FNM171027;FNN171027;FNO171027;FNP171027;FNQ171027;FNR
171027;FNS171027;FNT171027;FNU171027;FNV171027;FNW171027;FNX1
71027;FNY171027;FNZ171027;FOA171027;FOB171027;FOC171027;FOD17
1027;FOE171027;FOF171027;FOG171027;FOH171027;FOI171027;FOJ17102
7;FOK171027;FOL171027;FOM171027;FON171027;FOO171027;FOP171027
;FOQ171027;FOR171027;FOS171027;FOT171027;FOU171027;FOV171027;F
OW171027;FOX171027;FOY171027;FOZ171027;FPA171027;FPB171027;FP
C171027;FPD171027;FPE171027;FPF171027;FPG171027;FPH171027;FPI171
027;FPJ171027;FPK171027;FPL171027;FPM171027;FPN171027;FPO171027;
FPP171027;FPQ171027;FPR171027;FPS171027;FPT171027;FPU171027;FPV
171027;FPW171027;FPX171027;FPY171027;FPZ171027;FQA171027;FQB17
1027;FQC171027;FQD171027;FQE171027;FQF171027;FQG171027;FQH171
027;FQI171027;FQJ171027;FQK171027;FQL171027;FQM171027;FQN17102
7;FQO171027;FQP171027;FQQ171027;FQR171027;FQS171027;FQT171027;
FQU171027;FQV171027;FQW171027;FQX171027;FQY171027;FQZ171027;
FRA171027;FRB171027;FRC171027;FRD171027;FRE171027;FRF171027;FR
G171027;FRH171027;FRI171027;FRJ171027;FRK171027;FRL171027;FRM1
71027;FRN171027;FRO171027;FRP171027;FRQ171027;FRR171027;FRS171
027;FRT171027;FRU171027;FRV171027;FRW171027;FRX171027;FRY1710
27;FRZ171027;FSA171027;FSB171027;FSC171027;FSD171027;FSE171027;F
SF171027;FSG171027;FSH171027;FSI171027;FSJ171027;FSK171027;FSL17
1027;FSM171027;FSN171027;FSO171027;FSP171027;FSQ171027;FSR17102
7;FSS171027;FST171027;FSU171027;FSV171027;FSW171027;FSX171027;F
SY171027;FSZ171027;FTA171027;FTB171027;FTC171027;FTD171027;FTE
171027;FTF171027;FTG171027;FTH171027;FTI171027;FTJ171027;FTK1710
27;FTL171027;FTM171027;FTN171027;FTO171027;FTP171027;FTQ171027;
FTR171027;FTS171027;FTT171027;FTU171027;FTV171027;FTW171027;FT
X171027;FTY171027;FTZ171027

FUA171027;FUB171027;FUC171027;FUD171027;FUE171027;FUF171027;F
UG171027;FUH171027;FUI171027;FUJ171027;FUK171027;FUL171027;FU
M171027;FUN171027;FUO171027;FUP171027;FUQ171027;FUR171027;FUS
171027;FUT171027;FUU171027;FUV171027;FUW171027;FUX171027;FUY1
71027;FUZ171027;FVA171027;FVB171027;FVC171027;FVD171027;FVE17
1027;FVF171027;FVG171027;FVH171027;FVI171027;FVJ171027;FVK17102
7;FVL171027;FVM171027;FVN171027;FVO171027;FVP171027;FVQ171027
;FVR171027;FVS171027;FVT171027;FVU171027;FVV171027;FVW171027;
FVX171027;FVY171027;FVZ171027;FWA171027;FWB171027;FWC171027;
FWD171027;FWE171027;FWF171027;FWG171027;FWH171027;FWI171027
;FWJ171027;FWK171027;FWL171027;FWM171027;FWN171027;FWO17102
7;FWP171027;FWQ171027;FWR171027;FWS171027;FWT171027;FWU1710
27;FWV171027;FWW171027;FWX171027;FWY171027;FWZ171027;FXA17
1027;FXB171027;FXC171027;FXD171027;FXE171027;FXF171027;FXG1710
27;FXH171027;FXI171027;FXJ171027;FXK171027;FXL171027;FXM171027;
FXN171027;FXO171027;FXP171027;FXQ171027;FXR171027;FXS171027;F
XT171027;FXU171027;FXV171027;FXW171027;FXX171027;FXY171027;F
XZ171027;FYA171027;FYB171027;FYC171027;FYD171027;FYE171027;FY
F171027;FYG171027;FYH171027;FYI171027;FYJ171027;FYK171027;FYL1
71027;FYM171027;FYN171027;FYO171027;FYP171027;FYQ171027;FYR17
1027;FYS171027;FYT171027;FYU171027;FYV171027;FYW171027;FYX171
027;FYY171027;FYZ171027;FZA171027;FZB171027;FZC171027;FZD17102
7;FZE171027;FZF171027;FZG171027;FZH171027;FZI171027;FZJ171027;FZ
K171027;FZL171027;FZM171027;FZN171027;FZO171027;FZP171027;FZQ1
71027;FZR171027;FZS171027;FZT171027;FZU171027;FZV171027;FZW171
027;FZX171027;FZY171027;FZZ171027;GAA171027;GAB171027;GAC1710
27;GAD171027;GAE171027;GAF171027;GAG171027;GAH171027;GAI1710
27;GAJ171027;GAK171027;GAL171027;GAM171027;GAN171027;GAO171
027;GAP171027;GAQ171027;GAR171027;GAS171027;GAT171027;GAU171
027;GAV171027;GAW171027;GAX171027;GAY171027;GAZ171027;GBA17
1027;GBB171027;GBC171027;GBD171027;GBE171027;GBF171027;GBG17
1027;GBH171027;GBI171027;GBJ171027;GBK171027;GBL171027;GBM171
027

GBN171027;GBO171027;GBP171027;GBQ171027;GBR171027;GBS171027;
GBT171027;GBU171027;GBV171027;GBW171027;GBX171027;GBY171027
;GBZ171027;GCA171027;GCB171027;GCC171027;GCD171027;GCE171027;
GCF171027;GCG171027;GCH171027;GCI171027;GCJ171027;GCK171027;G
CL171027;GCM171027;GCN171027;GCO171027;GCP171027;GCQ171027;G
CR171027;GCS171027;GCT171027;GCU171027;GCV171027;GCW171027;G
CX171027;GCY171027;GCZ171027;GDA171027;GDB171027;GDC171027;G
DD171027;GDE171027;GDF171027;GDG171027;GDH171027;GDI171027;G
DJ171027;GDK171027;GDL171027;GDM171027;GDN171027;GDO171027;
GDP171027;GDQ171027;GDR171027;GDS171027;GDT171027;GDU171027;
GDV171027;GDW171027;GDX171027;GDY171027;GDZ171027;GEA17102
7;GEB171027;GEC171027;GED171027;GEE171027;GEF171027;GEG171027
;GEH171027;GEI171027;GEJ171027;GEK171027;GEL171027;GEM171027;
GEN171027;GEO171027;GEP171027;GEQ171027;GER171027;GES171027;
GET171027;GEU171027;GEV171027;GEW171027;GEX171027;GEY171027;
GEZ171027;GFA171027;GFB171027;GFC171027;GFD171027;GFE171027;G
FF171027;GFG171027;GFH171027;GFI171027;GFJ171027;GFK171027;GFL
171027;GFM171027;GFN171027;GFO171027;GFP171027;GFQ171027;GFR1
71027;GFS171027;GFT171027;GFU171027;GFV171027;GFW171027;GFX17
1027;GFY171027;GFZ171027;GGA171027;GGB171027;GGC171027;GGD17
1027;GGE171027;GGF171027;GGG171027;GGH171027;GGI171027;GGJ171
027;GGK171027;GGL171027;GGM171027;GGN171027;GGO171027;GGP17
1027;GGQ171027;GGR171027;GGS171027;GGT171027;GGU171027;GGV1
71027;GGW171027;GGX171027;GGY171027;GGZ171027;GHA171027;GHB

171027;GHC171027;GHD171027;GHE171027;GHF171027;GHG171027;GH
H171027;GHI171027;GHJ171027;GHK171027;GHL171027;GHM171027;GH
N171027;GHO171027;GHP171027;GHQ171027;GHR171027;GHS171027;GH
T171027;GHU171027;GHV171027;GHW171027;GHX171027;GHY171027;G
HZ171027;GIA171027;GIB171027;GIC171027;GID171027;GIE171027;GIF17
1027;GIG171027;GIH171027;GII171027;GIJ171027;GIK171027;GIL171027;
GIM171027;GIN171027;GIO171027;GIP171027;GIQ171027;GIR171027;GIS
171027;GIT171027;GIU171027;GIV171027;GIW171027;GIX171027;GIY171
027;GIZ171027

GJA171027;GJB171027;GJC171027;GJD171027;GJE171027;GJF171027;GJG
171027;GJH171027;GJI171027;GJJ171027;GJK171027;GJL171027;GJM1710
27;GJN171027;GJO171027;GJP171027;GJQ171027;GJR171027;GJS171027;G
JT171027;GJU171027;GJV171027;GJW171027;GJX171027;GJY171027;GJZ1
71027;GKA171027;GKB171027;GKC171027;GKD171027;GKE171027;GKF1
71027;GKG171027;GKH171027;GKI171027;GKJ171027;GKK171027;GKL1
71027;GKM171027;GKN171027;GKO171027;GKP171027;GKQ171027;GKR
171027;GKS171027;GKT171027;GKU171027;GKV171027;GKW171027;GK
X171027;GKY171027;GKZ171027;GLA171027;GLB171027;GLC171027;GL
D171027;GLE171027;GLF171027;GLG171027;GLH171027;GLI171027;GLJ1
71027;GLK171027;GLL171027;GLM171027;GLN171027;GLO171027;GLP1
71027;GLQ171027;GLR171027;GLS171027;GLT171027;GLU171027;GLV17
1027;GLW171027;GLX171027;GLY171027;GLZ171027;GMA171027;GMB1
71027;GMC171027;GMD171027;GME171027;GMF171027;GMG171027;GM
H171027;GMI171028;GMJ171028;GMK171028;GML171028;GMM171028;G
MN171028;GMO171028;GMP171028;GMQ171028;GMR171028;GMS171028
;GMT171028;GMU171028;GMV171028;GMW171028;GMX171028;GMY171
028;GMZ171028;GNA171028;GNB171028;GNC171028;GND171028;GNE17
1028;GNF171028;GNG171028;GNH171028;GNI171028;GNJ171028;GNK171
028;GNL171028;GNM171028;GNN171028;GNO171028;GNP171028;GNQ17
1028;GNR171028;GNS171028;GNT171028;GNU171028;GNV171028;GNW1
71028;GNX171028;GNY171028;GNZ171028;GOA171028;GOB171028;GOC
171028;GOD171028;GOE171028;GOF171028;GOG171028;GOH171028;GOI
171028;GOJ171028;GOK171028;GOL171028;GOM171028;GON171028;GO
O171028;GOP171028;GOQ171028;GOR171028;GOS171028;GOT171028;GO
U171028;GOV171028;GOW171028;GOX171028;GOY171028;GOZ171028;G
PA171028;GPB171028;GPC171028;GPD171028;GPE171028;GPF171028;GP
G171028;GPH171028;GPI171028;GPJ171028;GPK171028;GPL171028;GPM1
71028;GPN171028;GPO171028;GPP171028;GPQ171028;GPR171028;GPS171
028;GPT171028;GPU171028;GPV171028;GPW171028;GPX171028;GPY1710
28;GPZ171028;GQA171028;GQB171028;GQC171028;GQD171028;GQE1710
28;GQF171028;GQG171028;GQH171028;GQI171028;GQJ171028;GQK17102
8;GQL171028;GQM171028

GQN171028;GQO171028;GQP171028;GQQ171028;GQR171028;GQS171028;
GQT171028;GQU171028;GQV171030;GQW171030;GQX171030;GQY17103
0;GQZ171030;GRA171030;GRB171030;GRC171030;GRD171030;GRE17103
0;GRF171030;GRG171030;GRH171030;GRI171030;GRJ171030;GRK171030;
GRL171030;GRM171030;GRN171030;GRO171030;GRP171030;GRQ171030;
GRR171030;GRS171030;GRT171030;GRU171030;GRV171030;GRW171030;
GRX171030;GRY171030;GRZ171030;GSA171030;GSB171030;GSC171030;
GSD171030;GSE171030;GSF171030;GSG171030;GSH171030;GSI171030;GS
J171030;GSK171030;GSL171030;GSM171030;GSN171030;GSO171030;GSP
171030;GSQ171030;GSR171030;GSS171030;GST171030;GSU171030;GSV1
71030;GSW171030;GSX171030;GSY171030;GSZ171030;GTA171030;GTB1
71030;GTC171030;GTD171030;GTE171030;GTF171030;GTG171030;GTH17
1030;GTI171030;GTJ171030;GTK171030;GTL171030;GTM171030;GTN171
030;GTO171030;GTP171030;GTQ171030;GTR171030;GTS171030;GTT1710

30;GTU171030;GTV171030;GTW171030;GTX171030;GTY171030;GTZ1710
30;GUA171030;GUB171030;GUC171030;GUD171030;GUE171030;GUF1710
30;GUG171030;GUH171030;GUI171030;GUJ171030;GUK171030;GUL1710
30;GUM171030;GUN171030;GUO171030;GUP171030;GUQ171030;GUR171
030;GUS171030;GUT171030;GUU171030;GUV171030;GUW171030;GUX17
1030;GUY171030;GUZ171030;GVA171030;GVB171030;GVC171030;GVD1
71030;GVE171030;GVF171030;GVG171030;GVH171030;GVI171030;GVJ17
1030;GVK171030;GVL171030;GVM171030;GVN171030;GVO171030;GVP1
71030;GVQ171030;GVR171030;GVS171030;GVT171030;GVU171030;GVV
171030;GVW171030;GVX171030;GVY171030;GVZ171030;GWA171030;G
WB171030;GWC171030;GWD171030;GWE171030;GWF171030;GWG17103
0;GWH171030;GWI171030;GWJ171030;GWK171030;GWL171030;GWM17
1030;GWN171030;GWO171030;GWP171030;GWQ171030;GWR171030;GW
S171030;GWT171030;GWU171030;GWV171030;GWW171030;GWX171030;
GWY171030;GWZ171030;GXA171030;GXB171030;GXC171030;GXD17103
0;GXE171030;GXF171030;GXG171030;GXH171030;GXI171030;GXJ171030
;GXK171030;GXL171030;GXM171030;GXN171030;GXO171030;GXP17103
0;GXQ171030;GXR171030;GXS171103;GXT171103;GXU171103;GXV1711
03;GXW171103;GXX171103;GXY171103;GXZ171103

GYA171103;GYB171103;GYC171103;GYD171103;GYE171103;GYF171103;
GYG171103;GYH171103;GYI171103;GYJ171103;GYK171103;GYL171103;
GYM171103;GYN171103;GYO171103;GYP171103;GYQ171103;GYR17110
3;GYS171103;GYT171103;GYU171103;GYV171103;GYW171103;GYX1711
03;GYY171103;GYZ171103;GZA171103;GZB171103;GZC171103;GZD1711
03;GZE171103;GZF171103;GZG171103;GZH171103;GZI171103;GZJ171103;
GZK171103;GZL171103;GZM171103;GZN171103;GZO171103;GZP171103;
GZQ171103;GZR171103;GZS171103;GZT171103;GZU171103;GZV171103;
GZW171103;GZX171103;GZY171103;GZZ171103;HAA171103;HAB171103;
HAC171103;HAD171103;HAE171103;HAF171103;HAG171103;HAH171103
;HAI171103;HAJ171103;HAK171103;HAL171103;HAM171103;HAN171103;
HAO171103;HAP171103;HAQ171103;HAR171103;HAS171103;HAT171103;
HAU171103;HAV171103;HAW171103;HAX171103;HAY171103;HAZ17110
3;HBA171103;HBB171103;HBC171103;HBD171103;HBE171103;HBF17110
3;HBG171103;HBH171103;HBI171103;HBJ171103;HBK171103;HBL171103;
HBM171103;HBN171103;HBO171103;HBP171103;HBQ171103;HBR171103;
HBS171103;HBT171103;HBU171103;HBV171103;HBW171103;HBX171103;
HBY171103;HBZ171103;HCA171103;HCB171103;HCC171103;HCD171103;
HCE171103;HCF171103;HCG171103;HCH171103;HCI171103;HCJ171103;H
CK171103;HCL171103;HCM171103;HCN171103;HCO171103;HCP171103;H
CQ171103;HCR171103;HCS171103;HCT171103;HCU171103;HCV171103;H
CW171103;HCX171103;HCY171103;HCZ171103;HDA171103;HDB171103;
HDC171103;HDD171103;HDE171103;HDF171103;HDG171103;HDH171103
;HDI171103;HDJ171103;HDK171103;HDL171103;HDM171103;HDN171103;
HDO171103;HDP171103;HDQ171103;HDR171103;HDS171103;HDT171103;
HDU171103;HDV171103;HDW171103;HDX171103;HDY171103;HDZ17110
3;HEA171103;HEB171103;HEC171103;HED171103;HEE171103;HEF171103
;HEG171103;HEH171103;HEI171103;HEJ171103;HEK171103;HEL171103;H
EM171103;HEN171103;HEO171103;HEP171103;HEQ171103;HER171103;H
ES171103;HET171103;HEU171103;HEV171103;HEW171103;HEX171103;H
EY171103;HEZ171103;HFA171103;HFB171103;HFC171103;HFD171103;HF
E171103;HFF171103;HFG171103;HFH171103;HFI171103;HFJ171103;HFK1
71103;HFL171103;HFM171103

HFN171103;HFO171103;HFP171103;HFQ171103;HFR171103;HFS171103;H
FT171103;HFU171103;HFV171103;HFW171103;HFX171103;HFY171103;H
FZ171103;HGA171103;HGB171103;HGC171103;HGD171103;HGE171103;H
GF171103;HGG171103;HGH171103;HGI171103;HGJ171103;HGK171103;H

GL171103;HGM171103;HGN171103;HGO171103;HGP171103;HGQ171103;
HGR171103;HGS171103;HGT171103;HGU171103;HGV171103;HGW171103
;HGX171103;HGY171103;HGZ171103;HHA171103;HHB171103;HHC17110
3;HHD171103;HHE171103;HHF171106;HHG171106;HHH171106;HHI17110
6;HHJ171106;HHK171106;HHL171106;HHM171106;HHN171106;HHO1711
06;HHP171106;HHQ171106;HHR171106;HHS171106;HHT171106;HHU1711
06;HHV171106;HHW171106;HHX171106;HHY171106;HHZ171106;HIA171
106;HIB171106;HIC171106;HID171106;HIE171106;HIF171106;HIG171106;
HIH171106;HII171106;HIJ171106;HIK171106;HIL171106;HIM171106;HIN1
71106;HIO171106;HIP171106;HIQ171106;HIR171106;HIS171106;HIT17110
6;HIU171106;HIV171106;HIW171106;HIX171106;HIY171106;HIZ171106;H
JA171106;HJB171106;HJC171106;HJD171106;HJE171106;HJF171106;HJG1
71106;HJH171106;HJI171106;HJJ171106;HJK171106;HJL171106;HJM17110
6;HJN171106;HJO171106;HJP171106;HJQ171106;HJR171106;HJS171106;HJ
T171106;HJU171106;HJV171106;HJW171106;HJX171106;HJY171106;HJZ1
71106;HKA171106;HKB171106;HKC171106;HKD171106;HKE171106;HKF1
71106;HKG171106;HKH171106;HKI171106;HKJ171106;HKK171106;HKL1
71106;HKM171106;HKN171106;HKO171106;HKP171106;HKQ171106;HKR
171106;HKS171106;HKT171106;HKU171106;HKV171106;HKW171106;HK
X171106;HKY171106;HKZ171106;HLA171106;HLB171106;HLC171106;HL
D171106;HLE171106;HLF171106;HLG171106;HLH171106;HLI171106;HLJ1
71106;HLK171106;HLL171106;HLM171106;HLN171106;HLO171106;HLP1
71106;HLQ171106;HLR171106;HLS171106;HLT171106;HLU171106;HLV17
1106;HLW171106;HLX171106;HLY171106;HLZ171106;HMA171106;HMB1
71106;HMC171106;HMD171106;HME171106;HMF171106;HMG171106;HM
H171106;HMI171106;HMJ171106;HMK171106;HML171106;HMM171106;H
MN171106;HMO171106;HMP171106;HMQ171106;HMR171106;HMS171106
;HMT171106;HMU171106;HMV171106;HMW171106;HMX171106;HMY171
106;HMZ171106

HNA171106;HNB171106;HNC171106;HND171106;HNE171106;HNF171106;
HNG171106;HNH171106;HNI171106;HNJ171106;HNK171106;HNL171106;
HNM171106;HNN171106;HNO171106;HNP171106;HNQ171106;HNR17110
6;HNS171106;HNT171106;HNU171106;HNV171106;HNW171106;HNX1711
06;HNY171106;HNZ171106;HOA171106;HOB171106;HOC171106;HOD171
106;HOE171106;HOF171106;HOG171106;HOH171106;HOI171106;HOJ1711
06;HOK171106;HOL171106;HOM171106;HON171106;HOO171106;HOP171
106;HOQ171106;HOR171106;HOS171106;HOT171106;HOU171106;HOV17
1106;HOW171106;HOX171106;HOY171106;HOZ171106;HPA171106;HPB1
71106;HPC171106;HPD171106;HPE171106;HPF171106;HPG171106;HPH17
1106;HPI171106;HPJ171106;HPK171106;HPL171106;HPM171106;HPN1711
06;HPO171106;HPP171106;HPQ171106;HPR171106;HPS171106;HPT171106
;HPU171106;HPV171106;HPW171106;HPX171106;HPY171106;HPZ171106;
HQA171106;HQB171106;HQC171106;HQD171106;HQE171106;HQF171106;
HQG171106;HQH171106;HQI171106;HQJ171106;HQK171106;HQL171106;
HQM171106;HQN171106;HQO171106;HQP171106;HQQ171106;HQR17110
6;HQS171106;HQT171106;HQU171106;HQV171106;HQW171106;HQX1711
06;HQY171106;HQZ171106;HRA171106;HRB171106;HRC171106;HRD1711
06;HRE171106;HRF171106;HRG171106;HRH171106;HRI171106;HRJ17110
6;HRK171106;HRL171106;HRM171106;HRN171106;HRO171106;HRP17110
6;HRQ171106;HRR171106;HRS171106;HRT171106;HRU171106;HRV17110
6;HRW171106;HRX171106;HRY171106;HRZ171106;HSA171106;HSB17110
6;HSC171106;HSD171106;HSE171106;HSF171106;HSG171106;HSH171106;
HSI171106;HSJ171106;HSK171106;HSL171106;HSM171106;HSN171106;HS
O171106;HSP171106;HSQ171106;HSR171106;HSS171106;HST171106;HSU
171106;HSV171106;HSW171106;HSX171106;HSY171106;HSZ171106;HTA
171106;HTB171106;HTC171106;HTD171106;HTE171106;HTF171106;HTG1
71106;HTH171106;HTI171106;HTJ171106;HTK171106;HTL171106;HTM17

*0000VA00020363389160 9*

1106;HTN171106;HTO171106;HTP171106;HTQ171106;HTR171106;HTS171
106;HTT171106;HTU171106;HTV171106;HTW171106;HTX171106;HTY171
106;HTZ171106;HUA171106;HUB171106;HUC171106;HUD171106;HUE171
106;HUF171106;HUG171106;HUH171106;HUI171106;HUJ171106;HUK1711
06;HUL171106;HUM171106

HUN171106;HUO171106;HUP171106;HUQ171106;HUR171106;HUS171106;
HUT171106;HUU171106;HUV171106;HUW171106;HUX171106;HUY17110
6;HUZ171106;HVA171106;HVB171106;HVC171106;HVD171106;HVE1711
06;HVF171106;HVG171106;HVH171106;HVI171106;HVJ171106;HVK17110
6;HVL171106;HVM171106;HVN171106;HVO171106;HVP171106;HVQ1711
06;HVR171106;HVS171106;HVT171106;HVU171106;HVV171106;HVW171
106;HVX171106;HVY171106;HVZ171106;HWA171106;HWB171106;HWC1
71106;HWD171106;HWE171106;HWF171106;HWG171106;HWH171106;H
WI171106;HWJ171106;HWK171106;HWL171106;HWM171106;HWN17110
6;HWO171106;HWP171106;HWQ171106;HWR171106;HWS171106;HWT17
1106;HWU171106;HWV171106;HWW171106;HWX171106;HWY171106;H
WZ171106;HXA171106;HXB171106;HXC171106;HXD171106;HXE171106;
HXF171106;HXG171106;HXH171106;HXI171106;HXJ171106;HXK171106;
HXL171106;HXM171106;HXN171106;HXO171106;HXP171106;HXQ171106
;HXR171106;HXS171106;HXT171106;HXU171106;HXV171106;HXW17110
6;HXX171106;HXY171106;HXZ171106;HYA171106;HYB171106;HYC1711
06;HYD171106;HYE171106;HYF171106;HYG171106;HYH171106;HYI1711
06;HYJ171106;HYK171106;HYL171106;HYM171106;HYN171106;HYO171
106;HYP171106;HYQ171106;HYR171106;HYS171106;HYT171106;HYU171
106;HYV171106;HYW171106;HYX171106;HYY171106;HYZ171106;HZA17
1106;HZB171106;HZC171106;HZD171106;HZE171106;HZF171106;HZG171
106;HZH171106;HZI171106;HZJ171106;HZK171106;HZL171106;HZM1711
06;HZN171106;HZO171106;HZP171106;HZQ171106;HZR171106;HZS17110
6;HZT171106;HZU171106;HZV171106;HZW171106;HZX171106;HZY17110
6;HZZ171106;IAA171106;IAB171106;IAC171106;IAD171106;IAE171106;IA
F171106;IAG171106;IAH171106;IAI171106;IAJ171106;IAK171106;IAL1711
06;IAM171106;IAN171106;IAO171106;IAP171106;IAQ171106;IAR171106;I
AS171106;IAT171106;IAU171106;IAV171106;IAW171106;IAX171106;IAY1
71106;IAZ171106;IBA171106;IBB171106;IBC171106;IBD171106;IBE171106
;IBF171106;IBG171106;IBH171106;IBI171106;IBJ171106;IBK171106;IBL17
1106;IBM171106;IBN171106;IBO171106;IBP171106;IBQ171106;IBR171106;
IBS171106;IBT171106;IBU171106;IBV171106;IBW171106;IBX171106;IBY1
71107;IBZ171107

ICA171107;ICB171107;ICC171107;ICD171107;ICE171107;ICF171107;ICG1
71107;ICH171107;ICI171108;ICJ171108;ICK171108;ICL171108;ICM171108;
ICN171108;ICO171109;ICP171109;ICQ171109;ICR171109;ICS171109;ICT17
1109;ICU171109;ICV171109;ICW171109;ICX171109;ICY171109;ICZ171109
;IDA171109;IDB171109;IDC171109;IDD171109;IDE171109;IDF171109;IDG
171109;IDH171109;IDI171109;IDJ171111;IDK171111;IDL171111;IDM17111
1;IDN171111;IDO171111;IDP171111;IDQ171111;IDR171111;IDS171111;ID
T171111;IDU171111;IDV171111;IDW171111;IDX171111;IDY171111;IDZ17
1111;IEA171111;IEB171111;IEC171111;IED171111;IEE171111;IEF171111;I
EG171111;IEH171111;IEI171111;IEJ171111;IEK171111;IEL171111;IEM171
111;IEN171111;IEO171111;IEP171111;IEQ171111;IER171111;IES171111;IE
T171111;IEU171111;IEV171111;IEW171111;IEX171111;IEY171111;IEZ171
111;IFA171111;IFB171111;IFC171111;IFD171111;IFE171111;IFF171111;IF
G171111;IFH171111;IFI171111;IFJ171111;IFK171111;IFL171111;IFM17111
1;IFN171111;IFO171111;IFP171111;IFQ171111;IFR171111;IFS171111;IFT17
1111;IFU171111;IFV171111;IFW171111;IFX171111;IFY171111;IFZ171111;I
GA171111;IGB171111;IGC171111;IGD171111;IGE171111;IGF171111;IGG1
71111;IGH171111;IGI171111;IGJ171111;IGK171111;IGL171111;IGM171111

;IGN171111;IGO171111;IGP171111;IGQ171111;IGR171111;IGS171111;IGT
171111;IGU171111;IGV171111;IGW171111;IGX171111;IGY171111;IGZ171
111;IHA171111;IHB171111;IHC171111;IHD171111;IHE171111;IHF171111;I
HG171111;IHH171111;IHI171112;IHJ171112;IHK171112;IHL171112;IHM17
1112;IHN171112;IHO171112;IHP171112;IHQ171112;IHR171112;IHS171112;
IHT171112;IHU171112;IHV171112;IHW171112;IHX171112;IHY171112;IHZ
171112;IIA171112;IIB171112;IIC171112;IID171112;IIE171112;IIF171112;IIG
171112;IIH171112;III171112;IIJ171112;IIK171112;IIL171112;IIM171112;IIN
171112;IIO171112;IIP171112;IIQ171112;IIR171112;IIS171112;IIT171112;IIU
171112;IIV171112;IIW171112;IIX171112;IIY171112;IIZ171112;IJA171112;IJ
B171112;IJC171112;IJD171112;IJE171112;IJF171112;IJG171112;IJH171112;I
JI171112;IJJ171112;IJK171112;IJL171112;IJM171112

IJN171112;IJO171112;IJP171112;IJQ171112;IJR171112;IJS171112;IJT171112
;IJU171112;IJV171112;IJW171112;IJX171112;IJY171112;IJZ171112;IKA171
112;IKB171112;IKC171112;IKD171112;IKE171112;IKF171112;IKG171112;I
KH171112;IKI171112;IKJ171112;IKK171112;IKL171112;IKM171112;IKN17
1112;IKO171112;IKP171112;IKQ171112;IKR171112;IKS171112;IKT171112;
IKU171112;IKV171112;IKW171112;IKX171112;IKY171112;IKZ171112;ILA
171112;ILB171112;ILC171112;ILD171112;ILE171112;ILF171112;ILG171112
;ILH171113;ILI171113;ILJ171113;ILK171113;ILL171113;ILM171113;ILN17
1113;ILO171113;ILP171113;ILQ171113;ILR171113;ILS171113;ILT171113;I
LU171113;ILV171113;ILW171113;ILX171113;ILY171113;ILZ171113;IMA1
71113;IMB171113;IMC171113;IMD171113;IME171113;IMF171113;IMG171
113;IMH171113;IMI171113;IMJ171113;IMK171113;IML171113;IMM171113
;IMN171113;IMO171113;IMP171113;IMQ171113;IMR171113;IMS171113;I
MT171113;IMU171113;IMV171113;IMW171113;IMX171113;IMY171113;I
MZ171113;INA171113;INB171113;INC171113;IND171113;INE171113;INF1
71113;ING171113;INH171113;INI171113;INJ171113;INK171113;INL171113;
INM171113;INN171113;INO171113;INP171113;INQ171113;INR171113;INS
171113;INT171113;INU171113;INV171113;INW171113;INX171113;INY171
113;INZ171113;IOA171113;IOB171113;IOC171113;IOD171113;IOE171113;I
OF171113;IOG171113;IOH171113;IOI171113;IOJ171113;IOK171113;IOL171
113;IOM171113;ION171113;IOO171113;IOP171113;IOQ171113;IOR171113;
IOS171113;IOT171113;IOU171113;IOV171113;IOW171113;IOX171113;IOY
171113;IOZ171113;IPA171113;IPB171113;IPC171113;IPD171113;IPE171113
;IPF171113;IPG171113;IPH171113;IPI171113;IPJ171113;IPK171113;IPL1711
13;IPM171113;IPN171113;IPO171113;IPP171113;IPQ171113;IPR171113;IPS
171113;IPT171113;IPU171113;IPV171113;IPW171113;IPX171113;IPY17111
3;IPZ171113;IQA171113;IQB171113;IQC171113;IQD171113;IQE171113;IQF
171113;IQG171113;IQH171113;IQI171113;IQJ171113;IQK171113;IQL17111
3;IQM171113;IQN171113;IQO171113;IQP171113;IQQ171113;IQR171113;IQ
S171113;IQT171113;IQU171113;IQV171113;IQW171113;IQX171113;IQY17
1113;IQZ171113

IRA171113;IRB171113;IRC171113;IRD171113;IRE171113;IRF171113;IRG1
71113;IRH171114;IRI171114;IRJ171114;IRK171114;IRL171114;IRM171114;
IRN171114;IRO171114;IRP171114;IRQ171114;IRR171114;IRS171114;IRT17
1114;IRU171114;IRV171114;IRW171114;IRX171114;IRY171114;IRZ171114
;ISA171114;ISB171114;ISC171114;ISD171114;ISE171114;ISF171114;ISG17
1114;ISH171114;ISI171114;ISJ171114;ISK171114;ISL171114;ISM171114;IS
N171114;ISO171114;ISP171114;ISQ171114;ISR171114;ISS171114;IST17111
4;ISU171114;ISV171114;ISW171114;ISX171114;ISY171114;ISZ171114;ITA
171114;ITB171114;ITC171114;ITD171114;ITE171114;ITF171114;ITG171114
;ITH171114;ITI171114;ITJ171114;ITK171114;ITL171114;ITM171114;ITN17
1114;ITO171114;ITP171114;ITQ171114;ITR171114;ITS171114;ITT171114;I
TU171114;ITV171114;ITW171114;ITX171114;ITY171114;ITZ171114;IUA17
1114;IUB171114;IUC171114;IUD171114;IUE171114;IUF171114;IUG171114;

*0000VA000208339891610*

IUH171114;IUI171114;IUJ171114;IUK171114;IUL171114;IUM171114;IUN1
71114;IUO171114;IUP171114;IUQ171114;IUR171114;IUS171114;IUT17111
4;IUU171114;IUV171114;IUW171114;IUX171114;IUY171114;IUZ171114;IV
A171114;IVB171114;IVC171114;IVD171114;IVE171114;IVF171114;IVG171
114;IVH171114;IVI171114;IVJ171114;IVK171114;IVL171114;IVM171114;I
VN171114;IVO171114;IVP171114;IVQ171114;IVR171114;IVS171114;IVT17
1114;IVU171114;IVV171114;IVW171114;IVX171114;IVY171114;IVZ17111
4;IWA171114;IWB171114;IWC171114;IWD171114;IWE171114;IWF171114;
IWG171114;IWH171114;IWI171114;IWJ171114;IWK171114;IWL171114;IW
M171114;IWN171114;IWO171114;IWP171114;IWQ171115;IWR171115;IWS
171115;IWT171115;IWU171115;IWV171115;IWW171115;IWX171115;IWY1
71115;IWZ171115;IXA171115;IXB171115;IXC171115;IXD171115;IXE17111
5;IXF171115;IXG171115;IXH171115;IXI171115;IXJ171115;IXK171115;IXL
171115;IXM171115;IXN171115;IXO171115;IXP171115;IXQ171115;IXR1711
15;IXS171115;IXT171115;IXU171115;IXV171115;IXW171115;IXX171115;I
XY171115;IXZ171115;IYA171115;IYB171115;IYC171115;IYD171115;IYE1
71115;IYF171115;IYG171115;IYH171115;IYI171115;IYJ171115;IYK171115;
IYL171115;IYM171115

IYN171115;IYO171115;IYP171115;IYQ171115;IYR171115;IYS171115;IYT1
71115;IYU171115;IYV171115;IYW171115;IYX171115;IYY171115;IYZ1711
15;IZA171115;IZB171115;IZC171115;IZD171115;IZE171115;IZF171115;IZG
171115;IZH171115;IZI171115;IZJ171115;IZK171115;IZL171115;IZM171115;
IZN171115;IZO171115;IZP171115;IZQ171115;IZR171115;IZS171115;IZT17
1115;IZU171115;IZV171115;IZW171115;IZX171115;IZY171115;IZZ171115;
JAA171115;JAB171115;JAC171115;JAD171115;JAE171115;JAF171115;JAG
171115;JAH171115;JAI171115;JAJ171115;JAK171115;JAL171115;JAM1711
15;JAN171115;JAO171115;JAP171115;JAQ171115;JAR171115;JAS171115;J
AT171115;JAU171115;JAV171115;JAW171115;JAX171115;JAY171115;JAZ
171115;JBA171115;JBB171115;JBC171115;JBD171115;JBE171115;JBF1711
15;JBG171115;JBH171115;JBI171115;JBJ171115;JBK171115;JBL171115;JB
M171115;JBN171115;JBO171115;JBP171115;JBQ171115;JBR171115;JBS17
1115;JBT171115;JBU171115;JBV171115;JBW171115;JBX171115;JBY17111
5;JBZ171115;JCA171115;JCB171115;JCC171115;JCD171115;JCE171115;JC
F171115;JCG171115;JCH171115;JCI171115;JCJ171115;JCK171115;JCL1711
15;JCM171115;JCN171115;JCO171115;JCP171115;JCQ171115;JCR171115;J
CS171115;JCT171115;JCU171115;JCV171115;JCW171115;JCX171115;JCY1
71115;JCZ171115;JDA171115;JDB171115;JDC171115;JDD171115;JDE17111
5;JDF171115;JDG171115;JDH171115;JDI171115;JDJ171115;JDK171115;JDL
171115;JDM171115;JDN171115;JDO171115;JDP171115;JDQ171115;JDR171
115;JDS171115;JDT171115;JDU171115;JDV171115;JDW171115;JDX171115
;JDY171115;JDZ171115;JEA171115;JEB171115;JEC171115;JED171115;JEE
171115;JEF171115;JEG171115;JEH171115;JEI171115;JEJ171115;JEK171115
;JEL171115;JEM171115;JEN171115;JEO171115;JEP171115;JEQ171115;JER
171115;JES171115;JET171115;JEU171115;JEV171115;JEW171115;JEX1711
15;JEY171116;JEZ171116;JFA171116;JFB171116;JFC171116;JFD171116;JF
E171116;JFF171116;JFG171116;JFH171116;JFI171116;JFJ171116;JFK17111
6;JFL171116;JFM171116;JFN171116;JFO171116;JFP171116;JFQ171116;JFR
171116;JFS171116;JFT171116;JFU171116;JFV171116;JFW171116;JFX1711
6;JFY171116;JFZ171116

JGA171116;JGB171116;JGC171116;JGD171116;JGE171116;JGF171116;JGG
171116;JGH171116;JGI171116;JGJ171116;JGK171116;JGL171116;JGM1711
16;JGN171116;JGO171116;JGP171116;JGQ171116;JGR171116;JGS171116;J
GT171116;JGU171116;JGV171116;JGW171116;JGX171116;JGY171116;JGZ
171116;JHA171116;JHB171116;JHC171116;JHD171116;JHE171116;JHF1711
16;JHG171116;JHH171116;JHI171116;JHJ171116;JHK171116;JHL171116;JH
M171116;JHN171116;JHO171116;JHP171116;JHQ171116;JHR171116;JHS17

1116;JHT171118;JHU171118;JHV171118;JHW171118;JHX171118;JHY17111
8;JHZ171118;JIA171118;JIB171118;JIC171118;JID171118;JIE171118;JIF171
118;JIG171118;JIH171118;JII171118;JIJ171118;JIK171118;JIL171118;JIM17
1118;JIN171118;JIO171118;JIP171118;JIQ171118;JIR171118;JIS171118;JIT1
71118;JIU171118;JIV171118;JIW171118;JIX171118;JIY171118;JIZ171118;JJ
A171118;JJB171118;JJC171118;JJD171118;JJE171118;JJF171118;JJG171118;
JJH171118;JJI171118;JJJ171118;JJK171118;JJL171118;JJM171118;JJN17111
8;JJO171118;JJP171118;JJQ171118;JJR171118;JJS171118;JJT171118;JJU171
118;JJV171118;JJW171118;JJX171118;JJY171118;JJZ171118;JKA171118;JK
B171118;JKC171118;JKD171118;JKE171118;JKF171118;JKG171118;JKH17
1118;JKI171118;JKJ171118;JKK171118;JKL171118;JKM171118;JKN171118;
JKO171118;JKP171118;JKQ171118;JKR171119;JKS171119;JKT171122;JKU
171122;JKV171122;JKW171122;JKX171122;JKY171122;JKZ171122;JLA171
122;JLB171122;JLC171122;JLD171122;JLE171122;JLF171122;JLG171122;J
LH171122;JLI171122;JLJ171122;JLK171122;JLL171122;JLM171122;JLN171
122;JLO171122;JLP171122;JLQ171122;JLR171122;JLS171122;JLT171122;JL
U171122;JLV171122;JLW171122;JLX171122;JLY171122;JLZ171122;JMA17
1122;JMB171122;JMC171122;JMD171122;JME171122;JMF171122;JMG1711
22;JMH171122;JMI171122;JMJ171122;JMK171122;JML171122;JMM171122;
JMN171122;JMO171122;JMP171122;JMQ171122;JMR171122;JMS171122;J
MT171122;JMU171122;JMV171123;JMW171123;JMX171123;JMY171123;J
MZ171123;JNA171123;JNB171123;JNC171123;JND171124;JNE171124;JNF1
71124;JNG171124;JNH171124;JNI171124;JNJ171124;JNK171124;JNL17112
4;JNM171124

JNN171124;JNO171124;JNP171124;JNQ171124;JNR171124;JNS171124;JNT
171124;JNU171124;JNV171124;JNW171124;JNX171124;JNY171124;JNZ171
124;JOA171124;JOB171124;JOC171124;JOD171124;JOE171124;JOF171124;
JOG171124;JOH171124;JOI171124;JOJ171124;JOK171124;JOL171124;JOM
171124;JON171124;JOO171124;JOP171124;JOQ171124;JOR171124;JOS1711
24;JOT171124;JOU171124;JOV171124;JOW171124;JOX171124;JOY171124;
JOZ171124;JPA171124;JPB171124;JPC171124;JPD171124;JPE171124;JPF17
1124;JPG171124;JPH171124;JPI171124;JPJ171124;JPK171124;JPL171124;JP
M171124;JPN171124;JPO171124;JPP171124;JPQ171124;JPR171124;JPS1711
24;JPT171129;JPU171129;JPV171129;JPW171129;JPX171129;JPY171129;JP
Z171129;JQA171129;JQB171129;JQC171129;JQD171129;JQE171129;JQF17
1129;JQG171129;JQH171129;JQI171129;JQJ171129;JQK171129;JQL171129;
JQM171129;JQN171129;JQO171129;JQP171129;JQQ171129;JQR171129;JQS
171129;JQT171129;JQU171129;JQV171129;JQW171129;JQX171129;JQY171
129;JQZ171129;JRA171129;JRB171129;JRC171129;JRD171129;JRE171129;J
RF171129;JRG171129;JRH171129;JRI171129;JRJ171129;JRK171129;JRL171
129;JRM171129;JRN171129;JRO171129;JRP171129;JRQ171129;JRR171129;
JRS171129;JRT171129;JRU171129;JRV171129;JRW171129;JRX171129;JRY
171129;JRZ171129;JSA171129;JSB171129;JSC171129;JSD171129;JSE17112
9;JSF171129;JSG171129;JSH171129;JSI171129;JSJ171129;JSK171129;JSL17
1129;JSM171129;JSN171129;JSO171129;JSP171129;JSQ171129;JSR171129;J
SS171129;JST171129;JSU171129;JSV171129;JSW171129;JSX171129;JSY17
1129;JSZ171129;JTA171129;JTB171129;JTC171129;JTD171129;JTE171129;J
TF171129;JTG171129;JTH171129;JTI171129;JTJ171129;JTK171129;JTL171
129;JTM171129;JTN171129;JTO171129;JTP171129;JTQ171129;JTR171129;J
TS171129;JTT171129;JTU171129;JTV171129;JTW171129;JTX171129;JTY17
1129;JTZ171129;JUA171129;JUB171129;JUC171129;JUD171129;JUE171129
;JUF171129;JUG171129;JUH171129;JUI171129;JUJ171129;JUK171129;JUL1
71129;JUM171129;JUN171129;JUO171129;JUP171129;JUQ171129;JUR1711
29;JUS171129;JUT171129;JUU171129;JUV171129;JUW171129;JUX171129;J
UY171129;JUZ171129

JVA171129;JVB171129;JVC171129;JVD171129;JVE171129;JVF171129;JVG

"00000VA00020832389161I*"

171129;JVH171129;JVI171129;JVJ171129;JVK171129;JVL171129;JVM1711
29;JVN171129;JVO171129;JVP171129;JVQ171129;JVR171129;JVS171129;J
VT171129;JVU171129;JVV171129;JVW171129;JVX171129;JVY171129;JVZ
171129;JWA171129;JWB171129;JWC171129;JWD171129;JWE171129;JWF1
71129;JWG171129;JWH171129;JWI171129;JWJ171129;JWK171129;JWL171
129;JWM171129;JWN171129;JWO171129;JWP171129;JWQ171129;JWR171
129;JWS171129;JWT171129;JWU171129;JWV171129;JWW171129;JWX171
129;JWY171129;JWZ171129;JXA171129;JXB171129;JXC171129;JXD17112
9;JXE171129;JXF171129;JXG171129;JXH171129;JXI171129;JXJ171129;JXK
171129;JXL171129;JXM171129;JXN171129;JXO171129;JXP171129;JXQ171
129;JXR171129;JXS171129;JXT171129;JXU171129;JXV171129;JXW171129
;JXX171129;JXY171129;JXZ171129;JYA171129;JYB171129;JYC171129;JY
D171129;JYE171129;JYF171129;JYG171129;JYH171129;JYI171129;JYJ171
129;JYK171129;JYL171129;JYM171129;JYN171129;JYO171129;JYP171129
;JYQ171129;JYR171129;JYS171129;JYT171129;JYU171129;JYV171129;JY
W171129;JYX171129;JYY171129;JYZ171129;JZA171129;JZB171129;JZC17
1129;JZD171129;JZE171129;JZF171129;JZG171129;JZH171129;JZI171129;J
ZJ171129;JZK171129;JZL171129;JZM171129;JZN171129;JZO171129;JZP17
1129;JZQ171129;JZR171129;JZS171129;JZT171129;JZU171129;JZV171129;
JZW171129;JZX171129;JZY171129;JZZ171129;KAA171129;KAB171129;K
AC171129;KAD171129;KAE171129;KAF171129;KAG171129;KAH171129;
KAI171129;KAJ171129;KAK171129;KAL171129;KAM171129;KAN171129;
KAO171129;KAP171129;KAQ171129;KAR171129;KAS171129;KAT171129;
KAU171129;KAV171129;KAW171129;KAX171129;KAY171129;KAZ17112
9;KBA171129;KBB171129;KBC171129;KBD171129;KBE171129;KBF17112
9;KBG171129;KBH171129;KBI171129;KBJ171129;KBK171129;KBL171129;
KBM171129;KBN171129;KBO171129;KBP171129;KBQ171129;KBR171129;
KBS171129;KBT171129;KBU171129;KBV171129;KBW171129;KBX171129;
KBY171129;KBZ171129;KCA171129;KCB171129;KCC171129;KCD171129;
KCE171129;KCF171129;KCG171129;KCH171129;KCI171129;KCJ171129;K
CK171129;KCL171129;KCM171129

KCN171129;KCO171129;KCP171129;KCQ171129;KCR171129;KCS171129;
KCT171129;KCU171129;KCV171129;KCW171129;KCX171129;KCY171129
;KCZ171129;KDA171129;KDB171129;KDC171129;KDD171129;KDE171129
;KDF171129;KDG171129;KDH171129;KDI171129;KDJ171129;KDK171129;
KDL171129;KDM171129;KDN171129;KDO171129;KDP171129;KDQ171129
;KDR171129;KDS171129;KDT171129;KDU171129;KDV171129;KDW17112
9;KDX171129;KDY171129;KDZ171129;KEA171129;KEB171129;KEC17112
9;KED171129;KEE171129;KEF171129;KEG171129;KEH171129;KEI171129;
KEJ171129;KEK171129;KEL171129;KEM171129;KEN171129;KEO171129;
KEP171129;KEQ171129;KER171129;KES171129;KET171129;KEU171129;K
EV171129;KEW171129;KEX171129;KEY171129;KEZ171129;KFA171129;K
FB171129;KFC171129;KFD171129;KFE171129;KFF171129;KFG171129;KF
H171129;KFI171129;KFJ171129;KFK171129;KFL171129;KFM171129;KFN1
71129;KFO171129;KFP171129;KFQ171129;KFR171129;KFS171129;KFT171
129;KFU171129;KFV171129;KFW171129;KFX171129;KFY171129;KFZ1711
29;KGA171129;KGB171129;KGC171129;KGD171129;KGE171129;KGF1711
29;KGG171129;KGH171129;KGI171129;KGJ171129;KGK171129;KGL1711
29;KGM171129;KGN171129;KGO171129;KGP171129;KGQ171129;KGR171
129;KGS171129;KGT171129;KGU171129;KGV171129;KGW171129;KGX17
1129;KGY171129;KGZ171129;KHA171129;KHB171129;KHC171129;KHD1
71129;KHE171129;KHF171129;KHG171129;KHH171129;KHI171129;KHJ17
1129;KHK171129;KHL171129;KHM171129;KHN171129;KHO171129;KHP1
71129;KHQ171129;KHR171129;KHS171129;KHT171129;KHU171129;KHV
171129;KHW171129;KHX171129;KHY171129;KHZ171129;KIA171129;KIB
171129;KIC171129;KID171129;KIE171129;KIF171129;KIG171129;KIH1711
29;KII171129;KIJ171129;KIK171129;KIL171129;KIM171129;KIN171129;KI

O171129;KIP171129;KIQ171129;KIR171129;KIS171129;KIT171129;KIU171
129;KIV171129;KIW171129;KIX171129;KIY171129;KIZ171129;KJA171129;
KJB171129;KJC171129;KJD171129;KJE171129;KJF171129;KJG171129;KJH
171129;KJI171129;KJJ171129;KJK171129;KJL171129;KJM171129;KJN1711
29;KJO171129;KJP171129;KJQ171129;KJR171129;KJS171129;KJT171129;K
JU171129;KJV171129;KJW171129;KJX171129;KJY171129;KJZ171129

KKA171129;KKB171129;KKC171129;KKD171129;KKE171129;KKF171129;
KKG171129;KKH171129;KKI171129;KKJ171129;KKK171129;KKL171129;
KKM171129;KKN171129;KKO171129;KKP171129;KKQ171129;KKR17112
9;KKS171129;KKT171129;KKU171129;KKV171129;KKW171129;KKX1711
29;KKY171129;KKZ171129;KLA171129;KLB171129;KLC171129;KLD1711
29;KLE171129;KLF171202;KLG171202;KLH171202;KLI171202;KLJ171202;
KLK171202;KLL171202;KLM171202;KLN171202;KLO171202;KLP171202;
KLQ171202;KLR171202;KLS171202;KLT171202;KLU171202;KLV171202;
KLW171202;KLX171202;KLY171202;KLZ171202;KMA171202;KMB17120
2;KMC171202;KMD171202;KME171202;KMF171202;KMG171202;KMH17
1202;KMI171202;KMJ171202;KMK171202;KML171202;KMM171202;KMN
171202;KMO171202;KMP171202;KMQ171202;KMR171202;KMS171202;K
MT171202;KMU171202;KMV171202;KMW171202;KMX171202;KMY17120
2;KMZ171202;KNA171202;KNB171202;KNC171202;KND171202;KNE1712
02;KNF171202;KNG171202;KNH171202;KNI171202;KNJ171202;KNK17120
2;KNL171202;KNM171202;KNN171202;KNO171202;KNP171202;KNQ1712
02;KNR171202;KNS171202;KNT171202;KNU171202;KNV171202;KNW171
202;KNX171202;KNY171202;KNZ171202;KOA171202;KOB171202;KOC17
1202;KOD171202;KOE171202;KOF171202;KOG171202;KOH171202;KOI17
1202;KOJ171202;KOK171202;KOL171202;KOM171202;KON171202;KOO1
71202;KOP171202;KOQ171202;KOR171202;KOS171202;KOT171202;KOU1
71202;KOV171202;KOW171202;KOX171202;KOY171202;KOZ171202;KPA
171202;KPB171202;KPC171202;KPD171202;KPE171202;KPF171202;KPG17
1202;KPH171202;KPI171202;KPJ171202;KPK171202;KPL171202;KPM1712
02;KPN171202;KPO171202;KPP171202;KPQ171202;KPR171202;KPS171202
;KPT171202;KPU171202;KPV171202;KPW171202;KPX171202;KPY171202;
KPZ171202;KQA171202;KQB171202;KQC171202;KQD171202;KQE171205;
KQF171205;KQG171205;KQH171205;KQI171205;KQJ171205;KQK171205;
KQL171205;KQM171205;KQN171205;KQO171205;KQP171205;KQQ171205
;KQR171205;KQS171205;KQT171205;KQU171205;KQV171205;KQW17120
5;KQX171205;KQY171205;KQZ171205;KRA171205;KRB171205;KRC17120
5;KRD171205;KRE171205;KRF171205;KRG171205;KRH171205;KRI171205
;KRJ171205;KRK171205;KRL171205;KRM171205

KRN171205;KRO171205;KRP171205;KRQ171205;KRR171205;KRS171205;
KRT171205;KRU171205;KRV171205;KRW171205;KRX171205;KRY171205
;KRZ171205;KSA171205;KSB171205;KSC171205;KSD171205;KSE171205;
KSF171205;KSG171205;KSH171205;KSI171205;KSJ171205;KSK171205;KS
L171205;KSM171205;KSN171205;KSO171205;KSP171205;KSQ171205;KSR
171205;KSS171205;KST171205;KSU171205;KSV171205;KSW171205;KSX1
71205;KSY171205;KSZ171205;KTA171205;KTB171205;KTC171205;KTD17
1205;KTE171205;KTF171205;KTG171205;KTH171205;KTI171205;KTJ1712
05;KTK171205;KTL171205;KTM171205;KTN171205;KTO171205;KTP1712
05;KTQ171205;KTR171205;KTS171205;KTT171205;KTU171205;KTV17120
5;KTW171205;KTX171205;KTY171205;KTZ171205;KUA171205;KUB17120
5;KUC171205;KUD171205;KUE171205;KUF171205;KUG171205;KUH1712
05;KUI171205;KUJ171205;KUK171205;KUL171205;KUM171205;KUN1712
05;KUO171205;KUP171205;KUQ171205;KUR171205;KUS171205;KUT1712
05;KUU171205;KUV171205;KUW171205;KUX171205;KUY171205;KUZ171
205;KVA171205;KVB171205;KVC171205;KVD171205;KVE171205;KVF171
205;KVG171205;KVH171205;KVI171205;KVJ171205;KVK171205;KVL171

205;KVM171205;KVN171205;KVO171205;KVP171205;KVQ171205;KVR17
1205;KVS171205;KVT171205;KVU171205;KVV171205;KVW171205;KVX1
71205;KVY171205;KVZ171205;KWA171205;KWB171205;KWC171205;KW
D171205;KWE171205;KWF171205;KWG171205;KWH171205;KWI171205;
KWJ171205;KWK171205;KWL171205;KWM171205;KWN171205;KWO171
205;KWP171205;KWQ171205;KWR171205;KWS171205;KWT171205;KWU
171205;KWV171205;KWW171205;KWX171205;KWY171205;KWZ171205;
KXA171205;KXB171205;KXC171205;KXD171205;KXE171205;KXF171205;
KXG171205;KXH171205;KXI171205;KXJ171205;KXK171205;KXL171205;
KXM171205;KXN171205;KXO171205;KXP171205;KXQ171205;KXR17120
5;KXS171205;KXT171205;KXU171205;KXV171205;KXW171205;KXX1712
05;KXY171205;KXZ171205;KYA171205;KYB171205;KYC171205;KYD171
205;KYE171205;KYF171205;KYG171205;KYH171205;KYI171205;KYJ1712
05;KYK171205;KYL171205;KYM171205;KYN171205;KYO171205;KYP171
205;KYQ171205;KYR171205;KYS171205;KYT171205;KYU171205;KYV17
1205;KYW171205;KYX171205;KYY171205;KYZ171205

KZA171205;KZB171205;KZC171205;KZD171205;KZE171205;KZF171205;
KZG171205;KZH171205;KZI171205;KZJ171205;KZK171205;KZL171205;K
ZM171205;KZN171205;KZO171205;KZP171205;KZQ171205;KZR171205;K
ZS171205;KZT171205;KZU171205;KZV171205;KZW171205;KZX171205;K
ZY171205;KZZ171205;LAA171205;LAB171205;LAC171205;LAD171205;L
AE171205;LAF171205;LAG171205;LAH171205;LAI171205;LAJ171205;LA
K171205;LAL171205;LAM171205;LAN171205;LAO171205;LAP171205;LA
Q171205;LAR171205;LAS171205;LAT171205;LAU171205;LAV171205;LA
W171205;LAX171205;LAY171205;LAZ171205;LBA171205;LBB171205;LB
C171205;LBD171205;LBE171205;LBF171205;LBG171205;LBH171205;LBI1
71205;LBJ171205;LBK171205;LBL171205;LBM171205;LBN171205;LBO17
1205;LBP171205;LBQ171205;LBR171205;LBS171205;LBT171205;LBU1712
05;LBV171205;LBW171205;LBX171205;LBY171205;LBZ171205;LCA17120
5;LCB171205;LCC171205;LCD171205;LCE171205;LCF171205;LCG171205;
LCH171205;LCI171205;LCJ171205;LCK171205;LCL171205;LCM171205;LC
N171205;LCO171205;LCP171205;LCQ171205;LCR171205;LCS171205;LCT
171205;LCU171205;LCV171205;LCW171205;LCX171205;LCY171205;LCZ1
71205;LDA171205;LDB171205;LDC171205;LDD171205;LDE171205;LDF17
1205;LDG171205;LDH171205;LDI171205;LDJ171205;LDK171205;LDL1712
05;LDM171205;LDN171205;LDO171205;LDP171205;LDQ171205;LDR1712
05;LDS171205;LDT171205;LDU171205;LDV171205;LDW171205;LDX1712
05;LDY171205;LDZ171205;LEA171205;LEB171205;LEC171205;LED17120
5;LEE171205;LEF171205;LEG171205;LEH171205;LEI171205;LEJ171205;L
EK171205;LEL171205;LEM171205;LEN171205;LEO171205;LEP171205;LE
Q171205;LER171205;LES171205;LET171205;LEU171205;LEV171205;LEW
171205;LEX171205;LEY171205;LEZ171205;LFA171205;LFB171205;LFC17
1205;LFD171205;LFE171205;LFF171205;LFG171205;LFH171205;LFI17120
5;LFJ171205;LFK171205;LFL171205;LFM171205;LFN171205;LFO171205;L
FP171205;LFQ171205;LFR171205;LFS171205;LFT171205;LFU171205;LFV1
71205;LFW171205;LFX171205;LFY171205;LFZ171205;LGA171205;LGB17
1205;LGC171205;LGD171205;LGE171205;LGF171205;LGG171205;LGH171
205;LGI171205;LGJ171205;LGK171205;LGL171205;LGM171205

LGN171205;LGO171205;LGP171205;LGQ171205;LGR171205;LGS171205;L
GT171205;LGU171205;LGV171205;LGW171205;LGX171205;LGY171205;L
GZ171205;LHA171205;LHB171205;LHC171205;LHD171205;LHE171205;L
HF171205;LHG171205;LHH171205;LHI171205;LHJ171205;LHK171205;LH
L171205;LHM171205;LHN171205;LHO171205;LHP171205;LHQ171205;LH
R171205;LHS171205;LHT171205;LHU171205;LHV171205;LHW171205;LH
X171205;LHY171205;LHZ171205;LIA171205;LIB171205;LIC171205;LID17
1205;LIE171205;LIF171205;LIG171205;LIH171205;LII171205;LIJ171205;LI

K171205;LIL171205;LIM171205;LIN171205;LIO171205;LIP171205;LIQ1712
05;LIR171205;LIS171205;LIT171205;LIU171205;LIV171205;LIW171205;LI
X171205;LIY171205;LIZ171205;LJA171205;LJB171205;LJC171205;LJD171
205;LJE171205;LJF171205;LJG171205;LJH171205;LJI171205;LJJ171205;LJ
K171205;LJL171205;LJM171205;LJN171205;LJO171205;LJP171205;LJQ171
205;LJR171205;LJS171205;LJT171205;LJU171205;LJV171205;LJW171205;L
JX171205;LJY171205;LJZ171205;LKA171205;LKB171205;LKC171205;LKD
171205;LKE171205;LKF171205;LKG171205;LKH171205;LKI171205;LKJ17
1205;LKK171205;LKL171205;LKM171205;LKN171205;LKO171205;LKP17
1205;LKQ171205;LKR171205;LKS171205;LKT171205;LKU171205;LKV171
205;LKW171205;LKX171205;LKY171205;LKZ171205;LLA171205;LLB171
205;LLC171205;LLD171205;LLE171205;LLF171205;LLG171205;LLH17120
5;LLI171205;LLJ171205;LLK171205;LLL171205;LLM171205;LLN171205;L
LO171205;LLP171205;LLQ171205;LLR171205;LLS171205;LLT171205;LLU
171205;LLV171205;LLW171205;LLX171205;LLY171205;LLZ171205;LMA1
71205;LMB171205;LMC171205;LMD171205;LME171205;LMF171205;LMG
171205;LMH171205;LMI171205;LMJ171205;LMK171205;LML171205;LM
M171205;LMN171205;LMO171205;LMP171205;LMQ171205;LMR171205;L
MS171205;LMT171205;LMU171205;LMV171205;LMW171205;LMX171205
;LMY171205;LMZ171205;LNA171205;LNB171205;LNC171205;LND171205
;LNE171205;LNF171205;LNG171205;LNH171205;LNI171205;LNJ171205;L
NK171205;LNL171205;LNM171205;LNN171205;LNO171205;LNP171205;L
NQ171205;LNR171205;LNS171205;LNT171205;LNU171205;LNV171205;L
NW171205;LNX171205;LNY171205;LNZ171205

LOA171205;LOB171205;LOC171205;LOD171205;LOE171205;LOF171205;L
OG171205;LOH171205;LOI171205;LOJ171205;LOK171205;LOL171205;LO
M171205;LON171205;LOO171205;LOP171205;LOQ171205;LOR171205;LO
S171205;LOT171205;LOU171205;LOV171205;LOW171205;LOX171205;LO
Y171205;LOZ171205;LPA171205;LPB171205;LPC171205;LPD171205;LPE1
71205;LPF171205;LPG171205;LPH171205;LPI171205;LPJ171205;LPK17120
5;LPL171205;LPM171205;LPN171205;LPO171205;LPP171205;LPQ171205;L
PR171205;LPS171205;LPT171205;LPU171205;LPV171205;LPW171205;LPX
171205;LPY171205;LPZ171205;LQA171205;LQB171205;LQC171205;LQD1
71205;LQE171205;LQF171205;LQG171205;LQH171205;LQI171205;LQJ171
205;LQK171205;LQL171205;LQM171205;LQN171205;LQO171205;LQP171
205;LQQ171205;LQR171205;LQS171205;LQT171205;LQU171205;LQV1712
05;LQW171205;LQX171205;LQY171205;LQZ171205;LRA171205;LRB1712
05;LRC171205;LRD171205;LRE171205;LRF171205;LRG171205;LRH17120
5;LRI171205;LRJ171205;LRK171205;LRL171205;LRM171205;LRN171205;
LRO171205;LRP171205;LRQ171205;LRR171205;LRS171205;LRT171205;L
RU171205;LRV171205;LRW171205;LRX171205;LRY171205;LRZ171205;L
SA171205;LSB171205;LSC171205;LSD171205;LSE171205;LSF171205;LSG
171205;LSH171205;LSI171205;LSJ171205;LSK171205;LSL171205;LSM171
205;LSN171205;LSO171205;LSP171205;LSQ171205;LSR171205;LSS171205
;LST171205;LSU171205;LSV171205;LSW171205;LSX171205;LSY171205;L
SZ171205;LTA171205;LTB171205;LTC171205;LTD171205;LTE171205;LTF
171205;LTG171205;LTH171205;LTI171205;LTJ171205;LTK171205;LTL171
205;LTM171205;LTN171205;LTO171205;LTP171205;LTQ171205;LTR17120
5;LTS171205;LTT171205;LTU171205;LTV171205;LTW171205;LTX171205;
LTY171205;LTZ171205;LUA171205;LUB171205;LUC171205;LUD171205;L
UE171205;LUF171205;LUG171205;LUH171205;LUI171205;LUJ171205;LU
K171205;LUL171205;LUM171205;LUN171205;LUO171205;LUP171205;LU
Q171205;LUR171205;LUS171205;LUT171205;LUU171205;LUV171205;LU
W171205;LUX171205;LUY171205;LUZ171205;LVA171205;LVB171205;LV
C171205;LVD171205;LVE171205;LVF171205;LVG171205;LVH171205;LVI
171205;LVJ171205;LVK171205;LVL171205;LVM171205

LVN171205;LVO171205;LVP171205;LVQ171205;LVR171205;LVS171205;L
VT171205;LVU171205;LVV171205;LVW171205;LVX171205;LVY171205;L
VZ171205;LWA171205;LWB171205;LWC171205;LWD171205;LWE171205;
LWF171205;LWG171205;LWH171205;LWI171205;LWJ171205;LWK171205
;LWL171205;LWM171205;LWN171205;LWO171205;LWP171205;LWQ1712
05;LWR171205;LWS171205;LWT171205;LWU171205;LWV171205;LWW17
1205;LWX171205;LWY171205;LWZ171205;LXA171205;LXB171205;LXC1
71205;LXD171205;LXE171205;LXF171205;LXG171205;LXH171205;LXI17
1205;LXJ171205;LXK171205;LXL171206;LXM171206;LXN171206;LXO171
206;LXP171206;LXQ171206;LXR171206;LXS171206;LXT171206;LXU1712
06;LXV171206;LXW171206;LXX171206;LXY171206;LXZ171206;LYA1712
06;LYB171206;LYC171206;LYD171206;LYE171206;LYF171206;LYG17120
6;LYH171206;LYI171206;LYJ171206;LYK171206;LYL171206;LYM171206;
LYN171206;LYO171206;LYP171206;LYQ171206;LYR171206;LYS171206;L
YT171206;LYU171206;LYV171206;LYW171206;LYX171206;LYY171206;L
YZ171206;LZA171206;LZB171206;LZC171206;LZD171206;LZE171206;LZF
171206;LZG171206;LZH171206;LZI171206;LZJ171206;LZK171206;LZL171
206;LZM171206;LZN171206;LZO171206;LZP171206;LZQ171206;LZR17120
6;LZS171206;LZT171206;LZU171206;LZV171206;LZW171206;LZX171206;
LZY171206;LZZ171206;MAA171206;MAB171206;MAC171206;MAD17120
6;MAE171206;MAF171206;MAG171206;MAH171206;MAI171206;MAJ1712
06;MAK171206;MAL171206;MAM171206;MAN171206;MAO171206;MAP1
71206;MAQ171206;MAR171206;MAS171206;MAT171206;MAU171206;MA
V171206;MAW171206;MAX171206;MAY171206;MAZ171206;MBA171206;
MBB171206;MBC171206;MBD171206;MBE171206;MBF171206;MBG17120
6;MBH171206;MBI171206;MBJ171206;MBK171206;MBL171206;MBM1712
06;MBN171206;MBO171206;MBP171206;MBQ171206;MBR171206;MBS17
1206;MBT171206;MBU171206;MBV171206;MBW171206;MBX171206;MB
Y171206;MBZ171206;MCA171206;MCB171206;MCC171206;MCD171206;
MCE171206;MCF171206;MCG171206;MCH171206;MCI171206;MCJ171206
;MCK171206;MCL171206;MCM171206;MCN171206;MCO171206;MCP1712
06;MCQ171206;MCR171206;MCS171206;MCT171206;MCU171206;MCV17
1206;MCW171206;MCX171206;MCY171206;MCZ171206

MDA171206;MDB171206;MDC171206;MDD171206;MDE171206;MDF1712
06;MDG171206;MDH171206;MDI171206;MDJ171206;MDK171206;MDL17
1206;MDM171206;MDN171206;MDO171206;MDP171206;MDQ171206;MD
R171206;MDS171206;MDT171206;MDU171206;MDV171206;MDW171206;
MDX171206;MDY171206;MDZ171206;MEA171206;MEB171206;MEC1712
06;MED171206;MEE171206;MEF171206;MEG171206;MEH171206;MEI171
206;MEJ171206;MEK171206;MEL171206;MEM171206;MEN171206;MEO17
1206;MEP171206;MEQ171206;MER171206;MES171206;MET171206;MEU1
71206;MEV171206;MEW171206;MEX171206;MEY171206;MEZ171206;MF
A171206;MFB171206;MFC171206;MFD171206;MFE171206;MFF171206;MF
G171206;MFH171206;MFI171206;MFJ171206;MFK171206;MFL171206;MF
M171206;MFN171206;MFO171206;MFP171206;MFQ171206;MFR171206;M
FS171206;MFT171206;MFU171206;MFV171206;MFW171206;MFX171206;
MFY171206;MFZ171206;MGA171206;MGB171206;MGC171206;MGD1712
06;MGE171206;MGF171206;MGG171206;MGH171206;MGI171206;MGJ171
206;MGK171206;MGL171206;MGM171206;MGN171206;MGO171206;MGP
171206;MGQ171206;MGR171206;MGS171206;MGT171206;MGU171206;M
GV171206;MGW171206;MGX171206;MGY171206;MGZ171206;MHA17120
6;MHB171206;MHC171206;MHD171206;MHE171206;MHF171206;MHG171
206;MHH171206;MHI171206;MHJ171206;MHK171206;MHL171206;MHM1
71206;MHN171206;MHO171206;MHP171206;MHQ171206;MHR171206;MH
S171206;MHT171206;MHU171206;MHV171206;MHW171206;MHX171206;
MHY171206;MHZ171206;MIA171206;MIB171206;MIC171206;MID171206;
MIE171206;MIF171206;MIG171206;MIH171206;MII171206;MIJ171206;MIK

171206;MIL171206;MIM171206;MIN171206;MIO171206;MIP171206;MIQ17
1206;MIR171206;MIS171206;MIT171206;MIU171206;MIV171206;MIW1712
06;MIX171206;MIY171206;MIZ171206;MJA171206;MJB171206;MJC171206
;MJD171206;MJE171206;MJF171206;MJG171206;MJH171206;MJI171206;M
JJ171206;MJK171206;MJL171206;MJM171206;MJN171206;MJO171206;MJ
P171206;MJQ171206;MJR171206;MJS171206;MJT171206;MJU171206;MJV
171206;MJW171206;MJX171206;MJY171206;MJZ171206;MKA171206;MK
B171206;MKC171206;MKD171206;MKE171206;MKF171206;MKG171206;
MKH171206;MKI171206;MKJ171206;MKK171206;MKL171206;MKM17120
6

MKN171206;MKO171206;MKP171206;MKQ171206;MKR171206;MKS1712
06;MKT171206;MKU171206;MKV171206;MKW171206;MKX171206;MKY1
71206;MKZ171206;MLA171206;MLB171206;MLC171206;MLD171206;MLE
171206;MLF171206;MLG171206;MLH171206;MLI171206;MLJ171206;MLK
171206;MLL171206;MLM171206;MLN171206;MLO171206;MLP171206;ML
Q171206;MLR171206;MLS171206;MLT171206;MLU171206;MLV171206;M
LW171206;MLX171206;MLY171206;MLZ171206;MMA171206;MMB17120
6;MMC171206;MMD171206;MME171206;MMF171206;MMG171206;MMH
171206;MMI171206;MMJ171206;MMK171206;MML171206;MMM171206;
MMN171206;MMO171206;MMP171206;MMQ171206;MMR171206;MMS17
1206;MMT171206;MMU171206;MMV171206;MMW171206;MMX171206;M
MY171206;MMZ171206;MNA171206;MNB171206;MNC171206;MND17120
6;MNE171206;MNF171206;MNG171206;MNH171206;MNI171206;MNJ1712
06;MNK171206;MNL171206;MNM171206;MNN171206;MNO171206;MNP1
71206;MNQ171206;MNR171206;MNS171206;MNT171206;MNU171206;MN
V171206;MNW171206;MNX171206;MNY171206;MNZ171206;MOA171206;
MOB171206;MOC171206;MOD171206;MOE171206;MOF171206;MOG1712
06;MOH171206;MOI171206;MOJ171206;MOK171206;MOL171206;MOM17
1206;MON171206;MOO171206;MOP171206;MOQ171206;MOR171206;MOS
171206;MOT171206;MOU171206;MOV171206;MOW171206;MOX171206;
MOY171206;MOZ171206;MPA171206;MPB171206;MPC171206;MPD17120
6;MPE171206;MPF171206;MPG171206;MPH171206;MPI171206;MPJ171206
;MPK171206;MPL171206;MPM171206;MPN171206;MPO171206;MPP17120
6;MPQ171206;MPR171206;MPS171206;MPT171206;MPU171206;MPV1712
06;MPW171206;MPX171206;MPY171206;MPZ171206;MQA171206;MQB17
1206;MQC171206;MQD171206;MQE171206;MQF171206;MQG171206;MQ
H171206;MQI171206;MQJ171206;MQK171206;MQL171206;MQM171206;M
QN171206;MQO171206;MQP171206;MQQ171206;MQR171206;MQS171206
;MQT171206;MQU171206;MQV171206;MQW171206;MQX171206;MQY171
206;MQZ171206;MRA171206;MRB171206;MRC171206;MRD171206;MRE1
71206;MRF171206;MRG171206;MRH171206;MRI171206;MRJ171206;MRK
171206;MRL171206;MRM171206;MRN171206;MRO171206;MRP171206;M
RQ171206;MRR171206;MRS171206;MRT171206;MRU171206;MRV171206;
MRW171206;MRX171206;MRY171206;MRZ171206

MSA171206;MSB171206;MSC171206;MSD171206;MSE171206;MSF171206;
MSG171206;MSH171206;MSI171206;MSJ171206;MSK171206;MSL171206;
MSM171206;MSN171206;MSO171206;MSP171206;MSQ171206;MSR17120
6;MSS171206;MST171206;MSU171206;MSV171206;MSW171206;MSX1712
06;MSY171206;MSZ171206;MTA171206;MTB171206;MTC171206;MTD171
206;MTE171206;MTF171206;MTG171206;MTH171206;MTI171206;MTJ171
206;MTK171206;MTL171206;MTM171206;MTN171206;MTO171206;MTP1
71206;MTQ171206;MTR171206;MTS171206;MTT171206;MTU171206;MTV
171206;MTW171206;MTX171206;MTY171206;MTZ171206;MUA171206;M
UB171206;MUC171206;MUD171206;MUE171206;MUF171206;MUG171206
;MUH171206;MUI171206;MUJ171206;MUK171206;MUL171206;MUM1712
06;MUN171206;MUO171206;MUP171206;MUQ171206;MUR171206;MUS17

*0000VA0002083891614*

1206;MUT171206;MUU171206;MUV171206;MUW171206;MUX171206;MU
Y171206;MUZ171206;MVA171206;MVB171206;MVC171206;MVD171206;
MVE171206;MVF171206;MVG171206;MVH171206;MVI171206;MVJ17120
6;MVK171206;MVL171206;MVM171206;MVN171206;MVO171206;MVP17
1206;MVQ171206;MVR171206;MVS171206;MVT171206;MVU171206;MV
V171206;MVW171206;MVX171206;MVY171206;MVZ171206;MWA171206
;MWB171206;MWC171206;MWD171206;MWE171206;MWF171206;MWG1
71206;MWH171206;MWI171206;MWJ171206;MWK171206;MWL171206;M
WM171206;MWN171206;MWO171206;MWP171206;MWQ171206;MWR171
206;MWS171206;MWT171206;MWU171206;MWV171206;MWW171206;M
WX171206;MWY171206;MWZ171206;MXA171206;MXB171206;MXC1712
06;MXD171206;MXE171206;MXF171206;MXG171206;MXH171206;MXI17
1206;MXJ171206;MXK171206;MXL171206;MXM171206;MXN171206;MX
O171206;MXP171206;MXQ171206;MXR171206;MXS171206;MXT171206;
MXU171206;MXV171206;MXW171206;MXX171206;MXY171206;MXZ171
206;MYA171206;MYB171206;MYC171206;MYD171206;MYE171206;MYF1
71206;MYG171206;MYH171206;MYI171206;MYJ171206;MYK171206;MY
L171206;MYM171206;MYN171206;MYO171206;MYP171206;MYQ171206;
MYR171206;MYS171206;MYT171206;MYU171206;MYV171206;MYW1712
06;MYX171206;MYY171206;MYZ171206;MZA171206;MZB171206;MZC17
1206;MZD171206;MZE171206;MZF171206;MZG171206;MZH171206;MZI1
71206;MZJ171206;MZK171206;MZL171206;MZM171206

MZN171206;MZO171206;MZP171206;MZQ171206;MZR171206;MZS17120
6;MZT171206;MZU171206;MZV171206;MZW171206;MZX171206;MZY171
206;MZZ171206;NAA171206;NAB171206;NAC171206;NAD171206;NAE17
1206;NAF171206;NAG171206;NAH171206;NAI171206;NAJ171206;NAK171
206;NAL171206;NAM171206;NAN171206;NAO171206;NAP171206;NAQ17
1206;NAR171206;NAS171206;NAT171206;NAU171206;NAV171206;NAW1
71206;NAX171206;NAY171206;NAZ171206;NBA171206;NBB171206;NBC1
71206;NBD171206;NBE171206;NBF171206;NBG171206;NBH171206;NBI17
1208;NBJ171208;NBK171208;NBL171208;NBM171208;NBN171208;NBO17
1208;NBP171208;NBQ171208;NBR171208;NBS171208;NBT171208;NBU17
1208;NBV171208;NBW171208;NBX171208;NBY171208;NBZ171208;NCA1
71208;NCB171208;NCC171208;NCD171208;NCE171208;NCF171208;NCG1
71208;NCH171208;NCI171208;NCJ171208;NCK171208;NCL171208;NCM17
1208;NCN171208;NCO171208;NCP171208;NCQ171208;NCR171208;NCS17
1208;NCT171208;NCU171208;NCV171208;NCW171208;NCX171208;NCY1
71208;NCZ171208;NDA171208;NDB171208;NDC171208;NDD171208;NDE1
71208;NDF171208;NDG171208;NDH171208;NDI171208;NDJ171208;NDK17
1208;NDL171208;NDM171208;NDN171208;NDO171208;NDP171208;NDQ1
71208;NDR171208;NDS171208;NDT171208;NDU171208;NDV171208;NDW
171208;NDX171208;NDY171208;NDZ171208;NEA171208;NEB171208;NEC
171208;NED171208;NEE171208;NEF171208;NEG171208;NEH171208;NEI1
71208;NEJ171208;NEK171208;NEL171208;NEM171208;NEN171208;NEO17
1208;NEP171208;NEQ171208;NER171208;NES171208;NET171208;NEU171
208;NEV171208;NEW171208;NEX171208;NEY171208;NEZ171208;NFA171
208;NFB171208;NFC171208;NFD171208;NFE171208;NFF171208;NFG17120
8;NFH171208;NFI171208;NFJ171208;NFK171208;NFL171208;NFM171208;
NFN171208;NFO171208;NFP171208;NFQ171208;NFR171208;NFS171208;N
FT171208;NFU171208;NFV171208;NFW171208;NFX171208;NFY171208;N
FZ171208;NGA171208;NGB171208;NGC171208;NGD171208;NGE171208;N
GF171208;NGG171208;NGH171208;NGI171208;NGJ171208;NGK171208;N
GL171208;NGM171208;NGN171208;NGO171208;NGP171208;NGQ171208;
NGR171208;NGS171208;NGT171208;NGU171208;NGV171208;NGW171208
;NGX171208;NGY171208;NGZ171208

NHA171208;NHB171208;NHC171208;NHD171208;NHE171208;NHF171208;

NHG171208;NHH171208;NHI171208;NHJ171208;NHK171208;NHL171208;
NHM171208;NHN171208;NHO171208;NHP171208;NHQ171208;NHR17120
8;NHS171208;NHT171208;NHU171208;NHV171208;NHW171208;NHX1712
08;NHY171208;NHZ171208;NIA171208;NIB171208;NIC171208;NID171208;
NIE171208;NIF171208;NIG171208;NIH171208;NII171208;NIJ171208;NIK17
1208;NIL171208;NIM171208;NIN171208;NIO171208;NIP171208;NIQ171208
;NIR171208;NIS171208;NIT171208;NIU171208;NIV171208;NIW171208;NIX
171208;NIY171208;NIZ171208;NJA171208;NJB171208;NJC171208;NJD171
208;NJE171208;NJF171208;NJG171208;NJH171208;NJI171208;NJJ171208;N
JK171208;NJL171208;NJM171208;NJN171208;NJO171208;NJP171208;NJQ1
71208;NJR171208;NJS171208;NJT171208;NJU171208;NJV171208;NJW1712
08;NJX171208;NJY171208;NJZ171208;NKA171208;NKB171208;NKC17120
8;NKD171208;NKE171208;NKF171208;NKG171208;NKH171208;NKI17120
8;NKJ171208;NKK171208;NKL171208;NKM171208;NKN171208;NKO1712
08;NKP171208;NKQ171208;NKR171208;NKS171208;NKT171208;NKU1712
08;NKV171208;NKW171208;NKX171208;NKY171208;NKZ171208;NLA171
208;NLB171208;NLC171208;NLD171208;NLE171208;NLF171208;NLG1712
08;NLH171208;NLI171208;NLJ171208;NLK171208;NLL171208;NLM171208
8;NLN171208;NLO171208;NLP171208;NLQ171208;NLR171208;NLS171208
;NLT171208;NLU171208;NLV171208;NLW171208;NLX171208;NLY171208
;NLZ171208;NMA171208;NMB171208;NMC171208;NMD171208;NME1712
08;NMF171208;NMG171208;NMH171208;NMI171208;NMJ171208;NMK171
208;NML171208;NMM171208;NMN171208;NMO171208;NMP171208;NMQ
171208;NMR171208;NMS171208;NMT171208;NMU171208;NMV171208;N
MW171208;NMX171208;NMY171208;NMZ171208;NNA171208;NNB17120
8;NNC171208;NND171208;NNE171208;NNF171208;NNG171208;NNH1712
08;NNI171208;NNJ171208;NNK171208;NNL171208;NNM171208;NNN1712
08;NNO171208;NNP171208;NNQ171208;NNR171208;NNS171208;NNT1712
08;NNU171208;NNV171208;NNW171208;NNX171208;NNY171208;NNZ171
210;NOA171210;NOB171210;NOC171210;NOD171210;NOE171210;NOF171
210;NOG171210;NOH171210;NOI171210;NOJ171210;NOK171210;NOL171
212;NOM171212

NON171212;NOO171212;NOP171212;NOQ171212;NOR171212;NOS171212;
NOT171212;NOU171212;NOV171212;NOW171212;NOX171212;NOY17121
2;NOZ171212;NPA171212;NPB171212;NPC171212;NPD171212;NPE171212;
NPF171212;NPG171212;NPH171212;NPI171212;NPJ171212;NPK171212;NP
L171212;NPM171212;NPN171212;NPO171212;NPP171212;NPQ171212;NPR
171212;NPS171212;NPT171212;NPU171212;NPV171212;NPW171212;NPX1
71212;NPY171212;NPZ171212;NQA171212;NQB171212;NQC171212;NQD1
71212;NQE171212;NQF171212;NQG171212;NQH171212;NQI171212;NQJ17
1212;NQK171212;NQL171212;NQM171212;NQN171212;NQO171212;NQP1
71212;NQQ171212;NQR171212;NQS171212;NQT171212;NQU171212;NQV
171212;NQW171212;NQX171212;NQY171212;NQZ171212;NRA171212;NR
B171212;NRC171212;NRD171212;NRE171212;NRF171212;NRG171212;NR
H171212;NRI171212;NRJ171212;NRK171212;NRL171212;NRM171212;NR
N171212;NRO171212;NRP171212;NRQ171212;NRR171212;NRS171212;NR
T171212;NRU171212;NRV171212;NRW171212;NRX171212;NRY171212;N
RZ171212;NSA171212;NSB171212;NSC171212;NSD171212;NSE171212;NS
F171212;NSG171212;NSH171212;NSI171212;NSJ171212;NSK171212;NSL1
71212;NSM171212;NSN171212;NSO171212;NSP171212;NSQ171212;NSR17
1212;NSS171212;NST171212;NSU171212;NSV171212;NSW171212;NSX171
212;NSY171212;NSZ171212;NTA171212;NTB171212;NTC171212;NTD1712
12;NTE171212;NTF171212;NTG171212;NTH171212;NTI171212;NTJ171212;
NTK171212;NTL171212;NTM171212;NTN171212;NTO171212;NTP171212;
NTQ171212;NTR171212;NTS171212;NTT171212;NTU171212;NTV171212;
NTW171212;NTX171212;NTY171212;NTZ171212;NUA171212;NUB171212;
NUC171212;NUD171212;NUE171212;NUF171212;NUG171212;NUH171212

;NUI171212;NUJ171212;NUK171212;NUL171212;NUM171212;NUN171212;
NUO171212;NUP171212;NUQ171212;NUR171212;NUS171212;NUT171212;
NUU171212;NUV171212;NUW171212;NUX171212;NUY171212;NUZ17121
2;NVA171212;NVB171212;NVC171212;NVD171212;NVE171212;NVF17121
2;NVG171212;NVH171212;NVI171212;NVJ171212;NVK171212;NVL17121
2;NVM171212;NVN171212;NVO171212;NVP171212;NVQ171212;NVR1712
12;NVS171212;NVT171212;NVU171212;NVV171212;NVW171212;NVX171
212;NVY171212;NVZ171212

NWA171212;NWB171212;NWC171212;NWD171212;NWE171212;NWF171
212;NWG171212;NWH171212;NWI171212;NWJ171212;NWK171212;NWL1
71212;NWM171212;NWN171212;NWO171212;NWP171212;NWQ171212;N
WR171212;NWS171212;NWT171212;NWU171212;NWV171212;NWW1712
12;NWX171212;NWY171212;NWZ171212;NXA171212;NXB171212;NXC17
1212;NXD171212;NXE171212;NXF171212;NXG171212;NXH171212;NXI17
1212;NXJ171212;NXK171212;NXL171212;NXM171212;NXN171212;NXO1
71212;NXP171212;NXQ171212;NXR171212;NXS171212;NXT171212;NXU1
71212;NXV171212;NXW171212;NXX171212;NXY171212;NXZ171212;NYA
171212;NYB171212;NYC171212;NYD171212;NYE171212;NYF171212;NYG
171212;NYH171212;NYI171212;NYJ171212;NYK171212;NYL171212;NYM
171212;NYN171212;NYO171212;NYP171212;NYQ171212;NYR171212;NYS
171212;NYT171212;NYU171212;NYV171212;NYW171212;NYX171212;NY
Y171212;NYZ171212;NZA171212;NZB171212;NZC171212;NZD171212;NZ
E171212;NZF171212;NZG171212;NZH171212;NZI171212;NZJ171212;NZK1
71212;NZL171212;NZM171212;NZN171212;NZO171212;NZP171212;NZQ1
71212;NZR171212;NZS171212;NZT171212;NZU171212;NZV171212;NZW1
71212;NZX171212;NZY171212;NZZ171212;OAA171212;OAB171212;OAC1
71212;OAD171214;OAE171214;OAF171214;OAG171214;OAH171214;OAI1
71214;OAJ171214;OAK171214;OAL171214;OAM171214;OAN171214;OAO
171214;OAP171214;OAQ171214;OAR171214;OAS171214;OAT171214;OAU
171214;OAV171214;OAW171214;OAX171214;OAY171214;OAZ171214;OB
A171214;OBB171214;OBC171214;OBD171214;OBE171214;OBF171214;OB
G171214;OBH171214;OBI171214;OBJ171214;OBK171214;OBL171214;OB
M171214;OBN171214;OBO171214;OBP171214;OBQ171214;OBR171214;OB
S171214;OBT171214;OBU171214;OBV171214;OBW171214;OBX171214;OB
Y171214;OBZ171214;OCA171214;OCB171214;OCC171214;OCD171214;OC
E171214;OCF171214;OCG171214;OCH171214;OCI171214;OCJ171214;OCK
171214;OCL171214;OCM171214;OCN171214;OCO171214;OCP171214;OCQ
171214;OCR171214;OCS171214;OCT171214;OCU171214;OCV171214;OCW
171214;OCX171214;OCY171214;OCZ171214;ODA171214;ODB171214;ODC
171214;ODD171214;ODE171214;ODF171214;ODG171214;ODH171214;ODI
171214;ODJ171214;ODK171214;ODL171214;ODM171214

ODN171214;ODO171214;ODP171214;ODQ171214;ODR171214;ODS171214;
ODT171214;ODU171214;ODV171214;ODW171214;ODX171214;ODY17121
4;ODZ171214;OEA171214;OEB171214;OEC171214;OED171214;OEE171214
;OEF171214;OEG171214;OEH171214;OEI171214;OEJ171214;OEK171214;O
EL171214;OEM171214;OEN171214;OEO171214;OEP171214;OEQ171214;O
ER171214;OES171214;OET171214;OEU171214;OEV171214;OEW171214;O
EX171214;OEY171214;OEZ171214;OFA171214;OFB171214;OFC171214;OF
D171214;OFE171214;OFF171214;OFG171214;OFH171214;OFI171214;OFJ1
71214;OFK171214;OFL171214;OFM171214;OFN171214;OFO171214;OFP17
1214;OFQ171214;OFR171214;OFS171214;OFT171214;OFU171214;OFV171
214;OFW171214;OFX171214;OFY171214;OFZ171214;OGA171214;OGB171
214;OGC171214;OGD171214;OGE171214;OGF171214;OGG171214;OGH17
1214;OGI171214;OGJ171214;OGK171214;OGL171214;OGM171214;OGN17
1214;OGO171214;OGP171214;OGQ171214;OGR171214;OGS171214;OGT17
1214;OGU171214;OGV171214;OGW171214;OGX171214;OGY171214;OGZ1

**BLOG**

# "I Have No Idea What I Saw"

By History Department | February 12, 2019 | 0 💬

Hello from the History Department —

We just announced the 20th Annual UFO Festival line-up — and wow, is it a good one! We are especially pleased to welcome guest speaker U.S. Naval Commander David Fravor, who was an actual Top Gun Naval pilot (yes, as in Maverick, Goose and Iceman). Cmdr. Fravor has never before made a public appearance to talk about what he experienced. The 2019 UFO Fest is the first (and maybe only) opportunity to see the commander discuss this highly unusual sighting and ask him questions about it.

Why not let *The New York Times* explain what happened, from its December 2017 report, "2 Navy Airmen and an Object That 'Accelerated Like Nothing I've Ever Seen'"?

******



Cmdr. David Fravor and Lt. Cmdr. Jim Slaight were on a routine training mission 100 miles out into the Pacific when the radio in each of their F/A-18F Super Hornets crackled: An operations officer aboard the U.S.S. *Princeton*, a Navy cruiser, wanted to know if they were carrying weapons.

"Two CATM-9s," Commander Fravor replied, referring to dummy missiles that could not be fired. He had not been expecting any hostile exchanges off the coast of San Diego that November afternoon in 2004.

Commander Fravor, in a recent interview with *The New York Times*, recalled what happened next. Some of it is captured in a video made public by officials with a Pentagon program that investigated U.F.O.s.

"Well, we've got a real-world vector for you," the radio operator said, according to Commander Fravor. For two weeks, the operator said, the *Princeton* had been tracking mysterious aircraft. The objects appeared suddenly at 80,000 feet, and then hurtled toward the sea, eventually stopping at 20,000 feet and hovering. Then they either dropped out of radar range or shot straight back up.

The radio operator instructed Commander Fravor and Commander Slaight, who has given a similar account, to investigate.

The two fighter planes headed toward the objects. The *Princeton* alerted them as they closed in, but when they arrived at "merge plot" with the object — naval aviation parlance for being so close that the *Princeton* could not tell which were the objects and which were the fighter jets — neither Commander Fravor nor Commander Slaight could see anything at first. There was nothing on their radars, either.

Then, Commander Fravor looked down to the sea. It was calm that day, but the waves were breaking over something that was just below the surface. Whatever it was, it was big enough to cause the sea to churn.

Hovering 50 feet above the churn was an aircraft of some kind — whitish — that was around 40 feet long and oval in shape. The craft was jumping around erratically, staying over the wave disturbance but not moving in any specific direction, Commander Fravor said. The disturbance looked like frothy waves and foam, as if the water were boiling.

Commander Fravor began a circular descent to get a closer look, but as he got nearer the object began ascending toward him. It was almost as if it were coming to meet him halfway, he said.

Commander Fravor abandoned his slow circular descent and headed straight for the object.

But then the object peeled away. "It accelerated like nothing I've ever seen," he said in the interview. He was, he said, "pretty weirded out."

The two fighter jets conferred with the operations officer on the *Princeton* and were told to head to a rendezvous point 60 miles away, called the cap point, in aviation parlance.

They were en route and closing in when the *Princeton* radioed again. Radar had again picked up the strange aircraft.

"Sir, you won't believe it," the radio operator said, "but that thing is at your cap point."

"We were at least 40 miles away, and in less than a minute this thing was already at our cap point," Commander Fravor, who has since retired from the Navy, said in the interview.

By the time the two fighter jets arrived at the rendezvous point, the object had disappeared.

The fighter jets returned to the *Nimitz*, where everyone on the ship had learned of Commander Fravor's encounter and was making fun of him.

Commander Fravor's superiors did not investigate further and he went on with his career, deploying to the Persian Gulf to provide air support to ground troops during the Iraq war. But he does remember what he said that evening to a fellow pilot who asked him what he thought he had seen.

"I have no idea what I saw," Commander Fravor replied to the pilot. "It had no plumes, wings or rotors and outran our F-18s."

But, he added, "I want to fly one."

---

*Posted in* *History*

---

# Leave a Comment

**Comment**

**Name (required)**

**Email (will not be published) (required)**

**Website**

Submit Comment

### Recent Posts

Seeing the World at 15 Miles per Hour
30 Years at the Corvallis Pub
Celebrating Our 35th Anniversary of Our First Beer
The Brandos in Kalama
An Extraordinary Existence

### Recent Comments

Joy on Seeing the World at 15 Miles per Hour
Merry on Seeing the World at 15 Miles per Hour
Kevin Body on Seeing the World at 15 Miles per Hour
Tom Sowards on Seeing the World at 15 Miles per Hour
Rayna Nigro on Seeing the World at 15 Miles per Hour

### Archives

Select Month





(https://blog.mcmenamins.com/)

# "I Have No Idea What I Saw"

By History Department (https://blog.mcmenamins.com/author/mcmhistory/) | February 12, 2019
| 0 💬 (https://blog.mcmenamins.com/i-have-no-idea-what-i-saw/#respond)

Hello from the History Department —

We just announced the 20th Annual UFO Festival (http://www.ufofest.com/) line-up – and wow,
is it a good one! We are especially pleased to welcome guest speaker U.S. Naval Commander
David Fravor, who was an actual Top Gun Naval pilot (yes, as in Maverick, Goose and Iceman).
Cmdr. Fravor has never before made a public appearance to talk about what he experienced.
The 2019 UFO Fest is the first (and maybe only) opportunity to see the commander discuss his
highly unusual sighting and ask him questions about it.

Why not let *The New York Times* explain what happened, from its December 2017 report, "2
Navy Airmen and an Object That 'Accelerated Like Nothing I've Ever Seen'"?

******



Cmdr. David Fravor and Lt. Cmdr. Jim Slaight were on a routine training mission 100 miles out into the Pacific when the radio in each of their F/A-18F Super Hornets crackled: An operations officer aboard the U.S.S. *Princeton*, a Navy cruiser, wanted to know if they were carrying weapons.

"Two CATM-9s," Commander Fravor replied, referring to dummy missiles that could not be fired. He had not been expecting any hostile exchanges off the coast of San Diego that November afternoon in 2004.

Commander Fravor, in a recent interview with *The New York Times*, recalled what happened next. Some of it is captured in a video made public by officials with a Pentagon program that investigated U.F.O.s.

"Well, we've got a real-world vector for you," the radio operator said, according to Commander Fravor. For two weeks, the operator said, the *Princeton* had been tracking mysterious aircraft. The objects appeared suddenly at 80,000 feet, and then hurtled toward the sea, eventually stopping at 20,000 feet and hovering. Then they either dropped out of radar range or shot straight back up.

The radio operator instructed Commander Fravor and Commander Slaight, who has given a similar account, to investigate.

The two fighter planes headed toward the objects. The *Princeton* alerted them as they closed in, but when they arrived at "merge plot" with the object — naval aviation parlance for being so close that the *Princeton* could not tell which were the objects and which were the fighter jets — neither Commander Fravor nor Commander Slaight could see anything at first. There was nothing on their radars, either.

Then, Commander Fravor looked down to the sea. It was calm that day, but the waves were breaking over something that was just below the surface. Whatever it was, it was big enough to cause the sea to churn.

Hovering 50 feet above the churn was an aircraft of some kind — whitish — that was around 40 feet long and oval in shape. The craft was jumping around erratically, staying over the wave disturbance but not moving in any specific direction, Commander Fravor said. The disturbance looked like frothy waves and foam, as if the water were boiling.

Commander Fravor began a circular descent to get a closer look, but as he got nearer the object began ascending toward him. It was almost as if it were coming to meet him halfway, he said.

Commander Fravor abandoned his slow circular descent and headed straight for the object.

But then the object peeled away. "It accelerated like nothing I've ever seen," he said in the interview. He was, he said, "pretty weirded out."

The two fighter jets then conferred with the operations officer on the *Princeton* and were told to head to a rendezvous point 60 miles away, called the cap point, in aviation parlance.

They were en route and closing in when the *Princeton* radioed again. Radar had again picked up the strange aircraft.

"Sir, you won't believe it," the radio operator said, "but that thing is at your cap point."

"We were at least 40 miles away, and in less than a minute this thing was already at our cap point," Commander Fravor, who has since retired from the Navy, said in the interview.

By the time the two fighter jets arrived at the rendezvous point, the object had disappeared.

The fighter jets returned to the *Nimitz*, where everyone on the ship had learned of Commander Fravor's encounter and was making fun of him.

Commander Fravor's superiors did not investigate further and he went on with his career, deploying to the Persian Gulf to provide air support to ground troops during the Iraq war. But he does remember what he said that evening to a fellow pilot who asked him what he thought he had seen.

"I have no idea what I saw," Commander Fravor replied to the pilot. "It had no plumes, wings or rotors and outran our F-18s."

But, he added, "I want to fly one."

---

*Posted in History (https://blog.mcmenamins.com/category/historyblog/)*

# Leave a Comment

**Comment**

McMenamins (https://blog.mcmenamins.com/)

**Name (required)**

**Email (will not be published) (required)**

**Website**

Submit Comment

---

@2017 McMenamins Blog | Powered by Project A





Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

November 23, 2021

**VIA EMAIL:  shannonm@mcmenamins.com**
Mrs. Shannon McMenamin
McMenamins Inc.
430 N Killingsworth St
Portland, OR 97217

Re:   **M. Brauer v. McMenamins Inc.**
      **Our File:  00748-0003**

Dear Mrs. McMenamin,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client M. Scott Brauer for the purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated October 19, 2021, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us.  If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon McMenamin
McMenamins Inc.
November 23, 2021
Page 2


We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/lmd

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard | 12 Powder Springs St. | 21301 Powerline Rd. | 818 18th Ave. S. | 125 Maiden Lane |
| Suite 350 | Suite 200 | Suite 100 | 10th Floor | Suite 5C |
| Beverly Hills, CA 90211 | Marietta, GA 30064 | Boca Raton, FL 33433 | Nashville, TN 37203 | New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com



Matthew Rollin
*Associate*

Direct: 323.452.5600
matthew.rollin@sriplaw.com

February 3, 2022

**VIA EMAIL:  generalinfo@mcmenamins.com; shannonm@mcmenamins.com;
thills@mcmenamins.com**
Mrs. Shannon McMenamin
McMenamins Inc.
430 N Killingsworth St
Portland, OR 97217

Re:  **M. Brauer v. McMenamins Inc.
Our File:  00748-0003**

Dear Ms. McMenamin,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more
pressing concerns.  We appreciate that responding to this letter may not be your
first priority.  However, we must receive a response from you so that we know
that you are taking this matter seriously, even if you need more time to hire a
lawyer or report this claim to your insurance carrier.  If we hear from you then we
can work with you to understand your position and resolve our client's claim.
Please respond to us.**

We write this follow up letter on behalf of our client M. Scott Brauer for the
purposes of resolving a case of copyright infringement against you by our client.
This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letters dated October 19, 2021 and November 23,
2021, wherein we detailed the basis of the copyright infringement claim against you,
including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the
infringement has not been removed.  It is imperative that you respond to us.  If we
do not hear from you, we will be forced to take further steps to protect our client's

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Mrs. Shannon McMenamin
McMenamins Inc.
February 3, 2022
Page 2

rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.  We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Matthew L. Rollin

MLR/lmd

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com