Elliott J. Williams, OSB No. 144835
elliott.williams@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MATTHEW SCOTT BRAUER,<br><br>    Plaintiff,<br><br>v.<br><br>MCMENAMINS INC.,<br><br>    Defendant. | Case No.: 3:22-CV-1078-YY<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

    Defendant McMenamins Inc. requests a two-week extension of time to respond to the Plaintiff's complaint, moving the time to respond from September 1 to September 15, 2022. Defendant's counsel is working to prepare a response to the complaint and requests the additional time to prepare an appropriate response. Counsel for Defendant McMenamins Inc. conferred in good faith with counsel for Plaintiff, and Plaintiff does not oppose this request.

Page 1   -   UNOPPOSED MOTION FOR EXTENSION OF TIME

116566153.1 0026687-00087

DATED: August 25, 2022.

        STOEL RIVES LLP

        */s/Elliott J. Williams*
        ELLIOTT J. WILLIAMS, OSB No. 144835
        elliott.williams@stoel.com
        Telephone: 503.224.3380

        Attorneys for Defendant