Owen W. Dukelow, OSB No. 965318
email: owen@khpatent.com
Kolisch Hartwell, P.C.
520 SW Yamhill Street, Suite 520
Portland, Oregon 97204
Telephone: (503) 407-7170
*Attorney for Plaintiff Matthew Scott Brauer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| MATTHEW SCOTT BRAUER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MCMENAMINS, INC.,<br><br>　　　　Defendant. | **CASE NO.: 3:22-cv-01078-YY**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Matthew Scott Brauer, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until December 16, 2022 in which to file a Notice of Dismissal.

DATED: November 22, 2022       Respectfully submitted,

　　　　　　　　　　　　　　　　**KOLISCH HARTWELL, P.C.**

　　　　　　　　　　　　　　　　*/s/ Owen W. Dukelow*
　　　　　　　　　　　　　　　　OWEN W. DUKELOW, OSB No. 965318
　　　　　　　　　　　　　　　　owen@hkpatent.com
　　　　　　　　　　　　　　　　520 SW Yamhill Street, Suite 520
　　　　　　　　　　　　　　　　Portland, OR 97204
　　　　　　　　　　　　　　　　503-407-7170 – Telephone